# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-07648 | GLADSTON G LAWSON | POLICE OFFICER |

1/30/18   SAO#062/18/0 1/30/004   Taser - In Custody Death

**Under Investigation**

ASA(s)   Gilbert, David

Victim(s)   Sanchez, Daniel

Brady Date:   2/1/2018                                        Status: Open/Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01178 | LUIS SERVILLA | DETECTIVE |

12/29/17   201740269   Police Shooting

**Under Investigation**

ASA(s)   Rosen, Howard

Victim(s)   Valdes-Guzman, Yaico

Brady Date:   1/9/2018                                        Status: Open/Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI | 001-42629 | JOHN ROMERO | POLICE OFFICER |

12/24/17   PC# 1712240056086   Police Shooting

**Under Investigation**

ASA(s)   Michael VonZamft/Laura Adams

Victim(s)   Gnatt, Bernard Joseph

Brady Date:   12/29/2017                                        Status: Open/Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI | 001-28417 | WILLIE LASTER | POLICE OFFICER |

12/24/17   PC# 1712240056086   Police Shooting

**Under Investigation**

ASA(s)   Michael VonZamft/Laura Adams

Victim(s)   Gnatt, Bernard Joseph

Brady Date:   12/29/2017                                        Status: Open/Pending

---

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01930 | ESTEBAN HOLLAND | POLICE OFFICER |

10/01/2017   PCN# 201730325   Police Shooting
**Under Investigation**
**ASA(s)**   David Gilbert
**Victim(s)**   Machado, Lester J
**Brady Date:**   10/5/2017            **Status:** Open/Pending

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-02080 | DANIEL GARCIA-MUNIZ | POLICE OFFICER |

10/01/2017   PCN # 201730325   Police Shooting
**Under Investigation**
**ASA(s)**   David Gilbert
**Victim(s)**   Machado, Lester J
**Brady Date:**   10/5/2017            **Status:** Open/Pending

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-02042 | ADRIAN VIDAL | POLICE OFFICER |

10/01/2017   PCN #201730325   Police Shooting
**Under Investigation**
**ASA(s)**   David Gilbert
**Victim(s)**   Machado, Lester J
**Brady Date:**   10/5/2017            **Status:** Open/Pending

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01860 | DANIEL GATO | POLICE OFFICER |

10/01/2017   PCN # 201730325   Police Shooting
**Under Investigation**
**ASA(s)**   David Gilbert
**Victim(s)**   Machado, Lester J
**Brady Date:**   10/5/2017            **Status:** Open/Pending

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-02007 | FELIX ELIAS | POLICE OFFICER |
| 10/01/2017   PCN# 201730325 | | Police Shooting | |
| **Under Investigation** | | | |
| ASA(s)   David Gilbert | | | |
| Victim(s)   Machado, Lester J | | | |
| Brady Date:   10/5/2017 | | Status: Open/Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01868 | JOSE ABEL | POLICE OFFICER |
| 10/01/2017   PCN# 201730325 | | Police Shooting | |
| **Under Investigation** | | | |
| ASA(s)   David Gilbert | | | |
| Victim(s)   Machado, Lester J | | | |
| Brady Date:   10/5/2017 | | Status: Open/Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| FLORIDA CITY | 016-00533 | KEN ARMENTEROS | CORPORAL |
| 9/12/2016   Investigation | | Off. misconduct, tampering with evidence | |
| **Under Investigation** | | | |
| ASA(s)   Trent Reichling | | | |
| Victim(s) | | | |
| Brady Date:   9/29/2017 | | Status: Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| OPA LOCKA | 008-00023 | STANLEY J JEAN-FRANCOIS | DETECTIVE |
| F17-18246 | | FALSE IMPR/D WEAPON, BATTERY/AGG/DWEAP | |
| **Under Investigation** | | | |
| ASA(s)   Sandra Miller-Batiste | | | |
| Victim(s) | | | |
| Brady Date:   9/19/2017 | | Status: PENDING | |

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-07487 | DANNY PEREZ | POLICE OFFICER |
| 6/15/16 | PD161615225 317 | Police Shooting | |
| **Under Investigation** | | | |
| ASA(s) | Tim Vandergisen/Marie Mato | | |
| Victim(s) | Castameda Jr. Bermardp | | |
| **Brady Date:** 5/16/2017 | | **Status:** Open & Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-07318 | JUSTIN D WINLAND | POLICE OFFICER |
| 6/15/16 | PD160615225 654 | Police Shooting | |
| **Under Investigation** | | | |
| ASA(s) | Tim Vandergiesen/Marie Mato | | |
| Victim(s) | Castaneda Jr, Bernardo | | |
| **Brady Date:** 5/16/2017 | | **Status:** Open & Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| ==HIALEAH== | 004-01675 | ==NICHOLAS LOPEZ== | ==SERGEANT== |
| ==1/1/17== | 2017-02996 | ==Police Shooting== | |
| **Under Investigation** | | | |
| ASA(s) | Gary Winston & Ray Araujo | | |
| Victim(s) | Placide, Daniel | | |
| **Brady Date:** 5/11/2017 | | **Status:** Open & Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| NORTH MIAMI BEACH | 007-00062 | MICHAEL BOLINGER | POLICE OFFICER |
| 02/13/14 | Investigation | Police Shooting | |
| **Under Investigation** | | | |
| ASA(s) | Katheline Cortes & Joseph Mansfield | | |
| Victim(s) | Dwanaunne Antonio Williams | | |
| **Brady Date:** 5/11/2017 | | **Status:** Open and Pending | |

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HOMESTEAD | 010-00598 | ANTHONY GREEN | DETECTIVE |
| 7/16/15 Investigation | Police Involved Shooting | | |

**Under Investigation**
ASA(s)   Luis Caso and Joseph Mansfield
Victim(s)   Edward Blanton Foster, III
Brady Date:   7/22/2015                              Status: Open and Pending

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI | 001-41661 | RICHARD RIOS | POLICE OFFICER |
| 7/5/15 Investigation | Police Involved Shooting | | |

**Under Investigation**
ASA(s)   Joshua Weintraub and David Gilbert
Victim(s)   Maximo Rabasa
Brady Date:   7/22/2015                              Status: Open and Pending

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01534 | LUIS CURBELO | POLICE OFFICER |
| | Traffic Homicide | | |

**Under Investigation**
ASA(s)   David Gilbert
Victim(s)
Brady Date:   6/23/2015                              Status: Pending Investigation

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| SWEETWATER | 025-00160 | OCTAVIO OLIU | POLICE OFFICER |
| F15-4058 | Organized Scheme to Defraud & Official Misconduct | | |

**Under Investigation**
ASA(s)   Jeremy Franker, Statewide Pros
Victim(s)
Brady Date:   3/2/2015                              Status:

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-07733 | ROBERTO C MENDOZA | SERGEANT |

11/2/2014  Investigation  Police Involved Shooting
**Under Investigation**
**ASA(s)**  Joseph Mansfield and Brenda Mezick
**Victim(s)**  Zambrana
**Brady Date:**  11/7/2014                **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-07370 | RICHARD J DAVIS III | POLICE OFFICER |

11/2/2014  Investigation  Police involved shooting
**Under Investigation**
**ASA(s)**  Joseph Mansfield and Brenda Mezick
**Victim(s)**  Erick J. Zambrana
**Brady Date:**  11/7/2014                **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01004 | BARBARO HERNANDEZ | SERGEANT |

#1-7/28/2013  Investigations  Police Involved Shootings
**Under Investigation**
**ASA(s)**  #1-William Howell and Don Horn
**Victim(s)**  #1- Gavilanes, Pisciotti, Pisciott, Simono, Nieblas, Perez & Vargas
**Brady Date:**  10/30/2014               **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-07533 | XAVIER F ALVAREZ | POLICE OFFICER |

6/11/2014  Investigation  In-Custody Death
**Under Investigation**
**ASA(s)**  Michael Von Zamft and Luis Caso
**Victim(s)**  Timothy Vann
**Brady Date:**  7/3/2014                 **Status:** Open and Pending

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01449 | ANTONIO SENTMANAT | POLICE OFFICER |

10/22/13   Investigation   Police Involved Shootings
**Under Investigation**
**ASA(s)**   Abbe Rifkin and Colleen Kay
**Victim(s)**   Javier Diaz
**Brady Date:**   11/1/2013         **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01216 | ANTONIO LUIS | LIEUTENANT |

#1-1/2/13; #2-10/28/13   Investigations   Police Involved Shootings
**Under Investigation**
**ASA(s)**   #1-Abbe Rifkin and Helen Page Schwartz; #2-Abbe Rifkin and Colleen Kay
**Victim(s)**   #1-Yamil Paz; #2-Arturo Guzman
**Brady Date:**   11/1/2013         **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-00934 | RICARDO FERNANDEZ | LIEUTENANT |

10/28/2013   Investigation   Police Involved Shooting
**Under Investigation**
**ASA(s)**   Abbe Rifkin and Colleen Kay
**Victim(s)**   Arturo Guzman
**Brady Date:**   11/1/2013         **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI SPRINGS | 005-00142 | OSCAR GARCIA | POLICE OFFICER |

F13-10558   2 counts of Insurance Fraud and 1 count of 2nd degree Grand Theft
**Charged**
**ASA(s)**   Isis Perez
**Victim(s)**
**Brady Date:**   6/5/2013         **Status:** Arrested & charged

---

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI | 001-27502 | LUIS HERNANDEZ | POLICE OFFICER |

F13-2370    Armed Kidnapping, Armed Sexual Battery

**Under Investigation**

**ASA(s)** Ray Araujo

**Victim(s)**

**Brady Date:** 2/6/2013              **Status:** Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01847 | CARLOS LINARES | POLICE OFFICER |

1/2/2013    Investigation    Police Involved Shooting

**Under Investigation**

**ASA(s)** Abbe Rifkin and Helen Page Schwartz

**Victim(s)** Yamil Paz

**Brady Date:** 1/8/2013              **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01790 | JUAN FERNANDEZ | DETECTIVE |

1/2/2013    Investigation    Police Involved Shooting

**Under Investigation**

**ASA(s)** Abbe Rifkin and Helen Page Schwartz

**Victim(s)** Yamil Paz

**Brady Date:** 1/8/2013              **Status:** Open and Pending

---

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01249 | RICHARD QUINTERO | SERGEANT |

1/2/2013    Investigation    Police Involved Shooting

**Under Investigation**

**ASA(s)** Abbe Rifkin and Helen Page Schwartz

**Victim(s)** Yamil Paz

**Brady Date:** 1/8/2013              **Status:** Open and Pending

# Brady Report

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-02875 | OMAR CARUS | POLICE OFFICER |
| M10-17331 | | Misdemeanor stalking-1ct | |
| **Charged** | | | |
| ASA(s) Christina Cicconi | | | |
| Victim(s) | | | |
| Brady Date: 4/19/2010 | | Status: peinding | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| MIAMI DADE POLICE | 030-05669 | NATASHA OCASIO | POLICE OFFICER |
| 12/21/09 | | Driving under the influence | |
| **Under Investigation** | | | |
| ASA(s) Luis Caso | | | |
| Victim(s) | | | |
| Brady Date: 12/22/2009 | | Status: Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01422 | DEXTER TILLMON | SERGEANT |
| 12/12/09 | | In-Custody Death | |
| **Under Investigation** | | | |
| ASA(s) David Paulus and Philip Maniatty | | | |
| Victim(s) Magdiel Cardero | | | |
| Brady Date: 12/18/2009 | | Status: Open and Pending | |

| Municipality | Court ID | Name | Rank |
|---|---|---|---|
| HIALEAH | 004-01525 | FRANCISCO ALVAREZ | POLICE OFFICER |
| 12/12/09 | | In-Custody Death | |
| **Under Investigation** | | | |
| ASA(s) David Paulus and Philip Maniatty | | | |
| Victim(s) Magdiel Cardero | | | |
| Brady Date: 12/18/2009 | | Status: Open and Pending | |