# EXHIBIT 22



# STATE ATTORNEY

ELEVENTH JUDICIAL CIRCUIT OF FLORIDA
E. R. GRAHAM BUILDING
1350 N.W. 12TH AVENUE
MIAMI, FLORIDA 33136-2111

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY

TELEPHONE (305) 547-0100
www.miamiSAO.com

September 19, 2018

Sergio Velazquez, Chief of Police
Hialeah Police Department
5555 E. 8 Avenue
Hialeah, FL 33013

Dear Chief Velazquez:

Enclosed is our final report regarding the investigation into the police-involved shooting of Lester Machado on October 1st, 2017.  The Officers involved in this incident were Jose Abel (#04-1868), Felix Elias (04-2007), Daniel Garcia (04-2080), Daniel Gato (04-1860), Esteban Holland (04-1930) and Adrian Vidal (04-2042).

The investigation has determined that the subject had been stopped for a traffic infraction and subsequently fled the scene.  With the police in pursuit, Mr. Machado recklessly drove through city streets and was involved in several collisions.  At one point, the subject drove his vehicle towards two officers, who had to jump out of the way to avoid serious injury or death.

Taking into account the subject's menacing actions, it is reasonable to believe that the Officers considered it necessary to use deadly force by firing their weapons to stop a fleeing felon and prevent injury to themselves and others.  Therefore, no criminal charges will be filed.

If you have any questions, please do not hesitate to contact me.

Sincerely,

KATHERINE FERNANDEZ RUNDLE
State Attorney

KFR:iah

cc:  Listed Officer(s)
     Hialeah PD  – Internal Affairs
     Captain Javier Ortiz - FOP
     Robert Senior (AUSA)
     Troy Walker (FDLE)
     Enclosure

OFFICE OF THE STATE ATTORNEY                    KATHERINE FERNANDEZ RUNDLE
ELEVENTH JUDICIAL CIRCUIT                        STATE ATTORNEY



### INTEROFFICE MEMORANDUM

TO:    KATHERINE FERNANDEZ RUNDLE        DATE:        SEPTEMBER 18, 2018
       State Attorney

FROM:  STAFFING/REVIEW TEAM             RE:          POLICE SHOOTING
                                        CASE #:      HPD 2017-030325
                                        DECEASED:    LESTER MACHADO

---

Based on the information obtained and reviewed during the course of the investigation, the conclusion of the staffing/review team is the following: The investigation has determined that a Hialeah Police Officer stopped Mr. Lester Machado reference a traffic infraction. Subsequently, the subject abruptly backed up his vehicle and fled. With numerous police vehicles in pursuit, Mr. Machado drove recklessly and with wanton disregard through the city streets and parking lots of several establishments. At the same time, he had several collisions with police vehicles and incidents where officers had to move out of his way to avoid being struck. There were three separate crime scenes involved in this incident. At one point (at Scene 2) Mr. Machado drove his vehicle at several officers who were standing outside of their police cars, Officer Jose Abel fired several rounds at Mr. Machado. Mr. Machado fled again with more police cars in pursuit. Mr. Machado's car ultimately spun out of control, striking a cement Metrorail support pillar. After striking the pillar (at Scene 3) Mr. Machado attempted to flee again. Several officers discharged their weapons to prevent the subject from fleeing once more.

Taking into account Mr. Machado's actions in driving toward the two officers at Scene 2, it is reasonable to believe that Officer Jose Abel considered it necessary to use deadly force to prevent great bodily injury or death to his fellow officers. Taking into account Mr. Machado's actions in fleeing from numerous police cars utilizing lights and sirens, his ramming and attempting ramming of multiple police vehicles and the numerous felonies he committed during his flight from the pursing officers; Officers Elia, Garcia, Gato, Holland and Vidal were justified in using force to arrest a felon fleeing from justice.

Therefore, we find that Officers Jose Abel (04-1868), Felix Elias (04-2007), Daniel Garcia (04-2080), Daniel Gato (04-1860), Esteban Holland (04-1930) and Adrian Vidal (04-2042) were legally justified in the use of force when they fired their weapons at Mr. Machado.

The members of the staffing/review team for this case are:


_____          _____          _____
Don L. Horn                      Esther Jacobo                    Kathleen Hoague

_____          _____          _____
Deisy Hernandez                  Frank Ledee                      Reid Rubin

_____
Christine Zahralban

Approved by State Attorney on this _____ day of _____, 2018.


_____
KATHERINE FERNANDEZ RUNDLE
State Attorney

OFFICE OF THE STATE ATTORNEY
ELEVENTH JUDICIAL CIRCUIT

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY



INTEROFFICE MEMORANDUM

TO:     STAFFING/REVIEW TEAM

DATE:   SEPTEMBER 18, 2018

FROM:   DAVID I. GILBERT
        ALEJANDRA LOPEZ
        ASSISTANT STATE ATTORNEYS

RE:     POLICE SHOOTING CLOSEOUT MEMO
        Case # SAO #62/17/10/01/001

| | |
|---|---|
| **OFFICER(S) INVOLVED:** | OFF. JOSE ABEL 04-1868<br><br>OFF. FELIX ELIAS 04-2007<br><br>OFF. DANIEL GARCIA 04-2080<br><br>OFF. DANIEL GATO 04-1860<br><br>OFF. ESTEBAN HOLLAND 04-1930<br><br>OFF. ADRIAN VIDAL 04-2042 |
| **DECEASED:** | LESTER MACHADO  DOB:07/04/1993 (24 YOA) |
| **INJURIES:** | GUNSHOT WOUNDS TO HEAD, NECK, CHEST, TORSO |
| **DATE & TIME:** | OCTOBER 1, 2017  AT 4:25 AM |
| **LOCATION:** | INTERSECTION OF NW 37TH AVENUE  AND 79TH STREET, HIALEAH, FL |
| **WEAPON(s):** | GLOCK 17 GEN 4, SER. #BBBM597 (OFF. ABEL)<br>GLOCK 17 GEN 4, SER.#BBBM577 (OFF. ELIAS)<br>GLOCK 17 GEN 4, SER. #BBBM772 (OFF. GARCIA)<br>GLOCK 17 GEN 4, SER. #BBBM683 (OFF. GATO)<br>GLOCK 17 GEN 4, SER #BBBM806 (OFF. HOLLAND)<br>GLOCK 17 GEN 4, SER #BBBM604 (OFF. VIDAL) |
| **LEAD:** | DETECTIVE CARLOS GARCIA 04-1381 |
| **CASE #:** | HPD # 2017030325 |
| **SAO CASE #:** | SAO #62/17/10/01/001 |

## SUMMARY

While on routine patrol, Off. T. Hernandez, Hialeah Police Department (HPD) observed a white Honda Accord traveling southbound on east 8th Avenue. The driver of the Honda committed a traffic infraction. Off. Hernandez conducted a traffic stop on eastbound 22nd Street near 9th Avenue. After stopping, the driver of the Honda, later identified as Lester Machado, abruptly backed up towards the police vehicle, but it did not make contact. The Honda fled eastbound on 22nd Street with police in pursuit. After several turns, the Honda approached a gas station located on the corner of E. 4th Avenue and 25th Street. Mr. Machado turned into the gas station and had a minor collision with a police vehicle when it exited onto 4th Avenue. Mr. Machado continued to flee. During the pursuit, the Honda was followed by numerous police vehicles. All police vehicles involved had their emergency lights and sirens activated. Near the 700 block of 25th Street, the Honda struck the police car of Off. Benitez who had stopped her car facing westbound in the eastbound lanes. The car came to a stop.

Offs. Maria Benitez and T. Hernandez approached the Honda. Mr. Machado backed up and collided with a marked police vehicle occupied by Offs. Lorenzo Rodriguez and James Burke. He then drove towards Offs. Benitez and Hernandez. Both officers jumped out of the way to avoid being struck. The Honda proceeded forward and gunshots were fired by Off. Jose Abel as the vehicle fled eastbound on 25th Street which becomes 79th Street. Mr. Machado was pursued by Lt. Antonio Luis and several other marked police vehicles with their emergency equipment activated. During the pursuit, Mr. Machado repeatedly attempted to strike Lt. Luis's police vehicle with his Honda. As a result of one of those impacts, or as the result of an effort to make a sudden U-turn, Mr. Machado's Honda went out of control and spun out causing the rear of the vehicle to strike a cement Metrorail support pillar. Multiple officers discharged their weapons before the vehicle was able to flee further.

For ease of reference, the three main scenes will be denoted below as follows:

Scene 1 – the Mobil gas station located on the corner of E 4th Avenue and 25th Street.
Scene 2 – E. 25th Street, eastbound in the 700 block across from Hialeah Hospital
Scene 3 – N.W. 79th Street (a continuation of E. 25th Street) and 37th Avenue.

## WITNESSES

**OFFICER TEANNIE HERNANDEZ** – Officer Teannie Hernandez is a patrol officer for the Hialeah Police Department. She gave a voluntary sworn statement to investigators on October 1, 2017 and did a sworn video reenactment at Scene 2 on October 5, 2017.

In her sworn statement, Officer Teannie Hernandez testified she was on routine patrol when she got behind a vehicle southbound on East 8th Avenue approaching 25th Street. The vehicle, a white Honda had its tag light out and the driver was swerving in and out of his lane of travel. She asked the dispatcher to check the license tag, but had not activated her emergency equipment. The Honda turned east onto 22nd Street. Off. Hernandez asked for backup so she could initiate the traffic stop. When backup arrived, she activated her emergency lights in an effort to get the Honda to stop. However, the Honda did not stop and went south on East 10th until he turned east on 21st Street. At 8th Avenue he ran a red light. The driver continued to make turns and they wound up at East 9th Avenue and 22nd Street. The driver of the

Honda stopped, put the car in reverse and backed up quickly in the direction of Off. Hernandez's vehicle. Just before impact, he stopped the car, went back into forward gear and took off. Another police vehicle immediately got behind the Honda and the pursuit continued. When Off. Hernandez got to east 4th Avenue and 25th Street, the Honda drove into the parking lot of the Mobil gas station (Scene 1) where she heard an impact (a collision with another police vehicle). She lost him again when he pulled out of the gas station and went north on East 4th Avenue. She heard officers calling out his route. At one point, while she was northbound on East 8th Avenue, she heard he was northbound on East 7th Avenue heading to 25th Street. Off. Hernandez went to East 25th Street and turned westbound into the eastbound lanes. [Although not specifically asked, it appears that Off. Hernandez was aware that East 7th Avenue ends at 25th street – a "T" intersection -  and, because of a large raised median dividing traffic, she was aware the Honda driver would likely turn eastbound when he arrived at 25th Street.] She saw the Honda turn eastbound on East 25th Street from 7th Avenue. She saw the Honda appear to get stuck after hitting something, so she stopped – facing him – and got out of her car. Off. Maria Benitez was also there and their cars were parked parallel to each other. As she and Off. Benitez start to approach the Honda she heard the car shift into gear and saw the subject try to move forward, but the car appeared to be stuck. Eventually the driver was able to free the vehicle and it started driving directly towards her and Off. Benitez. Off. Hernandez jumped out of the way to avoid being hit because she was in fear for her life. As she did so, she heard gunshots. Off. Hernandez was not able to identify the shooting officer. It took Off. Hernandez some time to get back into her car and maneuver back to an eastbound direction. She saw numerous officers in pursuit of the Honda. By the time she caught up with them, she heard the lieutenant calling for a cease fire. Although she heard shooting she could not identify any of the officers who fired their weapons.

In the video reenactment at Scene 2, Off. Hernandez took up the story at the point where she was driving her patrol vehicle with emergency lights and siren activated westbound in the eastbound lanes of E. 25th Street. She testified her vehicle was behind the police car driven by Off. Benitez. She saw the Honda make a wide right turn from northbound 7th Avenue onto eastbound 25th Street ending the turn in the inside (left) lane. There were several marked units behind the Honda. She observed the Honda crash into the front of Off. Benitez's vehicle without trying to avoid the contact. The white vehicle backed up and hit the front of a patrol car that had stopped behind it. As this was happening, Off. Hernandez got out of her vehicle and began to approach the Honda that appeared to have a tire stuck on the median. As she got near the vehicle it moved forward forcing her to jump out of the way to avoid contact with her. She heard shots fired and believes they came from a south to north direction (i.e. from the sidewalk towards the median). The Honda stopped again briefly before accelerating eastward. Off. Hernandez ran back to her patrol car. The reenactment ended at that point.

**OFFICER MARIA BENITEZ** – Officer Maria Benitez is a patrol officer with the Hialeah Police Department. She gave a voluntary sworn statement to investigators on October 1, 2017 and also did a sworn video re-enactment at Scene 2 on October 5, 2017.

In her sworn statement, Off. Maria Benitez testified that she was working an off-duty job at the casino located at East 4th Avenue and 32nd Street. She was in uniform and had her police vehicle. Over her police radio she heard an officer calling for backup on a traffic stop. She got into her vehicle in order to try to assist. When she got to East 4th Avenue and 28th Street she saw the Honda traveling northbound with officers behind it. She got into the pursuit during which she saw him run a red light at East 4th Avenue and 32nd Street. At 32nd Street he made a wide right turn into oncoming traffic putting a citizen

vehicle at risk. There were approximately five (5) patrol vehicles between her and the Honda. One of the officers was calling out their route. She decided to make a U-turn and went over to East 8th Avenue to try to head him off and stop him because he was a threat to citizens.

By radio, Off. Benitez suggested that someone block the subject at one of the intersections and then heard that the subject had tried to ram the officer who had done so. She caught sight of the subject again when she was on East 8th Avenue and either 27th or 28th street. She observed the Honda go over the median into oncoming traffic. He drove back over the median and turned onto eastbound 26th Street. The subject continued to make numerous turns while Off. Benitez stayed southbound on East 8th Avenue. At one point the subject came out of one of the side streets, northbound, and drove directly at Off. Benitez, who had to swerve to avoid a collision.

She caught sight of him next when she was westbound in the eastbound lanes of East 25th Street. The subject, coming from the opposite direction, rammed into the front of her vehicle. At that time, she could see that there was one occupant in the car who was wearing a black hoodie and was trying to hide his face. He screamed, "fuck the police," and put the car in reverse and rammed a police vehicle that was behind him. She got out of her car, believing that he was going to bail out of the car. The subject drove forward almost hitting Off. Benitez as he passed. Off. Benitez heard gunshots but could not say who did the shooting. Off. Benitez got back in her car, turned around, and took up the pursuit. There were approximately five (5) police cars in front of her. She was able to see that some of the officers got close to him. He was braking his vehicle in an attempt to make them hit him in the rear and was swerving all over the road in an apparent effort to force the police cars off the road. The subject crashed his vehicle and she heard officers order him out of the car and then there were gunshots. (Scene 3) Officer Benitez did not fire her weapon and cannot identify the officers who did. Officer Benitez testified that she was in fear for her life when the subject rammed her car and when he drove at her as he drove away. Off. Benitez also testified that during the pursuit all of the officers had their emergency lights and sirens activated and that the subject committed numerous violations including running red lights and stop signs.

In the sworn video reenactment at Scene 2, Off. Maria Benitez testified that she was involved in the pursuit of the deceased Honda driver. As she approached Scene 2, she was driving westbound in the eastbound lanes of E. 25th Street. She had her emergency lights and siren activated. As she approached Hialeah Hospital she observed the Honda make a right turn from northbound E. 7th Avenue onto eastbound 25th Street. Off. Benitez stopped her vehicle east of the intersection and watched as the Honda hit her patrol car head on. Off. Benitez exited her vehicle as the Honda went into reverse and struck a police vehicle that was behind it. The Honda then went forward a little and stopped. She saw a male in the car who was trying to cover his face with something. Off. Benitez stated that she was standing on the white line dividing the two eastbound lanes when the driver of the white car made eye contact with her. She heard the driver yell something to the effect of, "Fuck you, Bitches," and he turned the steering wheel to the right and accelerated towards Off. Benitez. Off. Benitez jumped out of the way as she heard gunfire. She said that she feared for her life before getting out of the way of the car. Someone yelled, "Shots fired!" Off. Benitez does not know which officer fired at the Honda driver. Off. Benitez believes the shots were fired from the median in a northwest to southeast direction. The Honda continued eastbound on 25th Street.

**OFFICER LORENZO RODRIGUEZ** -- Officer Lorenzo Rodriguez is a patrol officer with the Hialeah Police Department. He gave a voluntary sworn statement to investigators on October 1, 2017 and also did a sworn video reenactment at Scene 2 on October 5, 2017.

In this sworn statement, Off. Lorenzo Rodriguez testified that he was patrolling his sector when he heard a call go out that Off. Teannie Hernandez was trying to stop a vehicle that would not stop. He said that he started heading towards Off. Hernandez's sector because he thought there was a possibility the incident could end in a subject "bail out" and there would be a need for a perimeter. While heading towards that sector he heard that the subject tried to ram an officer's vehicle with his car. At that point an emergency signal went out requesting backup for the officers involved in the pursuit. Off. Rodriguez continued to drive towards his destination as he heard officers calling out all the various streets that the subject was turning onto. At one point, he was headed south on East 4th Street when he saw the subject and the pursuing officers coming north on 4th Street.

Off. Rodriguez placed his vehicle in the intersection of East 4th Avenue and 25th Street. The subject avoided him by pulling into a Mobil gas station on that corner (Scene 1). The subject made some turns in the gas station to avoid officers and pulled back onto the street to continue traveling north on East 4th Avenue. Off. Rodriguez drove north on East 5th Avenue to parallel the subject's route. When he reached East 32nd Street the subject crossed in front of him as the subject turned east onto 32nd. At this point, he took up the pursuit eastbound with the other officers. Off. Rodriguez was now the first car behind the Honda with Lieutenant Antonio Luis behind him. The Honda lead them through may turns. Lt. Luis took over the responsibility for calling out their path because one of the other officers made a directional mistake during one of his transmissions.

Towards the end of the pursuit, they ended up northbound on East 7th Avenue where the Honda made a right turn onto East 25th Street. After making the turn, the subject hit the median and continued eastbound. There were units coming westbound in the eastbound lanes. The subject drove up onto the median. Off. Rodriguez stopped his vehicle and started to get out of the car. The subject backed up and struck the front of Off. Rodriguez's vehicle with the rear of his vehicle. The subject drove forward though a number of police officers who were out of their car and were in his way. Off. Rodriguez heard several shots but could not see who fired nor does he know why they fired. Everyone got back into their cars and continued the pursuit. Off. Rodriguez saw the Honda crash at a Metrorail support pillar and saw numerous officers stop their cars in the area of the collision. (Scene 3) As he got out of his car, he heard many shots fired but could not see who was firing. He did not discharge his weapon because he had a bad angle and he did not know why they were firing, so he stayed behind his car until the shooting stopped.

When officers responding to the shooting arrived, the officers were separated into groups of shooting and non-shooting officers. When Off. Rodriguez informed officers that his car had been struck by the Honda, he was told to return to the area where that had occurred. He followed instructions and roped off the scene (Scene 2) when he arrived. He also located the casings from the shooting at that location and made sure they were preserved.

During the sworn video reenactment at Scene 2, Off. Rodriguez directed the investigators to place the different vehicles in the positions he recalled being in. The vehicle being used for the deceased's Honda was placed on the grass median opposite Hialeah hospital. According to Off. Rodriguez, the vehicle was completely on the grass facing northeast near one of the concrete Metrorail supports. As

Off. Rodriguez got out of his vehicle, the Honda backed up and struck the front of his police vehicle with the rear of the Honda. It happened so quickly, that Off. Rodriguez did not have a chance to issue any verbal commands to the driver of the Honda. The Honda then accelerated away towards the east. Off. Rodriguez was able to see the lights of additional police vehicles facing westbound in the eastbound lanes of 25th Street. He was unable to determine the identities of the officers, but he did see that some of them were in the street approaching his location. At least one of those officers was in the street in the direction in which the Honda was heading. As the vehicle passed the other officers, Off. Rodriguez heard several gunshots but he was not able to determine who did the shooting. Off. Rodriguez got back into his vehicle and pursued the Honda behind several other vehicles.

**OFF. JAMES BURKE** – Officer James Burke is a patrol officer with the Hialeah Police Department. On the date of the incident, he was a trainee being trained by Off. Lorenzo Rodriguez. He gave a voluntary sworn statement to investigators on the date of the incident, October 1, 2017, and did a sworn video re-enactment at Scene 2 on October 5, 2017.

Officer Burke testified in his sworn statement that he was on routine patrol with his supervising officer, Lorenzo Rodriguez. He was the passenger in their patrol vehicle. He heard the radio transmissions about an attempt to stop a vehicle. During the transmissions about the stop he heard that the vehicle had tried to ram a police car. He was aware that there were several vehicles involved in the attempt to stop the car. Officer Rodriguez decided that he would try to cut off the car by establishing a perimeter. This required them to leave their sector and go to the sector where the police pursuit was taking place. They first became involved at a Mobil gas station on the corner of East 4th Avenue and 25th Street (Scene 1). The car being chased went around them and continued on. Off. Rodriguez got into a position directly behind the Honda and took up the pursuit with the other police vehicles behind them. Their route led them to northbound 7th Avenue where the Honda made a right turn to go eastbound on 25th Street. After the turn, Off. Burke saw a police vehicle heading towards them, putting the subject vehicle in between them (Scene 2).

For a short period of time, the Honda was stopped with their vehicle a few feet behind him. During that period of time, Off. Burke was able to observe one person in the Honda who appeared to be a slightly heavy set Hispanic male. Offs. Burke and Rodriguez started to get out of their vehicle when the driver put his car in reverse and rammed their vehicle. Off. Burke ran south to the sidewalk while Off. Rodriguez got back into their patrol car because the Honda started forward and was leaving the scene. As the Honda left the scene he almost hit a police officer. At that time, Off. Burke heard shots fired. Off. Burke does not know who fired the shots, but he believes the officer fired because the Honda almost hit two police officers. Off. Burke did not see any weapons in the possession of the driver of the Honda driver. Off. Burke got back into his patrol car and they drove eastbound after the subject until they got to the location where the Honda crashed (Scene 3). As soon as Off. Burke got out of his patrol car, he heard officers shooting at the driver of the Honda. He could not see if the driver had a weapon because the deployed airbag blocked his view. He testified that he did not pay attention to which officers fired because he was trying to find cover behind a pillar. Officers from the Miami-Dade Police Department arrived on the scene and instructed Off. Burke to return to the scene of first shooting (Scene 2). He did as he was told and waited at that location until investigators arrived.

The video reenactment took place on 25th Street at the approximate location where the first shots were fired. During the video reenactment, vehicles were place in approximately the same positions they were in at Scene 2 and Off. Burke testified under oath to the events he witnessed on the night of the shooting, directing investigators to move the vehicles as he deemed appropriate. Off. Burke stated that when he and Off. Rodriguez stopped their vehicle in the left lane of eastbound East 25th Street, they started to exit their vehicle. As they did so, the Honda backed up and the rear of the Honda struck the front of their police vehicle. Off. Burke, who was standing next to his open passenger door, was struck by his car door because of the rearward movement of the police vehicle caused by the Honda's impact. Off. Burke, then ran south from his vehicle to the sidewalk. He drew his service weapon and aimed it at the Honda. The Honda drove eastbound, going around a police vehicle that was stopped facing westbound in the eastbound lanes. Off. Burke saw other officers in the area where the Honda was headed, but he could only identify Off. Benitez who was on the sidewalk east of him. It appeared to Off. Burke that the Honda was headed towards some of the officers who were east of him.

As the Honda fled. Off. Burke heard approximately four (4) shots and saw glass flying from the Honda. Off. Burke could not identify the officer who fired the shots. Several police vehicles gave chase to the Honda. Offs. Burke and Rodriguez got back in their patrol car and followed eastbound. Off. Burke heard, but did not see, the shooting that took place at Scene 3.

**OFFICER JOSE PICO** – Officer Jose Pico is a one-year patrol officer with the Hialeah Police Department. He gave a recorded sworn statement to investigators on October 1, 2017 and did a sworn video reenactment at Scene 2 on October 5, 2017.

In his initial sworn statement, Officer Pico testified that he heard Off. Teannie Hernandez call for backup for a traffic stop at East 8th Avenue approaching 25th Street. Off. Pico was coming southbound when he saw Off. Hernandez going northbound following a white Honda which sped away as he arrived. He saw the Honda make a left onto westbound 25th Street. Off. Pico tried to parallel the Honda in an effort to head it off while other vehicles continued the pursuit. During this period of time, he heard an officer report that the offender had tried to ram him. Off. Pico could not recount all the streets he went on nor all the turns that were reported to be made by the Honda during the pursuit. However, at one time he was able to get alongside the vehicle. He tried to pull ahead to cut him off, but the subject made a sudden turn and got away. Before the subject turned, Off. Pico saw that he was hiding his face with something. At one point, while Off. Pico was behind several other cars, he saw that other officers had blocked the Honda on Eastbound 25th Street. He saw officers getting out of their cars, when the subject backed up and smashed into one of the cars and started to flee. The subject almost hit Officers Maria Benitez and Jose Abel when Off. Pico heard shots being fired. He did not see who fired their weapon. Off. Pico and other officers took off in pursuit of the Honda until it crashed into a pillar supporting Metrorail (Scene 3). When Off. Pico arrived at the scene of the crash he heard gunshots. He took cover because he did not know if it was the subject or officers firing their weapons. Off. Pico cannot say which officers fired. He heard a cease fire command. When he approached the Honda he saw the driver was laying across the car with the upper part of his body behind the passenger seat.

During the video re-enactment at Scene 2, Officer Pico stated he was on routine patrol when he received a radio call about a traffic violator that was not stopping for other patrol units. Officer Pico was assigned to assist the other officers. During the pursuit, there were about six (6) patrol vehicles

involved.  When Off. Pico arrived at eastbound E. 25th Street he stopped behind the patrol vehicle of Offs. Rodriguez and Burke (although he did not recall their identities at the time of his initial statement). Off. Pico got out of his vehicle and stood behind the open driver's door.  As he did so, he saw the Honda back up and strike the Hialeah patrol vehicle stopped in front of him.  The Honda then accelerated forward towards other Hialeah patrol vehicles that were east of him.  Off. Pico saw other police officers in the area where the Honda was headed, but he was unable to state who they were.  As the Honda drove towards the officers, Off. Pico heard gunshots but was unable to determine who fired.  Officer Pico took cover behind his car door.  The Honda accelerated eastbound away from the scene.

**LIEUTENANT ANTONIO LUIS** -- Lieutenant Antonio Luis is a lieutenant in the patrol division of the Hialeah Police Department.  Lt. Luis, as shift commander, was monitoring the radio in his area of supervision when he heard the radio calls about the attempt to stop a vehicle for a traffic violation. Included in the information was the attempt to ram one of the officers. Lt. Luis heard one of the sergeants call off the pursuit.  Lt. Luis then asked for confirmation of the attempt to ram.  Off. Teannie Hernandez confirmed that the offender had attempted to ram her vehicle.  Lt. Luis countermanded the sergeant's decision to call off the pursuit and advised his officers to continue.  He drove towards the immediate area of the pursuit while listening to the route of the pursuit as it was transmitted on the radio.  Lt. Luis noted that there were a couple of occasions when the direction of the pursuit was called off incorrectly when there was a change in direction.  Therefore, when he was close enough to follow the subject, at East 8th Avenue and 30th street, he took over calling out the route of travel to the exclusion of all other officers.  He was cut off by traffic at East 25th Street and 8th Avenue so he had another officer call off the route because he lost sight of the vehicle.  When Lt. Luis got to East 7th and 25th Street, he saw smoke and heard someone call out, "Shots fired".  He saw the Honda starting to flee the area and he was able to get directly behind it as other officers, who were out of their vehicles, got back into their cars.  At approximately 9th Avenue on eastbound 25th Street, the driver began to slow down. Lt. Luis thought the driver was going to make a U-turn when he suddenly slammed into Lt. Luis's front left corner with his right rear corner.  As the two cars continued eastbound, the driver made repeated attempts to strike the lieutenant's vehicle, some were successful and others were not.

When the two vehicles reached 37th Avenue, the Honda was in the right lane and the lieutenant was in the left lane. At 37th Avenue, it appeared to Lt. Luis that the driver was going to make a left turn to go north and during the maneuver the front of Lt. Luis's car struck the left rear of the Honda.  The Honda went out of control, hitting the Metrorail pillar while Lt. Luis's car continued eastbound past the intersection before he could stop. As Lt. Luis got out of his car, he heard gunshots. He called for a cease fire because he felt that he was in a crossfire. Lt. Luis could not identify which officers were firing their weapons because all the car headlights and emergency lights blinded him.

**SHOOTING OFFICERS:**  It was later determined that six (6) officers discharged their firearm during the course of these events. Officer Abel discharged his firearm at Scene 2. Officers Elia, Garcia, Gato, Holland and Vidal discharged their firearms at Scene 3. None of the Shooting officers gave statements or a proffer.

## AUTOPSY

Lester Machado was autopsied by Dr. Benjamin Mathis, Associate Medical Examiner, who determined that death was caused by multiple gunshot wounds.  Dr. Mathis found evidence of eleven (11) gunshot wounds to the body of Mr. Machado along with multiple superficial gunshot wounds. Those wounds were as follows:

Gunshot Wound "A" was to the left side of the head.  The path of the projectile was from left to right passing through both lobes of the brain.  A projectile was recovered from the right side of the skull.

Gunshot Wound "B" was a grazing wound to the top of the head.  The path of the wound was left to right and front to back.

Gunshot Wound "C" was a grazing wound to the posterior aspect of the upper neck.  The path of the wound was left to right.

Gunshot Wound "D" entered and exited the right side of the chest.  The path was right to left and slightly downward.

Gunshot Wound "E" was to the lateral aspect of the left side of the chest. The projectile passed through the left lung, the spleen, and the stomach.  The projectile was recovered in the stomach.  The path was left to right and slightly downward.

Gunshot Wound "F" entered the left buttock and exited through the lower back.  The path was from left to right and upward.

Gunshot Wound "G" entered the lower right side of the back and went through the pelvic region. A projectile was recovered from the pelvic area.  The path was from right to left, downward and back to front.

Gunshot Wound "H" was to the posterior aspect of the right shoulder.  A projectile was recovered from the shoulder joint.  The path was from right to left and back to front.

Gunshot wound "I" was to the medial aspect of the right arm.  A projectile was recovered from the right arm.  The path was left to right, front to back and downward.

Gunshot Wound "J" was to the ventral aspect of the right forearm.  The path of the projectile could not be determined because of the extent of the injuries to this area.

Gunshot Wound "K" is two overlapping entry wounds to the right knee.  Both projectiles followed the same path and were recovered by the right femur.  The path of both projectiles was right to left, front to back, and upward.

Superficial Gunshot Wounds – Superficial gunshot wounds were located on the left shoulder, left flank, lower right back, left ear lobe, left scapular region, anterior aspect of the right arm (multiple), dorsal aspect of left forearm and dorsum of the left hand (multiple).

Dr. Mathis also documented numerous abrasions that were categorized as blunt force injuries. Those were located on the forehead, right cheek, bridge of the nose, upper lip, upper left-central region of the back, right scapular region (multiple), right upper side of the back, central back, left flank, lower right side of the back, anterior aspect of the right shoulder, radial aspect of the right wrist, proximal and radial aspect of the left forearm, dorsal aspect of the left forearm, and dorsal aspect of the left wrist. Dr. Mathis informed me that these injuries likely occurred during the collision and are not evidence of any mistreatment by police officers.

A total of seven (7) projectiles were removed from the body of Lester Machado.

The white Honda came to rest with the right rear tire on the median dividing eastbound and westbound N.W 79th Street at 37th Avenue. The car was facing west northwest. The rear of the vehicle had massive impact damage. The right rear tire was perpendicular to the road surface, taking the car out of operation. The windows on the driver's side and the rear windshield were blown out. The driver's airbag and the side airbags were deployed. There were glass particles and blood in the car. There were over eighty (80) apparent bullet holes on the driver's side of the car and through the airbags. Additional bullet holes were on the passenger side, but the metal was extruded outwards indicating that they were exit holes. Twenty-eight (28) projectile or projectile fragments were recovered from the inside of the vehicle. These items were not submitted to the Miami-Dade Police Department for comparison.

There are police transmission tapes and several video tapes from businesses along the route of the police chase and the scene of the shooting. The transmissions take place over several minutes.

## DISPATCH TAPES

The police transmissions start with Off. Teannie Hernandez making inquiry about a white Honda at approximately 3:47 A.M. She had the dispatcher run the license tag. After an apparent attempt to stop the Honda she radioed that the car was not stopping and she asked for backup. During the transmission, her siren can be heard in the background. Another officer advised that the Honda had tried to ram him. At that point, a sergeant called off the pursuit. (The Hialeah Police Department has a chase policy that prohibits pursuits for traffic offenses that could be dangerous.) Lieutenant Antonio Luis got on the radio and confirmed that the offender had tried to ram a police vehicle. When he confirmed that a ramming was attempted, Lt. Luis allowed the pursuit to proceed. The officers involved in the pursuit began to call out the direction of travel taken by the Honda as Lester Machado tried to evade them. The route called out was:

East on 24th Street towards 6th Avenue
North on 7th Avenue towards 23rd Street
West on 22nd Street toward 6th Avenue
South on 6th Avenue towards 21st Street
West on 21st Street
North on 4th Avenue Approaching 25th Street. (The corner with the Mobil gas station referred to above and below.)
North on 4th Avenue
East on 30th Street

South on 8th towards 26th Street
East on 26th Street
South on 8th Street
West on 25th Street
South on 9th Avenue from 25th Street
West on 24th Street
North on 8th Avenue
West on 23rd Street
North on 7th Avenue

During the next transmission, one can hear shots being fired and an officer reporting, "Shots fired!" A BOLO is issued to the County to alert them that the Honda is headed in their direction. At approximately 3:55 A.M. units are advised that there is a crash. It is reported that shots are fired again and then someone ordered a "cease fire" because they were in a cross fire.

## **VIDEO TAPES**

The first video tape comes from the Mobil gas station located at East 4th Avenue and 25th Street. (Scene 1) There are multiple video views provided, but only one of them shows a significant portion of the activity involving the Honda and the police vehicles. The camera is focused on the corner of the property bounded by East 4th Avenue and 25th Street, with East 4th Street across the top of the screen and 25th Street on the right side of the screen. There is two entrance/exits to the property. One leads to East 4th Avenue and the other to 25th Street. A police vehicle can be seen coming from 4th Avenue entering the exit on 25th Street in an apparent attempt to block the exit. A white Honda can be seen coming from the bottom of the screen towards the other exit while a police vehicle driven by Officer Esteban Holland comes from 4th Avenue in an attempt to block that exit. The police car is a fraction late because the Honda slips past the front of the police car, and continues north on 4th Avenue. The police car rocks side to side as the Honda passes (Which would correspond to Off. Holland's report of being "rammed" by the Honda).

Although I would not characterize the contact as a ramming, there are black stripes on the side of the Honda that are consistent with a sideswiping of the police vehicle. Off. Holland's vehicle comes to a stop blocking the exit. (It should be noted that no statement was taken from Off. Holland concerning this portion of the incident because he is one of the shooting officers who declined to make a statement. Lead Detective Carlos Garcia also advised me that Off. Holland is one of the officers who reported on the radio an additional attempted ramming during the pursuit.) A third police vehicle is following the white car, but it is unable to proceed onto East 4th Avenue because Off. Holland's vehicle blocks that police vehicle from proceeding.

The second video tape comes from a business on the corner of East 4th Avenue and 32nd Street. The camera is focused on a parking lot with the intersection in the background. The traffic light is red for traffic on East 4th Avenue. The White Honda comes from the right side of the screen toward the red traffic light where another vehicle has been stopped for some time. The white Honda runs the red light moments before the light turns green with six police vehicles in pursuit. The Honda is traveling at a high rate of speed and appears to go into oncoming traffic while completing the right turn onto East 32nd Street.

The third video is a hand-held cell phone video taken by a civilian standing on east 25th Street at the corner of 10th Avenue.  The video takes place over several minutes.  In the beginning of the video, police cars can be seen travelling at high speed with their emergency lights and sirens activated.  They travel in both directions on 25th Street and some turn off of 10th Avenue.  At one point the cell phone is pointed east, as that is the direction towards which most of the police vehicles are traveling.  After several seconds four gunshots can be heard coming from the area where the police are gathered several blocks away.  Shortly thereafter, a white vehicle speeds westbound with several police vehicles in pursuit.  All the vehicles speed off into the distance westbound.  Additional police vehicles follow the same path as time goes by.

The fourth video comes from a business on E. 25th Street on the 800 block.  It is very grainy, but shows a parking lot in the foreground with several people around a car stopped in the right eastbound lane.  Several police cars come into the picture.  All the police cars have their emergency lights activated.  Two of the police cars are traveling westbound in the eastbound left lane.  The others are traveling west bound in the westbound lanes.  The police cars appear to stop about a block away and several seconds later the men in the foreground scatter and appear to be looking for cover.  After that, a white car speeds past the camera going eastbound in the left eastbound lane.  The car is pursued by police cars, some are late comers who drive over the grass median to go from westbound to eastbound.  A total of twelve (12) police cars head eastbound, some of them in the westbound lanes.

The fifth video is from a church located directly across the street from the area where the Honda crashed against the Metrorail pillar (Scene 3).  In the video, the Honda can be seen coming from the right side of the screen trailed by several police cars with emergency lights activated.  The glare of headlights prevents the viewer from seeing the reason why, but the Honda skids out of control and the right rear of the car hits the support pillar for Metrorail.  One of the patrol cars continues past the collision for a short distance (Lt. Luis).  The other police vehicles stop.  Distance and the glare of lights prevents the viewer from seeing individual officers when they get out of their vehicles.  The first indication of weapons being fired is when there is a puff of smoke indicating a projectile impact with the church upon which the camera is mounted; this occurs two (2) seconds after the collision.  Six (6) seconds after the collision the Honda can be seen trying to move forward.  It gets a very short distance.  Nineteen (19) seconds after the first puff of smoke there is a second puff of smoke indicating a second projectile impact with the church.  Approximately eleven (11) seconds after the last puff of smoke, the rear passenger-side door of the Honda opens.  The driver can be seen trying to exit that door, but he does not get completely out of the car before he stops moving.

## PHYSICAL EVIDENCE

Four fired casings were found in the street on East 25th Street near 7th Avenue (Scene 2).  There were apparent fresh tire marks on the curb of the median.  The vehicle assigned to Off. Lorenzo Rodriguez had apparent damage to the front end, including a collapsed push bar and cracked front bumper.

The Scene of the shooting at N.W. 79th Street and 37th Avenue (Scene 3) is extremely complex.  The attached crime scene report by Crime Scene Technicians La Nyene Miranda and Jesus Padron contains all the details.  Hereafter is a summary of that scene:

There were several marked Hialeah police cars facing eastbound on N.W. 79th Street. Surrounding those police cars were approximately one hundred (100) fired casings. Of particular note, were thirty-seven (37) casings found inside Hialeah Police unit 1382, assigned to Officer Felix Elias. There were approximately twenty-one projectile holes in the front windshield of the vehicle. Although the crime scene report labels these as "outside" holes, the complete absence of projectiles or projectile holes within the vehicle, and the number of casings found within the car, leads to the inescapable conclusion that the shots were fired from the inside to the outside.

Crime Scene technicians documented the equipment carried by Officers Abel, Elias, Garcia, Gato, Holland, and Vidal. The pistol magazines referred to can hold up to seventeen (17) cartridges.

Off. Abel had one 9MM Glock firearm and three (3) spare magazine holders. The firearm had one cartridge in the chamber and thirteen (13) cartridges in the magazine. All three spare magazines were in the holders and all the magazines had seventeen cartridges. (Consistent with firing 4 shots).

Off. Elias had one 9MM Glock firearm and two (2) spare magazine holders. The firearm had one cartridge in the chamber and six (6) cartridges in the magazine. Both spare magazine holders were empty. (Consistent with firing 45 shots).

Off. Garcia had one 9MM Glock firearm with two (2) spare magazine holders. The firearm had one cartridge in the chamber and three (3) cartridges in the magazine. Both spare magazines were in the holders and each had seventeen cartridges. (Consistent with firing 14 shots).

Off. Gato had one 9MM Glock firearm with two (2) magazine holders. The firearm had one cartridge in the chamber and seventeen (17) cartridges in the magazine. There were two spare magazines in the holders; one had seventeen (17) cartridges and one contained four (4) cartridges. (Consistent with firing 14 shots).

Off Holland had one 9MM Glock firearm with two (2) spare magazine holders. The firearm had one cartridge in the chamber and two (2) cartridges in the magazine. Both spare magazine holders were empty. (Consistent with firing 49 shots).

Off. Vidal had one 9MM Glock firearm with two (2) spare magazine holders. The firearm had one cartridge in the chamber and fifteen (15) cartridges in the magazine. Both spare magazines were in the holders and each had seventeen cartridges. (Consistent with firing 2 shots).

Four (4) empty magazines were located at Scene 3. Two were inside of unit 1802, assigned to Felix Elias. Two (2) empty 9MM magazines were found north of Hialeah Police vehicle 2801, assigned to Officer Esteban Holland. The references above to the number of shots fired by each officer assumes that each officer's weapon was loaded with a full magazine and one round in the chamber at the time the shooting started.

## FIREARMS ANALYSIS

The projectiles recovered from the victim's body and the scene described below could not be identified to a specific weapon but could have been fired in any of the six officers' weapons submitted.

Page 13

I spoke to MDPD Criminalist Megan Roberts who explained to me that the Glocks used by the officers did not have the "Miami" barrel that leaves distinguishing marks on projectiles expelled by the weapon. I, therefore, deemed it a useless act to request submission of additional projectiles from the Honda and the surrounding area, because Ms. Roberts told me that the results would be the same.

The four casings from E. 25th Street and 7th Avenue (Scene 2) were submitted for examination in order to determine which officer fired at that location.  The examination by Criminalist Roberts revealed that officer Jose Abel's weapon fired all four casings.  It is apparent from the condition of his weapon and spare magazines, that these are the only four shots he fired and that he did not fire his weapon at N.W. 79th Street and 37th Avenue.

The remaining 100+ casings were not submitted for identification.  I decided that I would not request their submission because the condition of the weapons taken from Officers Elias, Garcia, Gato, Holland, and Vidal made it abundantly clear that they all fired multiple times.  Specifically identifying any casing to an individual officer would not add nor detract from the overall analysis of this incident.

## CONCLUSION

The role of the State Attorney in this investigation and in conducting this review is limited to determining whether a criminal violation of Florida law has occurred, whether any person may be held criminally responsible, and whether such criminal responsibility can be proven beyond a reasonable doubt in a court of law.  The State Attorney does not establish agency policy, procedures, and training requirements.  Nor does the State Attorney have any responsibility for determining disciplinary action or pursuing civil litigation in these matters.  In other words, given the applicable law, the State Attorney's role is to determine whether the actions of Officers Jose Abel (04-1868), Felix Elias (04-2007), Daniel Garcia (04-2080), Daniel Gato (04-1860), Esteban Holland (04-1930) and Adrian Vida (04-2042), constitute a criminal act that can be proven beyond and to the exclusion of every reasonable doubt.

It is my opinion that there are no charges that can be proven beyond a reasonable doubt against any of the officers involved in this incident and that the shooting of Lester Machado was justified.  It is clear from the evidence that Lester Machado committed several felonies during the events described above.  Those offenses included Fleeing a Police Officer at High Speed [F.S. 316.1935(3)(A)] and several Aggravated Assaults on a Law Enforcement Officer (F.S. 784.021, 784.07).  He also committed the misdemeanor of Reckless Driving Causing Damage to Property [F.S. 316.192(3)(C)1].  All the offenses included conduct that put the lives of citizens and police officers in danger of serious injury or death.

The officers had a lawful right to try to stop Lester Machado for his traffic offense and arrest him when he willfully fled and escalated his conduct to that which endangered the lives of the officers and citizens on the road.  Pursuant to F.S. 776.05:

A law enforcement officer, . . . need not retreat or desist from efforts to make a lawful arrest because of resistance or threatened resistance to the arrest. The Officer is justified in the use of any force:
(1)     Which he or she reasonably believes to be necessary to defend himself or herself or another from bodily harm while making the arrest;
. . . or
(3)     When necessarily committed in arresting felons fleeing from justice.

POLICE-INVOLVED SHOOTING CLOSEOUT MEMO
Re: Lester Machado   DOI 10/01/17

When Officer Jose Abel fired his weapon at Lester Machado at Scene 2, Mr. Machado was in the process of driving his vehicle towards two police officers who had to jump out of the way to avoid serious injury or death. It is reasonable to assume that at the time he fired, Officer Abel was in fear that imminent death or great bodily harm would be inflicted on his fellow officers. For these reasons, I conclude that no charges are warranted against Officer Abel and the discharge of his firearm was legally justified.

After Office Abel fired his weapon Mr. Machado continued to flee from marked police units who were using lights and sirens to try to stop him. The officers at scene 3 were aware of the radio broadcast advising that Mr. Machado tried to ram a police vehicle with his car prior to the shooting at Scene 2. Those actions alone would raise a reasonable belief that he posed a threat of death or great bodily harm to the officers and citizenry at large and that he had committed an offense that threatened infliction of serious physical harm. The video clearly shows that after crashing into the Metrorail support pillar Mr. Machado tried to drive away from that scene too. Six (6) seconds after the collision the Honda can be seen trying to move forward. If he had been successful in doing so, Mr. Machado would have continued to be a potential threat to officers and civilians in the area. It is reasonable to conclude that Mr. Machado's attempt to move the vehicle forward was accompanied by the sound of the racing car engine. When the officers started firing, there were looking at the driver's side of Mr. Machado's car. He was a fleeing felon who was attempting to flee again. They would not have been able to see the folded right rear tire that prevented Mr. Machado from leaving the scene of the collision with the Metrorail pillar. The number of shots fired does not change the analysis of the legality of the onset of the officers firing their weapons. (The number of shots fired does not affect this because it would impossible to determine whether the bullets that killed Mr. Machado came from Officer Abel's weapon at Scene 2 or one of the other officers at Scene 3. Nor is it possible to determine if the bullets that killed Mr. Machado came at the beginning or the end of the fusillade.) The officers at Scene 3 (Officers Elia, Garcia, Gato, Holland and Vidal) would have been legally justified in using force to arrest Mr. Machado, a fleeing felon.

For these reasons, I conclude that no charges are warranted against Officer Jose Abel (04-1868), Officer Felix Elias (4-2007), Officer Daniel Garcia (04-2080), Officer Daniel Gato (04-1860), Officer Esteban Holland (04-1930) or Officer Adrian Vidal (04-2042); and that the shooting of Lester Machado was justified.

Prepared by:

David I. Gilbert
Assistant State Attorney

## APPENDIX "C"

## Police Involved Shootings
### First Responder Sergeant / Supervisor Responsibilities Checklist

Sergeant / Supervisor's Name: _Cmdr. Luis Lahera_     ID#: _1024_

Date Taken: _10/01/2017_    Time Taken: _0630 HRS_   Case #: _2017-30325_

This checklist shall be completed by the First Responding Sergeant/Supervisor.

- o   Ensure the subject is no longer a threat to the any officer or others.
- o   Determine the extent of any injuries to the subject and / or others and summon appropriate medical response if necessary.
- o   Immediately notify the Shift Commander of the incident and location.
- o   Identify and secure Involved Officer(s) and assign a Companion Officer to the Involved Officer(s).
- o   Identify and secure Witness Officer(s) and assign a Companion Officer to the Witness Officer(s).
- o   Obtain a PUBLIC SAFETY DEBRIEFING as soon as practicable after the incident from the Involved Officer(s) and Witness Officer(s) and civilian witnesses.
- o   Ascertain the PUBLIC SAFETY DEBRIEFING and have the information readily available upon arrival of the Police Involved Shooting Team:
  - o   Type of force used _Lethal Force_
  - o   Direction and approximate number of shots fired by the Involved Officer and / or suspect, if applicable. _North east – 2 magazines (emptied both)_
  - o   Location of injured person(s). _NW 35 AVE/79 ST_
  - o   Description of subject(s) at large and their direction of travel, time elapsed since subject last seen, and any possible subject weapon(s). _White Male, East bound on NW 79 ST_
  - o   Pending charges on any subject(s) _Agg Battery on a P.O_
  - o   Description and location of any known victim(s) and / or witnesses _N/A_
  - o   Description and location of any known evidence _NW 35 AVE/79 ST_
  - o   Any other information deemed necessary to ensure officer and public safety, and assist in the apprehension of subject(s) at large. _No_
  - o   Do **_NOT_** Mirandize an Involved Officer.
  - o   The Involved officer **shall not be questioned as to his/her justification for the use of deadly force.**
- o   Ensure the Involved Officer's and Witness Officer's firearm remains holstered and on his/her person, when applicable.
- o   Identify and secure Civilian Witnesses.
- o   Ensure Involved Officers, Witness Officers and Civilian Witnesses are not removed from the scene unless in need of medical treatment. If in need of medical treatment and removed from the scene, the supervisor shall make sure an officer is with them at all times.
- o   Secure the Crime Scene. Restrict access to the crime scene by using yellow crime scene tape and / or Uniform Patrol Division personnel to ensure proper scene integrity. (Refer to Section "IV" of this General Order)
- o   Direct Responding Units to a perimeter and / or assignment.
- o   Ensure a BOLO for any subjects at large is issued, if necessary.
- o   Shall author a supplement report detailing their involvement in the incident.
- o   Complete a supervisor checklist. (Appendix "C")
- o   Ensure inner and outer perimeters are set up and established.

*Commander*
*O. Sauvat #1041*
*~~D~~ w/ ofc Vidal*

## APPENDIX "C"

### Police Involved Shootings
### First Responder Sergeant / Supervisor Responsibilities Checklist

Sergeant / Supervisor's Name: _Lt. Antonio Luis_          ID#: _1216_

Date Taken: _10·01·17_          Time Taken: _04/25_          Case #: _2017. 3032~_

This checklist shall be completed by the First Responding Sergeant/Supervisor.

- o Ensure the subject is no longer a threat to the any officer or others.
- o Determine the extent of any injuries to the subject and / or others and summon appropriate medical response if necessary.
- o Immediately notify the Shift Commander of the incident and location.
- o Identify and secure Involved Officer(s) and assign a Companion Officer to the Involved Officer(s).
- o Identify and secure Witness Officer(s) and assign a Companion Officer to the Witness Officer(s).
- o Obtain a PUBLIC SAFETY DEBRIEFING as soon as practicable after the incident from the Involved Officer(s) and Witness Officer(s) and civilian witnesses.
- o Ascertain the PUBLIC SAFETY DEBRIEFING and have the information readily available upon arrival of the Police Involved Shooting Team: _Lethal Force_
  - o Type of force used _Lethal Force_
  - o Direction and approximate number of shots fired by the Involved Officer and / or suspect, if applicable. _East / More than one magazine, ofcr /legends.b._
  - o Location of injured person(s). _NW 35 ave — NW 79 St_
  - o Description of subject(s) at large and their direction of travel, time elapsed since subject last seen, and any possible subject weapon(s). _White Hispanic male, Erb Dreecann_
  - o Pending charges on any subject(s) _unk_
  - o Description and location of any known victim(s) and / or witnesses _N/A_
  - o Description and location of any known evidence _unk / N/A   NW 35 ave – 79 St_
  - o Any other information deemed necessary to ensure officer and public safety, and assist in the apprehension of subject(s) at large. _No_
  - o Do _NOT_ Mirandize an Involved Officer.
  - o The Involved officer **shall not be questioned as to his/her justification for the use of deadly force.**
- o Ensure the Involved Officer's and Witness Officer's firearm remains holstered and on his/her person, when applicable.
- o Identify and secure Civilian Witnesses.
- o Ensure Involved Officers, Witness Officers and Civilian Witnesses are not removed from the scene unless in need of medical treatment. If in need of medical treatment and removed from the scene, the supervisor shall make sure an officer is with them at all times.
- o Secure the Crime Scene. Restrict access to the crime scene by using yellow crime scene tape and / or Uniform Patrol Division personnel to ensure proper scene integrity. (Refer to Section "IV" of this General Order)
- o Direct Responding Units to a perimeter and / or assignment.
- o Ensure a BOLO for any subjects at large is issued, if necessary.
- o Shall author a supplement report detailing their involvement in the incident.
- o Complete a supervisor checklist. (Appendix "C")
- o Ensure inner and outer perimeters are set up and established.

E. Elias #2007

## APPENDIX "C"

## Police Involved Shootings
### First Responder Sergeant / Supervisor Responsibilities Checklist

Sergeant / Supervisor's Name: **ROGER HERRERA**    ID#: **1664**

Date Taken: **10/01/2017**    Time Taken: **0435**    Case #: **17-30320**

This checklist shall be completed by the First Responding Sergeant/Supervisor.

- o Ensure the subject is no longer a threat to the any officer or others.
- o Determine the extent of any injuries to the subject and / or others and summon appropriate medical response if necessary.
- o Immediately notify the Shift Commander of the incident and location.
- o Identify and secure Involved Officer(s) and assign a Companion Officer to the Involved Officer(s).
- o Identify and secure Witness Officer(s) and assign a Companion Officer to the Witness Officer(s).
- o Obtain a PUBLIC SAFETY DEBRIEFING as soon as practicable after the incident from the Involved Officer(s) and Witness Officer(s) and civilian witnesses.
- o Ascertain the PUBLIC SAFETY DEBRIEFING and have the information readily available upon arrival of the Police Involved Shooting Team:
  - o Type of force used   **LETHAL FORCE**
  - o Direction and approximate number of shots fired by the Involved Officer and / or suspect, if applicable. **EAST BOUND, POSSIBLY RELOADED MORE THAN ONCE**
  - o Location of injured person(s). **N.W. 35 AVE. / 79 ST.**
  - o Description of subject(s) at large and their direction of travel, time elapsed since subject last seen, and any possible subject weapon(s). **WHITE HISPANIC MALE, UNKNOWN**
  - o Pending charges on any subject(s) **AGGRAVATED ASSAULT ON L.E.O.**
  - o Description and location of any known victim(s) and / or witnesses **N.W. 35 AVE. / 79 ST.**
  - o Description and location of any known evidence **N.W. 35 AVE. / 79 ST.**
  - o Any other information deemed necessary to ensure officer and public safety, and assist in the apprehension of subject(s) at large. **NONE.**
  - o Do *NOT* Mirandize an Involved Officer.
  - o **The Involved officer shall not be questioned as to his/her justification for the use of deadly force.**
- o Ensure the Involved Officer's and Witness Officer's firearm remains holstered and on his/her person, when applicable.
- o Identify and secure Civilian Witnesses.
- o Ensure Involved Officers, Witness Officers and Civilian Witnesses are not removed from the scene unless in need of medical treatment. If in need of medical treatment and removed from the scene, the supervisor shall make sure an officer is with them at all times.
- o Secure the Crime Scene. Restrict access to the crime scene by using yellow crime scene tape and / or Uniform Patrol Division personnel to ensure proper scene integrity. (Refer to Section "IV" of this General Order)
- o Direct Responding Units to a perimeter and / or assignment.
- o Ensure a BOLO for any subjects at large is issued, if necessary.
- o Shall author a supplement report detailing their involvement in the incident.
- o Complete a supervisor checklist. (Appendix "C")
- o Ensure inner and outer perimeters are set up and established.

# APPENDIX "C"

## Police Involved Shootings
### First Responder Sergeant / Supervisor Responsibilities Checklist

Sergeant / Supervisor's Name: _NICHOLAS LOPEZ_   ID#: _1675_

Date Taken: _10/1/17_   Time Taken: _0430_   Case #: _2017-30320_

This checklist shall be completed by the First Responding Sergeant/Supervisor.

- o   Ensure the subject is no longer a threat to the any officer or others.
- o   Determine the extent of any injuries to the subject and / or others and summon appropriate medical response if necessary.
- o   Immediately notify the Shift Commander of the incident and location.
- o   Identify and secure Involved Officer(s) and assign a Companion Officer to the Involved Officer(s).
- o   Identify and secure Witness Officer(s) and assign a Companion Officer to the Witness Officer(s).
- o   Obtain a PUBLIC SAFETY DEBRIEFING as soon as practicable after the incident from the Involved Officer(s) and Witness Officer(s) and civilian witnesses.
- o   Ascertain the PUBLIC SAFETY DEBRIEFING and have the information readily available upon arrival of the Police Involved Shooting Team:
  - o   Type of force used _LETHAL_
  - o   Direction and approximate number of shots fired by the Involved Officer and / or suspect, if applicable. _EAST / 8 - 10 SHOTS FIRED_
  - o   Location of injured person(s). _NW 35 AVE & 79 ST_
  - o   Description of subject(s) at large and their direction of travel, time elapsed since subject last seen, and any possible subject weapon(s). _N/A_
  - o   Pending charges on any subject(s) _UNK_
  - o   Description and location of any known victim(s) and / or witnesses _W/M 35 & 79 ST_
  - o   Description and location of any known evidence _UNK_
  - o   Any other information deemed necessary to ensure officer and public safety, and assist in the apprehension of subject(s) at large. _NO_
  - o   Do **NOT** Mirandize an Involved Officer.
  - o   **The Involved officer shall not be questioned as to his/her justification for the use of deadly force.**
- o   Ensure the Involved Officer's and Witness Officer's firearm remains holstered and on his/her person, when applicable.
- o   Identify and secure Civilian Witnesses.
- o   Ensure Involved Officers, Witness Officers and Civilian Witnesses are not removed from the scene unless in need of medical treatment. If in need of medical treatment and removed from the scene, the supervisor shall make sure an officer is with them at all times.
- o   Secure the Crime Scene. Restrict access to the crime scene by using yellow crime scene tape and / or Uniform Patrol Division personnel to ensure proper scene integrity. (Refer to Section "IV" of this General Order)
- o   Direct Responding Units to a perimeter and / or assignment.
- o   Ensure a BOLO for any subjects at large is issued, if necessary.
- o   Shall author a supplement report detailing their involvement in the incident.
- o   Complete a supervisor checklist. (Appendix "C")
- o   Ensure inner and outer perimeters are set up and established.

# APPENDIX "C"

## Police Involved Shootings
### First Responder Sergeant / Supervisor Responsibilities Checklist

Sergeant / Supervisor's Name: *Commander F. Villa*   ID#: *1197*

Date Taken: *10 | 01 | 17*   Time Taken: *800 Am*   Case #: *2017-30325* *(FI)*

This checklist shall be completed by the First Responding Sergeant/Supervisor.

- Ensure the subject is no longer a threat to the any officer or others.
- Determine the extent of any injuries to the subject and / or others and summon appropriate medical response if necessary.
- Immediately notify the Shift Commander of the incident and location.
- Identify and secure Involved Officer(s) and assign a Companion Officer to the Involved Officer(s).
- Identify and secure Witness Officer(s) and assign a Companion Officer to the Witness Officer(s).
- Obtain a PUBLIC SAFETY DEBRIEFING as soon as practicable after the incident from the Involved Officer(s) and Witness Officer(s) and civilian witnesses.
- Ascertain the PUBLIC SAFETY DEBRIEFING and have the information readily available upon arrival of the Police Involved Shooting Team:
  - Type of force used  *shooting*
  - Direction and approximate number of shots fired by the Involved Officer and / or suspect, if applicable. *Northeast — Does not Recall number of shots fired.*
  - Location of injured person(s). *Subjects vehicle drivers side (Front).*
  - Description of subject(s) at large and their direction of travel, time elapsed since subject last seen, and any possible subject weapon(s).  *n/a*
  - Pending charges on any subject(s)  *pending investigation*
  - Description and location of any known victim(s) and / or witnesses  *unk*
  - Description and location of any known evidence  *unk*
  - Any other information deemed necessary to ensure officer and public safety, and assist in the apprehension of subject(s) at large. *subject on scene / no additional information.*
  - Do **NOT** Mirandize an Involved Officer.
  - The Involved officer **shall not be questioned** as to his/her **justification for the use of deadly force.**
- Ensure the Involved Officer's and Witness Officer's firearm remains holstered and on his/her person, when applicable.
- Identify and secure Civilian Witnesses.
- Ensure Involved Officers, Witness Officers and Civilian Witnesses are not removed from the scene unless in need of medical treatment. If in need of medical treatment and removed from the scene, the supervisor shall make sure an officer is with them at all times.
- Secure the Crime Scene. Restrict access to the crime scene by using yellow crime scene tape and / or Uniform Patrol Division personnel to ensure proper scene integrity. (Refer to Section "IV" of this General Order)
- Direct Responding Units to a perimeter and / or assignment.
- Ensure a BOLO for any subjects at large is issued, if necessary.
- Shall author a supplement report detailing their involvement in the incident.
- Complete a supervisor checklist. (Appendix "C")
- Ensure inner and outer perimeters are set up and established.

COMMANDER, G. GONZALEZ TOOK OFC. ABEL AT
0620 AM.

PUBLIC SAFETY DEBRIEF OFFICER J. ABEL

A) TYPE OF FORCE USED = GUN

B) INVOLVED OFFICER (S) = JOSE ABEL ID# 1868
POSSIBLE WITNESS = OFFICER MARIA BENITEZ ID# 144

C) LOCATION OF THE POLICE INVOLVED SHOOTING =
EAST 7TH AVENUE AND 25 STREET, DIRECTION OF
SHOOTING = NORTH BOUND INTO VEHICLE.
NUMBER OF ROUNDS SHOT = UNKNOWN.

D) LOCATION OF INJURED PERSON (S) = UNKNOWN
AT OFFICER JOSE ABELS SHOOTING LOCATION.

E) DESCRIPTION OF SUBJECT (S) AT LARGE = NO
SUBJECTS AT LARGE.

F) PENDING CHARGES = UNKNOWN.

G) DESCRIPTION AND LOCATION OF ANY KNOWN VICTIM(
UNKNOWN.

H) DESCRIPTION AND LOCATION OF ANY KNOWN EVIDENC
AND/OR SCENES = EAST 7 AVENUE AND 25 STREET
SPENT CASINGS, UNKNOWN QUANTITY.

I) ANY OTHER INFORMATION DEEMED NECESSARY = NONE

 **BOSCH**

 *CRASH DATA* **RETRIEVAL**

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1FAHP2L87DG184738 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 1FAHP2L87DG184738_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:23:55 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | No |
| Event(s) recovered | None |

## Comments
UNIT #1338

## Data Limitations
**Data Imaging:**
**CAUTION:** When imaging data directly from the RCM on a bench top, make sure the RCM is placed on a flat surface without any movement (static) while connected to and powered by the CDR interface. Not following the above guideline for bench top imaging could risk inducing new events to be recorded in the RCM and possibly overwriting a Non airbag deployment.

Note that the RCM Adapter Detected during Download parameter equal to " Yes" indicates that the EDR data was collected directly from the RCM. When equal to "No", it indicates that the EDR data was collected through the OBD II from the vehicle.

**Restraints Control Module (RCM) Recorded Crash Event(s):**
The RCM can store up to two crash events. Event types are categorized as follow:

1. Non deployment trigger event is an event in which EDR recording trigger threshold is met or exceeded (minimum of 5 mph (8kph) Accumulated Delta Velocity within 150ms interval), but no device(s) have deployed. The data from such event can be overwritten by subsequent events.

2. Airbag deployment event is an event in which frontal, side or curtain airbags have deployed. Note that such event cannot be overwritten or cleared from the Restraints Control Module (RCM). Once the RCM has deployed any airbag device(s), the RCM must be replaced.

3. Some RCM may also categorize Non airbag deployment event. This type is an event in which non airbag devices such as pretensioners, knee bolster etc... have deployed. Note that such event can be overwritten given a subsequent "deployment" event.

"Time zero" or Event Beginning of any event (First Record or Second Record) is defined as the first Algorithm wake up during that event. So all the Pre-Crash, At Event, Delta V Data, deployment times etc... are relative to "Time zero".

It is possible that conditions in a crash may result in an incomplete event data record.

 **BOSCH**

 *CRASH DATA RETRIEVAL*

communicate to the RCM via Vehicle Communication Network. The RCM stores the received data internally.

02010_RCM-RC7_r001

 **BOSCH**

 *CRASH DATA* *RETRIEVAL*

## Hexadecimal Data

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report. The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program.  The control module contains additional data that is not retrievable by the CDR system.

```
00 00 00 00

44 47 31 33 2D 31 34 42 33 32 31 2D 41 48 00 00 00 00 00 00 00 00 00 00

37 30 30 39 35 34 32 34 30 30 30 30 30 30 30 30 30

44 47 31 33 2D 31 34 43 30 32 38 2D 41 46 00 00 00 00 00 00 00 00 00 00

00 1C 27 AF A2 5F 47 00 00 00 00 00 00 00 00 00 00

00 00 00 AD 48 54 C0 00 00 00 00 00 00 00 00 00 00

00 1E 27 AF A2 4A 2D 00 00 00 00 00 00 00 00 00 00

00 22 27 B0 10 3C 2C 00 00 00 00 00 00 00 00 00 00

00 00 00 A8 5A C3 C0 00 00 00 00 00 00 00 00 00 00

00 1A 27 B0 10 3B 1F 00 00 00 00 00 00 00 00 00 00

31 46 41 48 50 32 4C 38 37 44 47 31 38 34 37 33 38

31 46 41 48 50 32 4C 38 37 44 47 31 38 34 37 33 38 00 00 00 00 00 00 00 00

67 68 EE 3B 10 0C 77 00
```

 

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```

 **BOSCH**

 *CRASH DATA* *RETRIEVAL*

Event Record 2

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

 **BOSCH**   *CRASH DATA* **RETRIEVAL**

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

 **BOSCH**

 *CRASH DATA RETRIEVAL*

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1FAHP2L84DG184762 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 1FAHP2L84DG184762_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:47:53 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | No |
| Event(s) recovered | None |

## Comments
UNIT # 1382

## Data Limitations
**Data Imaging:**
**CAUTION:** When imaging data directly from the RCM on a bench top, make sure the RCM is placed on a flat surface without any movement (static) while connected to and powered by the CDR interface. Not following the above guideline for bench top imaging could risk inducing new events to be recorded in the RCM and possibly overwriting a Non airbag deployment.

Note that the RCM Adapter Detected during Download parameter equal to " Yes" indicates that the EDR data was collected directly from the RCM. When equal to "No", it indicates that the EDR data was collected through the OBD II from the vehicle.

**Restraints Control Module (RCM) Recorded Crash Event(s):**
The RCM can store up to two crash events. Event types are categorized as follow:

1. Non deployment trigger event is an event in which EDR recording trigger threshold is met or exceeded (minimum of 5 mph (8kph) Accumulated Delta Velocity within 150ms interval), but no device(s) have deployed. The data from such event can be overwritten by subsequent events.

2. Airbag deployment event is an event in which frontal, side or curtain airbags have deployed. Note that such event cannot be overwritten or cleared from the Restraints Control Module (RCM). Once the RCM has deployed any airbag device(s), the RCM must be replaced.

3. Some RCM may also categorize Non airbag deployment event. This type is an event in which non airbag devices such as pretentioners, knee bolster etc... have deployed. Note that such event can be overwritten given a subsequent "deployment" event.

"Time zero" or Event Beginning of any event (First Record or Second Record) is defined as the first Algorithm wake up during that event. So all the Pre-Crash, At Event, Delta V Data, deployment times etc... are relative to "Time zero".

It is possible that conditions in a crash may result in an incomplete event data record.

 

communicate to the RCM via Vehicle Communication Network. The RCM stores the received data internally.

02010_RCM-RC7_r001

 **BOSCH**

 *CRASH DATA RETRIEVAL*

## Hexadecimal Data

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report. The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program.  The control module contains additional data that is not retrievable by the CDR system.

```
00  00  00  00

44  47  31  33  2D  31  34  42  33  32  31  2D  41  48  00  00  00  00  00  00  00  00  00  00

37  30  30  39  36  36  35  34  30  30  30  30  30  30  30  30  30

44  47  31  33  2D  31  34  43  30  32  38  2D  41  46  00  00  00  00  00  00  00  00  00  00

00  1C  27  AF  A2  5A  2C  00  00  00  00  00  00  00  00  00

00  00  00  E4  19  54  C0  00  00  00  00  00  00  00  00  00

00  1C  27  AF  A2  41  46  00  00  00  00  00  00  00  00  00

00  0C  27  AF  A2  17  1C  00  00  00  00  00  00  00  00  00

00  00  00  CC  29  54  C0  00  00  00  00  00  00  00  00  00

00  22  27  B0  10  48  40  00  00  00  00  00  00  00  00  00

31  46  41  48  50  32  4C  38  34  44  47  31  38  34  37  36  32

31  46  41  48  50  32  4C  38  34  44  47  31  38  34  37  36  32  00  00  00  00  00  00  00  00

67  68  EE  3B  10  0C  77  00
```

 

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```

 **BOSCH**



Event Record 2

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```

 

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

 **BOSCH**

 **CRASH DATA RETRIEVAL**

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2G1WD5E34G1159755 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 2G1WD5E34G1159755_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:30:16 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | NONE |

## Comments

UNIT # 1640

## Data Limitations

**Recorded Crash Events:**

There are two types of recorded crash events for Front, Side, and Rear (FSR) Events. The first is the Non-Deployment Event. A Non-Deployment Event records data but does not deploy the air bag(s). The minimum SDM Recorded Vehicle Velocity Change, that is needed to record a Non-Deployment Event, is five MPH [8 km/h]. A Non-Deployment Event contains Pre-Crash and Crash data. The oldest Non-Deployment event can be overwritten by a Deployment Event, if all three records are full and the Non-Deployment Event is not locked. A Non-Deployment Event can be overwritten by a more recent Non-Deployment Event if all three records are full and the Non-Deployment is older than approximately 250 ignition cycles. Also, a Non-Deployment event can be recorded if one of the following occurs without the Deployment of any of the frontal air bags, side air bags, or roll bars:

      -Pretensioner(s) only Deployment
      -Head Rest Deployment
      -Battery Cut-Off Deployment

The second type of SDM recorded crash event for FSR Events is the Deployment Event. It also contains Pre-Crash and Crash data. Deployment Events cannot be overwritten or cleared by the SDM.

Rollover Events contains Pre-Crash and Crash data. Rollover event follow the same rules as FSR Deployment events. The SDM can store up to three Events.

**Data:**

For FSR Events, SDM Recorded Vehicle Velocity Change reflects the change in velocity that the sensing system experienced during the recorded portion of the event. SDM Recorded Vehicle Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity. For Deployment and Non-Deployment Events, the SDM will record up to 300 milliseconds of data after time zero. The SDM will also record up to 300 milliseconds of Vehicle Acceleration data after time zero.

For Rollover Events, the SDM may record Lateral Acceleration, Vertical Acceleration, and Roll Rate data, if the SDM is rollover capable. This data reflects what the sensing system experienced during the recorded portion of the event. For Rollover Deployment Events, the SDM will record up to 700 milliseconds of data before the Deployment criteria is met and 290 milliseconds after the Deployment criteria is met.

-Deployment loops may be displayed as being deployed in a Non-Deployment event record, if a Deployment event is qualified during the Non-Deployment event. That is, if two or more events are occurring at the same time and one is a Non-Deployment event and one of the others is a Deployment event, and the Deployment event is qualified while the Non-Deployment is still active, the deployed loops may be recorded in the Non-Deployment event record.

-Time between events is recorded in 10 msec intervals and is displayed in seconds for a maximum time of 655.33 seconds. The counter measures the time from the start of one event to the start of the next event if both events occur within the same ignition cycle.

-The Maximum SDM Recorded Vehicle Velocity Change may occur between the recorded 10 millisecond sample points of the SDM Recorded Vehicle Velocity Change.

-Event Recording Complete will indicate if data from the recorded event has been fully written to the SDM memory or if it

 **BOSCH**  CRASH DATA RETRIEVAL

## System Status at Time of Retrieval

| | |
|---|---|
| Dynamic Deployment Event Counter | 0 |
| Multi-Event, Number of Events (Dynamic Event Counter) | 0 |
| Dynamic OnStar Notification Event Counter | 0 |
| Vehicle Identification Number (VIN) | ?????????????????? |
| Ignition Cycle, Download (Ignition Cycles at Investigation) | 1923 |
| End Model Part Number | FFFFFFFF |
| System Type | Autoliv |
| Software Module Identifier 1 | 015E79A6 |
| Software Module Identifier 2 | 0162AEF2 |
| Software Module Identifier 3 | 0502178A |
| Manufacturing Traceability Data, Component Identifier | AS |
| Manufacturing Traceability Data, Part Number/Broadcast Code | 3178 |
| Manufacturing Traceability Data, Supplier Code | E |
| Manufacturing Traceability Data, Traceability Number | 050013761 |
| ESS # 1 Traceability Data, Component Identifier | AU |
| ESS # 1 Traceability Data, Part Number/Broadcast Code | 6367 |
| ESS # 1 Traceability Data, Supplier Code | E |
| ESS # 1 Traceability Data, Traceability Number | 00C72C4C3 |
| ESS # 2 Traceability Data, Component Identifier | AT |
| ESS # 2 Traceability Data, Part Number/Broadcast Code | 6367 |
| ESS # 2 Traceability Data, Supplier Code | E |
| ESS # 2 Traceability Data, Traceability Number | 00C71AC50 |
| ESS # 3 Traceability Data, Component Identifier | AH |
| ESS # 3 Traceability Data, Part Number/Broadcast Code | 0331 |
| ESS # 3 Traceability Data, Supplier Code | E |
| ESS # 3 Traceability Data, Traceability Number | 00C714F7F |
| ESS # 4 Traceability Data, Component Identifier | AJ |
| ESS # 4 Traceability Data, Part Number/Broadcast Code | 0331 |
| ESS # 4 Traceability Data, Supplier Code | E |
| ESS # 4 Traceability Data, Traceability Number | 00C714BAC |
| ESS # 5 Traceability Data, Component Identifier | 00 |
| ESS # 5 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 5 Traceability Data, Supplier Code | E |
| ESS # 5 Traceability Data, Traceability Number | 000000000 |
| ESS # 6 Traceability Data, Component Identifier | 00 |
| ESS # 6 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 6 Traceability Data, Supplier Code | E |
| ESS # 6 Traceability Data, Traceability Number | 000000000 |
| ESS # 7 Traceability Data, Component Identifier | 00 |
| ESS # 7 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 7 Traceability Data, Supplier Code | E |
| ESS # 7 Traceability Data, Traceability Number | 000000000 |
| ESS # 8 Traceability Data, Component Identifier | 00 |
| ESS # 8 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 8 Traceability Data, Supplier Code | E |
| ESS # 8 Traceability Data, Traceability Number | 000000000 |

 **BOSCH**

 *CDR CRASH DATA RETRIEVAL*

```
DID $CB
05 02 17 8A

DID $31

0000    FF FF FF FF FF FF FF FF FF FF
0010    FF FF FF FF FF FF FF FF FF FF
0020    FF FF FF FF FF FF FF FF FF FF
0030    FF FF FF FF FF FF FF FF FF FF
0040    FF FF FF FF FF FF FF FF FF FF
0050    FF FF FF FF FF FF FF FF FF FF
0060    FF FF FF FF FF FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF FF
0090    FF FF FF FF FF FF FF FF FF FF
0100    FF FF FF FF FF FF FF FF FF FF
0110    FF FF FF FF FF FF FF FF FF FF
0120    FF FF FF FF FF FF FF FF FF FF
0130    FF FF FF FF FF FF FF FF FF FF
0140    FF FF FF FF FF FF FF FF FF FF
0150    FF FF FF FF FF FF FF FF FF FF
0160    FF FF FF FF FF FF FF FF FF FF
0170    FF FF FF FF FF FF FF FF FF FF
0180    FF FF FF FF FF FF FF FF FF FF
0190    FF FF FF FF FF FF FF FF FF FF
0200    FF FF FF FF FF FF FF FF FF FF
0210    FF FF FF FF FF FF FF FF FF FF
0220    FF FF FF FF FF FF FF FF FF FF
0230    FF FF FF FF FF FF FF FF FF FF
0240    FF FF FF FF FF FF FF FF FF FF
0250    FF FF FF FF FF FF FF FF FF FF
0260    FF FF FF FF FF FF FF FF FF FF
0270    FF FF FF FF FF FF FF FF FF FF
0280    FF FF FF FF FF FF FF FF FF FF
0290    FF FF FF FF FF FF FF FF FF FF
0300    FF FF FF FF FF FF FF FF FF FF
0310    FF FF FF FF FF FF FF FF FF FF
0320    FF FF FF FF FF FF FF FF FF FF
0330    FF FF FF FF FF FF FF FF FF FF
0340    FF FF FF FF FF FF FF FF FF FF
0350    FF FF FF FF FF FF FF FF FF FF
0360    FF FF FF FF FF FF FF FF FF FF
0370    FF FF FF FF FF FF FF FF FF FF
0380    FF FF FF FF FF FF FF FF FF FF
0390    FF FF FF FF FF FF FF FF FF FF
0400    FF FF FF FF FF FF FF FF FF FF
0410    FF FF FF FF FF FF FF FF FF FF
0420    FF FF FF FF FF FF FF FF FF FF
0430    FF FF FF FF FF FF FF FF FF FF
0440    FF FF FF FF FF FF FF FF FF FF
0450    FF FF FF FF FF FF FF FF FF FF
0460    FF FF FF FF FF FF FF FF FF FF
0470    FF FF FF FF FF FF FF FF FF FF
0480    FF FF FF FF FF FF FF FF FF FF
0490    FF FF FF FF FF FF FF FF FF FF
0500    FF FF FF FF FF FF FF FF FF FF
0510    FF FF FF FF FF FF FF FF FF FF
0520    FF FF FF FF FF FF FF FF FF FF
0530    FF FF FF FF FF FF FF FF FF FF
0540    FF FF FF FF FF FF FF FF FF FF
0550    FF FF FF FF FF FF FF FF FF FF
0560    FF FF FF FF FF FF FF FF FF FF
0570    FF FF FF FF FF FF FF FF FF FF
0580    FF FF FF FF FF FF FF FF FF FF
```

 **BOSCH**

 **CDR** *CRASH DATA RETRIEVAL*

```
0000    FF FF FF FF FF FF FF FF FF FF
0010    FF FF FF FF FF FF FF FF FF FF
0020    FF FF FF FF FF FF FF FF FF FF
0030    FF FF FF FF FF FF FF FF FF FF
0040    FF FF FF FF FF FF FF FF FF FF
0050    FF FF FF FF FF FF FF FF FF FF
0060    FF FF FF FF FF FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF FF
0090    FF FF FF FF FF FF FF FF FF FF
0100    FF FF FF FF FF FF FF FF FF FF
0110    FF FF FF FF FF FF FF FF FF FF
0120    FF FF FF FF FF FF FF FF FF FF
0130    FF FF FF FF FF FF FF FF FF FF
0140    FF FF FF FF FF FF FF FF FF FF
0150    FF FF FF FF FF FF FF FF FF FF
0160    FF FF FF FF FF FF FF FF FF FF
0170    FF FF FF FF FF FF FF FF FF FF
0180    FF FF FF FF FF FF FF FF FF FF
0190    FF FF FF FF FF FF FF FF FF FF
0200    FF FF FF FF FF FF FF FF FF FF
0210    FF FF FF FF FF FF FF FF FF FF
0220    FF FF FF FF FF FF FF FF FF FF
0230    FF FF FF FF FF FF FF FF FF FF
0240    FF FF FF FF FF FF FF FF FF FF
0250    FF FF FF FF FF FF FF FF FF FF
0260    FF FF FF FF FF FF FF FF FF FF
0270    FF FF FF FF FF FF FF FF FF FF
0280    FF FF FF FF FF FF FF FF FF FF
0290    FF FF FF FF FF FF FF FF FF FF
0300    FF FF FF FF FF FF FF FF FF FF
0310    FF FF FF FF FF FF FF FF FF FF
0320    FF FF FF FF FF FF FF FF FF FF
0330    FF FF FF FF FF FF FF FF FF FF
0340    FF FF FF FF FF FF FF FF FF FF
0350    FF FF FF FF FF FF FF FF FF FF
0360    FF FF FF FF FF FF FF FF FF FF
0370    FF FF FF FF FF FF FF FF FF FF
0380    FF FF FF FF FF FF FF FF FF FF
0390    FF FF FF FF FF FF FF FF FF FF
0400    FF FF FF FF FF FF FF FF FF FF
0410    FF FF FF FF FF FF FF FF FF FF
0420    FF FF FF FF FF FF FF FF FF FF
0430    FF FF FF FF FF FF FF FF FF FF
0440    FF FF FF FF FF FF FF FF FF FF
0450    FF FF FF FF FF FF FF FF FF FF
0460    FF FF FF FF FF FF FF FF FF FF
0470    FF FF FF FF FF FF FF FF FF FF
0480    FF FF FF FF FF FF FF FF FF FF
0490    FF FF FF FF FF FF FF FF FF FF
0500    FF FF FF FF FF FF FF FF FF FF
0510    FF FF FF FF FF FF FF FF FF FF
0520    FF FF FF FF FF FF FF FF FF FF
0530    FF FF FF FF FF FF FF FF FF FF
0540    FF FF FF FF FF FF FF FF FF FF
0550    FF FF FF FF FF FF FF FF FF FF
0560    FF FF FF FF FF FF FF FF FF FF
0570    FF FF FF FF FF FF FF FF FF FF
0580    FF FF FF FF FF FF FF FF FF FF
0590    FF FF FF FF FF FF FF FF FF FF
0600    FF FF FF FF FF FF FF FF FF FF
0610    FF FF FF FF FF FF FF FF FF FF
0620    FF FF FF FF FF FF FF FF FF FF
```

**BOSCH**

**CDR** *CRASH DATA RETRIEVAL*

```
0030   FF FF FF FF FF FF FF FF FF FF
0040   FF FF FF FF FF FF FF FF FF FF
0050   FF FF FF FF FF FF FF FF FF FF
0060   FF FF FF FF FF FF FF FF FF FF
0070   FF FF FF FF FF FF FF FF FF FF
0080   FF FF FF FF FF FF FF FF FF FF
0090   FF FF FF FF FF FF FF FF FF FF
0100   FF FF FF FF FF FF FF FF FF FF
0110   FF FF FF FF FF FF FF FF FF FF
0120   FF FF FF FF FF FF FF FF FF FF
0130   FF FF FF FF FF FF FF FF FF FF
0140   FF FF FF FF FF FF FF FF FF FF
0150   FF FF FF FF FF FF FF FF FF FF
0160   FF FF FF FF FF FF FF FF FF FF
0170   FF FF FF FF FF FF FF FF FF FF
0180   FF FF FF FF FF FF FF FF FF FF
0190   FF FF FF FF FF FF FF FF FF FF
0200   FF FF FF FF FF FF FF FF FF FF
0210   FF FF FF FF FF FF FF FF FF FF
0220   FF FF FF FF FF FF FF FF FF FF
0230   FF FF FF FF FF FF FF FF FF FF
0240   FF FF FF FF FF FF FF FF FF FF
0250   FF FF FF FF FF FF FF FF FF FF
0260   FF FF FF FF FF FF FF FF FF FF
0270   FF FF FF FF FF FF FF FF FF FF
0280   FF FF FF FF FF FF FF FF FF FF
0290   FF FF FF FF FF FF FF FF FF FF
0300   FF FF FF FF FF FF FF FF FF FF
0310   FF FF FF FF FF FF FF FF FF FF
0320   FF FF FF FF FF FF FF FF FF FF
0330   FF FF FF FF FF FF FF FF FF FF
0340   FF FF FF FF FF FF FF FF FF FF
0350   FF FF FF FF FF FF FF FF FF FF
0360   FF FF FF FF FF FF FF FF FF FF
0370   FF FF FF FF FF FF FF FF FF FF
0380   FF FF FF FF FF FF FF FF FF FF
0390   FF FF FF FF FF FF FF FF FF FF
0400   FF FF FF FF FF FF FF FF FF FF
0410   FF FF FF FF FF FF FF FF FF FF
0420   FF FF FF FF FF FF FF FF FF FF
0430   FF FF FF FF FF FF FF FF FF FF
0440   FF FF FF FF FF FF FF FF FF FF
0450   FF FF FF FF FF FF FF FF FF FF
0460   FF FF FF FF FF FF FF FF FF FF
0470   FF FF FF FF FF FF FF FF FF FF
0480   FF FF FF FF FF FF FF FF FF FF
0490   FF FF FF FF FF FF FF FF FF FF
0500   FF FF FF FF FF FF FF FF FF FF
0510   FF FF FF FF FF FF FF FF FF FF
0520   FF FF FF FF FF FF FF FF FF FF
0530   FF FF FF FF FF FF FF FF FF FF
0540   FF FF FF FF FF FF FF FF FF FF
0550   FF FF FF FF FF FF FF FF FF FF
0560   FF FF FF FF FF FF FF FF FF FF
0570   FF FF FF FF FF FF FF FF FF FF
0580   FF FF FF FF FF FF FF FF FF FF
0590   FF FF FF FF FF FF FF FF FF FF
0600   FF FF FF FF FF FF FF FF FF FF
0610   FF FF FF FF FF FF FF FF FF FF
0620   FF FF FF FF FF FF FF FF FF FF
0630   FF FF FF FF FF FF FF FF FF FF
0640   FF FF FF FF FF FF FF FF FF FF
0650   FF FF FF FF FF FF FF FF FF FF
0660   FF FF FF FF FF FF FF FF FF FF
```

 **BOSCH**

 *CRASH DATA RETRIEVAL*

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2G1WD5E3XG1114884 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 2G1WD5E3XG1114884_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:36:04 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | NONE |

## Comments
UNIT # 1606

## Data Limitations
**Recorded Crash Events:**
There are two types of recorded crash events for Front, Side, and Rear (FSR) Events. The first is the Non-Deployment Event. A Non-Deployment Event records data but does not deploy the air bag(s). The minimum SDM Recorded Vehicle Velocity Change, that is needed to record a Non-Deployment Event, is five MPH [8 km/h]. A Non-Deployment Event contains Pre-Crash and Crash data. The oldest Non-Deployment event can be overwritten by a Deployment Event, if all three records are full and the Non-Deployment Event is not locked. A Non-Deployment Event can be overwritten by a more recent Non-Deployment Event if all three records are full and the Non-Deployment is older than approximately 250 ignition cycles. Also, a Non-Deployment event can be recorded if one of the following occurs without the Deployment of any of the frontal air bags, side air bags, or roll bars:
     -Pretensioner(s) only Deployment
     -Head Rest Deployment
     -Battery Cut-Off Deployment
The second type of SDM recorded crash event for FSR Events is the Deployment Event. It also contains Pre-Crash and Crash data. Deployment Events cannot be overwritten or cleared by the SDM.
Rollover Events contains Pre-Crash and Crash data. Rollover event follow the same rules as FSR Deployment events. The SDM can store up to three Events.

**Data:**
For FSR Events, SDM Recorded Vehicle Velocity Change reflects the change in velocity that the sensing system experienced during the recorded portion of the event. SDM Recorded Vehicle Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity. For Deployment and Non-Deployment Events, the SDM will record up to 300 milliseconds of data after time zero. The SDM will also record up to 300 milliseconds of Vehicle Acceleration data after time zero.
For Rollover Events, the SDM may record Lateral Acceleration, Vertical Acceleration, and Roll Rate data, if the SDM is rollover capable. This data reflects what the sensing system experienced during the recorded portion of the event. For Rollover Deployment Events, the SDM will record up to 700 milliseconds of data before the Deployment criteria is met and 290 milliseconds after the Deployment criteria is met.
-Deployment loops may be displayed as being deployed in a Non-Deployment event record, if a Deployment event is qualified during the Non-Deployment event. That is, if two or more events are occurring at the same time and one is a Non-Deployment event and one of the others is a Deployment event, and the Deployment event is qualified while the Non-Deployment is still active, the deployed loops may be recorded in the Non-Deployment event record.
-Time between events is recorded in 10 msec intervals and is displayed in seconds for a maximum time of 655.33 seconds. The counter measures the time from the start of one event to the start of the next event if both events occur within the same ignition cycle.
-The Maximum SDM Recorded Vehicle Velocity Change may occur between the recorded 10 millisecond sample points of the SDM Recorded Vehicle Velocity Change.
-Event Recording Complete will indicate if data from the recorded event has been fully written to the SDM memory or if it

 **BOSCH**



## System Status at Time of Retrieval

| | |
|---|---:|
| Dynamic Deployment Event Counter | 0 |
| Multi-Event, Number of Events (Dynamic Event Counter) | 0 |
| Dynamic OnStar Notification Event Counter | 0 |
| Vehicle Identification Number (VIN) | ??????????????????? |
| Ignition Cycle, Download (Ignition Cycles at Investigation) | 3417 |
| End Model Part Number | FFFFFFFF |
| System Type | Autoliv |
| Software Module Identifier 1 | 015E79A6 |
| Software Module Identifier 2 | 0162AEF2 |
| Software Module Identifier 3 | 0161C0B6 |
| Manufacturing Traceability Data, Component Identifier | AS |
| Manufacturing Traceability Data, Part Number/Broadcast Code | 3542 |
| Manufacturing Traceability Data, Supplier Code | E |
| Manufacturing Traceability Data, Traceability Number | 050262132 |
| ESS # 1 Traceability Data, Component Identifier | AU |
| ESS # 1 Traceability Data, Part Number/Broadcast Code | 6367 |
| ESS # 1 Traceability Data, Supplier Code | E |
| ESS # 1 Traceability Data, Traceability Number | 00C5CE9C4 |
| ESS # 2 Traceability Data, Component Identifier | AT |
| ESS # 2 Traceability Data, Part Number/Broadcast Code | 6367 |
| ESS # 2 Traceability Data, Supplier Code | E |
| ESS # 2 Traceability Data, Traceability Number | 00C5CEA31 |
| ESS # 3 Traceability Data, Component Identifier | AH |
| ESS # 3 Traceability Data, Part Number/Broadcast Code | 0331 |
| ESS # 3 Traceability Data, Supplier Code | E |
| ESS # 3 Traceability Data, Traceability Number | 00C5CD381 |
| ESS # 4 Traceability Data, Component Identifier | AJ |
| ESS # 4 Traceability Data, Part Number/Broadcast Code | 0331 |
| ESS # 4 Traceability Data, Supplier Code | E |
| ESS # 4 Traceability Data, Traceability Number | 00C5CD36D |
| ESS # 5 Traceability Data, Component Identifier | 00 |
| ESS # 5 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 5 Traceability Data, Supplier Code | E |
| ESS # 5 Traceability Data, Traceability Number | 000000000 |
| ESS # 6 Traceability Data, Component Identifier | 00 |
| ESS # 6 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 6 Traceability Data, Supplier Code | E |
| ESS # 6 Traceability Data, Traceability Number | 000000000 |
| ESS # 7 Traceability Data, Component Identifier | 00 |
| ESS # 7 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 7 Traceability Data, Supplier Code | E |
| ESS # 7 Traceability Data, Traceability Number | 000000000 |
| ESS # 8 Traceability Data, Component Identifier | 00 |
| ESS # 8 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 8 Traceability Data, Supplier Code | E |
| ESS # 8 Traceability Data, Traceability Number | 000000000 |

 

```
DID $CB
01 61 C0 B6

DID $31

0000    FF FF FF FF FF FF FF FF FF FF
0010    FF FF FF FF FF FF FF FF FF FF
0020    FF FF FF FF FF FF FF FF FF FF
0030    FF FF FF FF FF FF FF FF FF FF
0040    FF FF FF FF FF FF FF FF FF FF
0050    FF FF FF FF FF FF FF FF FF FF
0060    FF FF FF FF FF FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF FF
0090    FF FF FF FF FF FF FF FF FF FF
0100    FF FF FF FF FF FF FF FF FF FF
0110    FF FF FF FF FF FF FF FF FF FF
0120    FF FF FF FF FF FF FF FF FF FF
0130    FF FF FF FF FF FF FF FF FF FF
0140    FF FF FF FF FF FF FF FF FF FF
0150    FF FF FF FF FF FF FF FF FF FF
0160    FF FF FF FF FF FF FF FF FF FF
0170    FF FF FF FF FF FF FF FF FF FF
0180    FF FF FF FF FF FF FF FF FF FF
0190    FF FF FF FF FF FF FF FF FF FF
0200    FF FF FF FF FF FF FF FF FF FF
0210    FF FF FF FF FF FF FF FF FF FF
0220    FF FF FF FF FF FF FF FF FF FF
0230    FF FF FF FF FF FF FF FF FF FF
0240    FF FF FF FF FF FF FF FF FF FF
0250    FF FF FF FF FF FF FF FF FF FF
0260    FF FF FF FF FF FF FF FF FF FF
0270    FF FF FF FF FF FF FF FF FF FF
0280    FF FF FF FF FF FF FF FF FF FF
0290    FF FF FF FF FF FF FF FF FF FF
0300    FF FF FF FF FF FF FF FF FF FF
0310    FF FF FF FF FF FF FF FF FF FF
0320    FF FF FF FF FF FF FF FF FF FF
0330    FF FF FF FF FF FF FF FF FF FF
0340    FF FF FF FF FF FF FF FF FF FF
0350    FF FF FF FF FF FF FF FF FF FF
0360    FF FF FF FF FF FF FF FF FF FF
0370    FF FF FF FF FF FF FF FF FF FF
0380    FF FF FF FF FF FF FF FF FF FF
0390    FF FF FF FF FF FF FF FF FF FF
0400    FF FF FF FF FF FF FF FF FF FF
0410    FF FF FF FF FF FF FF FF FF FF
0420    FF FF FF FF FF FF FF FF FF FF
0430    FF FF FF FF FF FF FF FF FF FF
0440    FF FF FF FF FF FF FF FF FF FF
0450    FF FF FF FF FF FF FF FF FF FF
0460    FF FF FF FF FF FF FF FF FF FF
0470    FF FF FF FF FF FF FF FF FF FF
0480    FF FF FF FF FF FF FF FF FF FF
0490    FF FF FF FF FF FF FF FF FF FF
0500    FF FF FF FF FF FF FF FF FF FF
0510    FF FF FF FF FF FF FF FF FF FF
0520    FF FF FF FF FF FF FF FF FF FF
0530    FF FF FF FF FF FF FF FF FF FF
0540    FF FF FF FF FF FF FF FF FF FF
0550    FF FF FF FF FF FF FF FF FF FF
0560    FF FF FF FF FF FF FF FF FF FF
0570    FF FF FF FF FF FF FF FF FF FF
0580    FF FF FF FF FF FF FF FF FF FF
```

 BOSCH 

```
0000   FF FF FF FF FF FF FF FF FF FF
0010   FF FF FF FF FF FF FF FF FF FF
0020   FF FF FF FF FF FF FF FF FF FF
0030   FF FF FF FF FF FF FF FF FF FF
0040   FF FF FF FF FF FF FF FF FF FF
0050   FF FF FF FF FF FF FF FF FF FF
0060   FF FF FF FF FF FF FF FF FF FF
0070   FF FF FF FF FF FF FF FF FF FF
0080   FF FF FF FF FF FF FF FF FF FF
0090   FF FF FF FF FF FF FF FF FF FF
0100   FF FF FF FF FF FF FF FF FF FF
0110   FF FF FF FF FF FF FF FF FF FF
0120   FF FF FF FF FF FF FF FF FF FF
0130   FF FF FF FF FF FF FF FF FF FF
0140   FF FF FF FF FF FF FF FF FF FF
0150   FF FF FF FF FF FF FF FF FF FF
0160   FF FF FF FF FF FF FF FF FF FF
0170   FF FF FF FF FF FF FF FF FF FF
0180   FF FF FF FF FF FF FF FF FF FF
0190   FF FF FF FF FF FF FF FF FF FF
0200   FF FF FF FF FF FF FF FF FF FF
0210   FF FF FF FF FF FF FF FF FF FF
0220   FF FF FF FF FF FF FF FF FF FF
0230   FF FF FF FF FF FF FF FF FF FF
0240   FF FF FF FF FF FF FF FF FF FF
0250   FF FF FF FF FF FF FF FF FF FF
0260   FF FF FF FF FF FF FF FF FF FF
0270   FF FF FF FF FF FF FF FF FF FF
0280   FF FF FF FF FF FF FF FF FF FF
0290   FF FF FF FF FF FF FF FF FF FF
0300   FF FF FF FF FF FF FF FF FF FF
0310   FF FF FF FF FF FF FF FF FF FF
0320   FF FF FF FF FF FF FF FF FF FF
0330   FF FF FF FF FF FF FF FF FF FF
0340   FF FF FF FF FF FF FF FF FF FF
0350   FF FF FF FF FF FF FF FF FF FF
0360   FF FF FF FF FF FF FF FF FF FF
0370   FF FF FF FF FF FF FF FF FF FF
0380   FF FF FF FF FF FF FF FF FF FF
0390   FF FF FF FF FF FF FF FF FF FF
0400   FF FF FF FF FF FF FF FF FF FF
0410   FF FF FF FF FF FF FF FF FF FF
0420   FF FF FF FF FF FF FF FF FF FF
0430   FF FF FF FF FF FF FF FF FF FF
0440   FF FF FF FF FF FF FF FF FF FF
0450   FF FF FF FF FF FF FF FF FF FF
0460   FF FF FF FF FF FF FF FF FF FF
0470   FF FF FF FF FF FF FF FF FF FF
0480   FF FF FF FF FF FF FF FF FF FF
0490   FF FF FF FF FF FF FF FF FF FF
0500   FF FF FF FF FF FF FF FF FF FF
0510   FF FF FF FF FF FF FF FF FF FF
0520   FF FF FF FF FF FF FF FF FF FF
0530   FF FF FF FF FF FF FF FF FF FF
0540   FF FF FF FF FF FF FF FF FF FF
0550   FF FF FF FF FF FF FF FF FF FF
0560   FF FF FF FF FF FF FF FF FF FF
0570   FF FF FF FF FF FF FF FF FF FF
0580   FF FF FF FF FF FF FF FF FF FF
0590   FF FF FF FF FF FF FF FF FF FF
0600   FF FF FF FF FF FF FF FF FF FF
0610   FF FF FF FF FF FF FF FF FF FF
0620   FF FF FF FF FF FF FF FF FF FF
```

 BOSCH 

```
0030   FF FF FF FF FF FF FF FF FF FF
0040   FF FF FF FF FF FF FF FF FF FF
0050   FF FF FF FF FF FF FF FF FF FF
0060   FF FF FF FF FF FF FF FF FF FF
0070   FF FF FF FF FF FF FF FF FF FF
0080   FF FF FF FF FF FF FF FF FF FF
0090   FF FF FF FF FF FF FF FF FF FF
0100   FF FF FF FF FF FF FF FF FF FF
0110   FF FF FF FF FF FF FF FF FF FF
0120   FF FF FF FF FF FF FF FF FF FF
0130   FF FF FF FF FF FF FF FF FF FF
0140   FF FF FF FF FF FF FF FF FF FF
0150   FF FF FF FF FF FF FF FF FF FF
0160   FF FF FF FF FF FF FF FF FF FF
0170   FF FF FF FF FF FF FF FF FF FF
0180   FF FF FF FF FF FF FF FF FF FF
0190   FF FF FF FF FF FF FF FF FF FF
0200   FF FF FF FF FF FF FF FF FF FF
0210   FF FF FF FF FF FF FF FF FF FF
0220   FF FF FF FF FF FF FF FF FF FF
0230   FF FF FF FF FF FF FF FF FF FF
0240   FF FF FF FF FF FF FF FF FF FF
0250   FF FF FF FF FF FF FF FF FF FF
0260   FF FF FF FF FF FF FF FF FF FF
0270   FF FF FF FF FF FF FF FF FF FF
0280   FF FF FF FF FF FF FF FF FF FF
0290   FF FF FF FF FF FF FF FF FF FF
0300   FF FF FF FF FF FF FF FF FF FF
0310   FF FF FF FF FF FF FF FF FF FF
0320   FF FF FF FF FF FF FF FF FF FF
0330   FF FF FF FF FF FF FF FF FF FF
0340   FF FF FF FF FF FF FF FF FF FF
0350   FF FF FF FF FF FF FF FF FF FF
0360   FF FF FF FF FF FF FF FF FF FF
0370   FF FF FF FF FF FF FF FF FF FF
0380   FF FF FF FF FF FF FF FF FF FF
0390   FF FF FF FF FF FF FF FF FF FF
0400   FF FF FF FF FF FF FF FF FF FF
0410   FF FF FF FF FF FF FF FF FF FF
0420   FF FF FF FF FF FF FF FF FF FF
0430   FF FF FF FF FF FF FF FF FF FF
0440   FF FF FF FF FF FF FF FF FF FF
0450   FF FF FF FF FF FF FF FF FF FF
0460   FF FF FF FF FF FF FF FF FF FF
0470   FF FF FF FF FF FF FF FF FF FF
0480   FF FF FF FF FF FF FF FF FF FF
0490   FF FF FF FF FF FF FF FF FF FF
0500   FF FF FF FF FF FF FF FF FF FF
0510   FF FF FF FF FF FF FF FF FF FF
0520   FF FF FF FF FF FF FF FF FF FF
0530   FF FF FF FF FF FF FF FF FF FF
0540   FF FF FF FF FF FF FF FF FF FF
0550   FF FF FF FF FF FF FF FF FF FF
0560   FF FF FF FF FF FF FF FF FF FF
0570   FF FF FF FF FF FF FF FF FF FF
0580   FF FF FF FF FF FF FF FF FF FF
0590   FF FF FF FF FF FF FF FF FF FF
0600   FF FF FF FF FF FF FF FF FF FF
0610   FF FF FF FF FF FF FF FF FF FF
0620   FF FF FF FF FF FF FF FF FF FF
0630   FF FF FF FF FF FF FF FF FF FF
0640   FF FF FF FF FF FF FF FF FF FF
0650   FF FF FF FF FF FF FF FF FF FF
0660   FF FF FF FF FF FF FF FF FF FF
```

 BOSCH

 CRASH DATA RETRIEVAL

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2FAFP71WX5X102633 |
| User | R. WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 2FAFP71WX5X102633_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 16:59:59 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Frontal trigger event<br>Side trigger event |

## Comments
UNIT # 2532

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Sunday, October 1 2017 at 16:59:59.

## Data Limitations
**Limitations that are important for users of the Bosch Crash Data Retrieval (CDR) tool on this Ford product to know**

**Disclaimer:** Ford Motor Company Restraint Control Modules (RCM's) were designed to record deceleration data for the purpose of understanding the approximate input data the Restraint Control Module used to determine whether or not to deploy restraint devices. Ford Motor Company RCM's were not designed for the purpose of assisting accident reconstructionists. Ford RCM modules do not record vehicle speed, throttle position, brake on-off, and other data desired by accident reconstructionists, which may be recorded in some 1999 model year and later General Motors modules. There is a second module in the vehicle, the Powertrain Control Module (PCM) which may record vehicle speed, brake, and throttle information. Proper precautions must be taken when reading the RCM not to spoliate the data in the PCM. Those precautions are discussed later in this document.

The time series deceleration data recorded by Ford's module during a crash is mathematically integrated into a partial Delta V by the Bosch tool. Delta_V is the change in velocity during the recording time and is NOT the speed the vehicle was traveling before the accident.

Accident reconstructionists must be aware of the limitations of the data recorded in Ford's control modules and should compare the recorded data with the physical evidence at the accident scene using professional accident reconstruction techniques (i.e. vehicle crush characteristics, momentum analysis. etc.) before making any assumptions about the import and validity of the data recorded in the module with respect to the crash event being analyzed. The following describes specific limitations that must be considered when analyzing recorded data.

1. There may be no deceleration data recorded in the module.
Loss of power (cut wires, damaged battery, crushed fuse box) to the module during or immediately after the crash may prevent the crash data from being written to NVM (non-volatile memory). A backup power supply within the module has sufficient power to continue to analyze the deceleration data and deploy restraint devices if needed, but there is limited backup power for recording.

2. If there are no deployment times recorded, but airbags or other restraint devices are observed to have deployed, the recorded data that you read after that event are most likely from a prior event. This module family does utilize backup power left over after any deployment to attempt to record information from the crash, and is much more likely to get a recording than prior modules, but it is still theoretically possible that there may not be any recording from a new event in

 **BOSCH**

 *CRASH DATA RETRIEVAL*

**POWERTRAIN CONTROL MODULE DATA SPOLIATION CAUTIONS:**

When reading the RCM users must use caution to not spoil data in the PCM. This Restraint Control Module does not record vehicle speed, braking, or throttle inputs prior to or during a collision event. There is a Powertrain Control Module (PCM) in this vehicle which records vehicle speed, brake, throttle angle and other parameters in a Data Recording Device (DRD), an EEPROM chip, whenever the key is in the run position. The PCM is intended to lock the recording if an airbag or safety belt pretensioner has deployed, and the vehicle data bus stays up long enough for the deploy signal from the RCM to reach the PCM. If the deploy signal has not reached the PCM and the PCM is powered, the DRD data can be overwritten by new data. If there is any doubt as to the PCM deployment lock status, the user must proceed with the understanding that the data may not be locked and could be overwritten if key power is turned on. It is recommended that the PCM not be key powered until it the EEPROM memory can be properly read out by a special procedure that prevents data from being overwritten. To read PCM data, follow the instructions in the CDR help file to determine which cable and adapter to use and how to connect to Ford PCMs for the purpose of downloading DRD data.  The Bosch PCM readout cables and adapter are not included in the CDR kit and can be purchased directly from Bosch or through an authorized CDR tool distributor.

The PCM also has a diagnostic trouble code history kept in Keep Alive Memory (KAM). KAM is a form of RAM memory powered directly from the battery and is preserved as long as there is battery power to the PCM (the ignition key does not have to be on). If all power is removed from the PCM or the PCM exits flash mode after reading the Data Recording Device, KAM is cleared. The reader must make a judgment as to which data, DRD or KAM, is more likely to provide useful data for the situation at hand.

It has been Ford's experience that the DRD data is more useful than the KAM data when:
1. The airbag has deployed and it is likely that the DRD is locked and has data
2. Power was lost in the crash and KAM is already cleared due to power loss
3. Power has been depleted subsequent to the crash and KAM is already lost.
4. Crash damage makes it likely there are multiple codes in KAM due to accident damage which were not likely to be present before the crash, where it is difficult to isolate codes present before the crash that may have contributed to the cause of the crash.

The KAM data may be more valuable when there has been no airbag deployment and it is likely the key has been left on after the event such that no useful data is likely to remain in the DRD.

If there is insufficient information to make a judgment per the above, Ford's experience is that the DRD data is more likely to have significance, and that it is better to prioritize reading the DRD data first. To preserve the DRD data, unplug the PCM connectors while the RCM is being read.

**AIRBAG MODULE DATA SOURCES:**

All RCM recorded data is measured, calculated, and stored internally, sensors external to the RCM include the following:
1. The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
2. The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
3. The Side Impact Sensors (if equipped) are located at the base of the B-pillars and are wired directly to the RCM.
4. The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on a dedicated high-speed CAN bus.
5. Front Impact Sensors (right and left) are located on top of radiator support bracket.

02004_RCM-Takata2_r001

 **BOSCH**



 **BOSCH** 

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| -52.8 | -0.41 | -0.10 |
| -52.0 | -0.41 | -0.11 |
| -51.2 | -0.41 | -0.12 |
| -50.4 | -0.41 | -0.12 |
| -49.6 | 0.00 | -0.12 |
| -48.8 | -0.41 | -0.13 |
| -48.0 | 0.00 | -0.13 |
| -47.2 | -0.41 | -0.14 |
| -46.4 | 0.00 | -0.14 |
| -45.6 | -0.41 | -0.14 |
| -44.8 | -0.41 | -0.15 |
| -44.0 | -0.41 | -0.16 |
| -43.2 | -0.41 | -0.17 |
| -42.4 | 0.00 | -0.17 |
| -41.6 | 0.00 | -0.17 |
| -40.8 | 0.00 | -0.17 |
| -40.0 | 0.00 | -0.17 |
| -39.2 | 0.00 | -0.17 |
| -38.4 | -0.41 | -0.17 |
| -37.6 | -0.41 | -0.18 |
| -36.8 | 0.00 | -0.18 |
| -36.0 | -0.41 | -0.19 |
| -35.2 | 0.00 | -0.19 |
| -34.4 | 0.00 | -0.19 |
| -33.6 | 0.00 | -0.19 |
| -32.8 | 0.00 | -0.19 |
| -32.0 | 0.00 | -0.19 |
| -31.2 | -0.41 | -0.20 |
| -30.4 | 0.00 | -0.20 |
| -29.6 | 0.00 | -0.20 |
| -28.8 | 0.00 | -0.20 |
| -28.0 | 0.00 | -0.20 |
| -27.2 | 0.00 | -0.20 |
| -26.4 | -0.41 | -0.20 |
| -25.6 | -0.41 | -0.21 |
| -24.8 | -0.41 | -0.22 |
| -24.0 | -0.41 | -0.22 |
| -23.2 | -0.41 | -0.23 |
| -22.4 | 0.00 | -0.23 |
| -21.6 | -0.41 | -0.24 |
| -20.8 | -0.82 | -0.25 |
| -20.0 | -0.82 | -0.27 |
| -19.2 | -0.82 | -0.28 |
| -18.4 | -0.82 | -0.30 |
| -17.6 | -0.41 | -0.30 |
| -16.8 | 0.00 | -0.30 |
| -16.0 | 0.00 | -0.30 |
| -15.2 | -0.41 | -0.31 |
| -14.4 | -0.82 | -0.33 |
| -13.6 | -1.24 | -0.35 |
| -12.8 | -0.82 | -0.36 |
| -12.0 | -0.82 | -0.38 |

 **BOSCH**

 CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| 30.4 | -5.77 | -2.68 |
| 31.2 | -5.36 | -2.78 |
| 32.0 | -3.30 | -2.84 |
| 32.8 | -3.71 | -2.90 |
| 33.6 | -0.82 | -2.92 |
| 34.4 | -1.24 | -2.94 |
| 35.2 | -3.30 | -3.00 |
| 36.0 | -3.30 | -3.05 |
| 36.8 | -6.19 | -3.16 |
| 37.6 | -3.71 | -3.23 |
| 38.4 | -0.82 | -3.24 |
| 39.2 | -2.89 | -3.29 |
| 40.0 | -1.65 | -3.32 |
| 40.8 | -4.95 | -3.41 |
| 41.6 | -6.60 | -3.52 |
| 42.4 | 3.71 | -3.46 |
| 43.2 | 6.60 | -3.34 |
| 44.0 | 1.24 | -3.32 |
| 44.8 | -2.06 | -3.36 |
| 45.6 | -2.06 | -3.39 |
| 46.4 | -2.89 | -3.44 |
| 47.2 | -3.71 | -3.51 |
| 48.0 | -2.47 | -3.55 |
| 48.8 | -2.89 | -3.60 |
| 49.6 | -2.47 | -3.65 |
| 50.4 | -2.47 | -3.69 |
| 51.2 | -5.36 | -3.78 |
| 52.0 | -6.19 | -3.89 |
| 52.8 | -3.71 | -3.96 |
| 53.6 | -2.06 | -3.99 |
| 54.4 | -4.12 | -4.07 |
| 55.2 | -5.36 | -4.16 |
| 56.0 | -7.01 | -4.28 |
| 56.8 | -1.65 | -4.31 |
| 57.6 | 0.82 | -4.30 |
| 58.4 | 0.00 | -4.30 |
| 59.2 | 0.00 | -4.30 |
| 60.0 | -3.71 | -4.36 |

 **BOSCH**

 CRASH DATA RETRIEVAL

```
0370:  1E 00 BD 00 BD 00 00 00 07 07 08 00 00 04 03 03
0380:  00 00 A5 00 79 00 00 07 00 05 DF 00 8F 01 17 02
0390:  F9 00 BB 02 F0 00 8F 01 5E 01 54 01 E8 03 62 0E
03A0:  26 0E 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03B0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03C0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03D0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03E0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03F0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0400:  00 01 07 08 02 00 00 00 00 00 00 04 05 05 05
0410:  05 06 03 05 06 01 01 01 70 01 02 02 6D 00 00 01
0420:  00 01 00 02 00 01 00 01 00 01 00 01 64 00 31 00
0430:  A0 00 00 00 64 00 00 01 00 00 31 00 00 00 64 00
0440:  C8 00 FA 00 3F 01 82 00 82 00 C7 00 4A 01 64 00
0450:  A5 00 93 00 93 00 64 00 2C 01 2C 01 5E 01 20 03
0460:  90 01 C8 00 04 01 14 05 DC 00 4A 01 2C 01 96 00
0470:  00 00 AF 00 D0 02 90 01 DC 00 2C 01 58 02 4F 01
0480:  B0 04 EE 02 58 02 90 01 FA 00 2C 01 4B 00 6E 00
0490:  C8 00 26 02 F4 01 C2 01 90 01 E0 15 00 00 84 03
04A0:  8A 02 E8 03 02 59 00 00 00 00 00 00 00 00 00 00
04B0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04C0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04D0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04E0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04F0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0500:  00 01 08 01 01 01 05 04 04 07 06 04 05 01 1D 00
0510:  00 01 00 18 00 01 00 00 00 00 00 00 00 00 03 00
0520:  34 03 ED 01 02 02 AC 01 57 01 4A 04 02 02 BC 02
0530:  ED 01 DB 00 DB 00 82 00 80 01 C5 00 44 00 FA 00
0540:  FA 00 1A C8 03 70 5F 00 00 00 00 00 00 00 00 00
0550:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0560:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0570:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0580:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0590:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05A0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05B0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05C0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05D0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05E0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05F0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0600:  C1 8A 80 80 80 80 80 80 80 80 80 80 80 80 80 81
0610:  80 80 80 80 80 81 80 80 80 80 80 80 80 81 81 80
0620:  80 81 80 80 81 81 81 81 81 80 81 81 81 81 81 81
0630:  81 81 80 81 80 81 80 81 81 81 81 80 80 80 80 80
0640:  81 81 80 81 80 80 80 80 80 81 80 80 80 80 80 81
0650:  81 81 81 81 80 81 82 82 82 82 81 80 80 81 82 83
0660:  82 82 82 81 82 83 82 82 82 81 82 83 84 83 83 83
0670:  84 8B 8B 89 89 8E 93 92 8C 85 84 88 83 84 8D 8D
0680:  8D 89 85 89 89 80 85 90 83 7A 6E 7B 8C 8A 7D 80
0690:  88 8F 90 86 7D 84 8E 8D 88 89 82 83 88 88 8F 89
06A0:  82 87 84 8C 90 77 70 7D 85 85 87 89 86 87 86 86
06B0:  8D 8F 89 85 8A 8D 91 84 7E 80 80 89 80 80 80 80
06C0:  80 80 5E 5D 5B 5E 6A 71 7C 87 8D 8A 87 84 7C 76
06D0:  78 80 89 92 96 94 89 7E 7A 70 6C 6F 73 7D 89 91
06E0:  92 8F 88 7C 76 6E 6D 6F 71 77 83 8B 8D 90 8D 84
06F0:  7C 6A 5E 62 69 7F 95 A3 A6 9F 8F 7D 6C 66 5E 61
0700:  6E 77 89 9B A3 9F 8F 7E 7E 7E 7E 7E 7E 7E 7E 7E
0710:  7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0720:  7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0730:  7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0740:  7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0750:  7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0760:  7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
```

 **BOSCH**

 *CRASH DATA* RETRIEVAL

```
0B70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B90:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BB0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C00:   A9 E9 76 70 6E 6D 6C 6C 6D 6B 6B 6B 6B 6B 6B 6B
0C10:   6C 6C 6D 6D 6D 6E 6F 6F 70 70 6F 6F 6F 70 70 70
0C20:   70 70 70 70 70 6F 70 70 70 70 70 6F 00 00 00 00
0C30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C60:   00 00 00 00 00 00 00 00 00 00 FF FF FF FF FF FF
0C70:   FF FF FF FF FF 00 00 00 00 00 00 00 00 00 00 00
0C80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C90:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 FF
0CB0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CC0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CD0:   FF FF FF FF FF FF FF FF FF 00 00 00 00 00 00 00
0CE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D10:   00 00 00 FF FF FF FF FF FF FF FF FF FF FF FF FF
0D20:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D30:   FF FF 01 00 F5 04 EF 02 7C 01 16 00 16 00 2A 00
0D40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 15 00
0D50:   15 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D60:   00 00 00 00 00 00 00 00 00 00 00 00 2A 00 00 00
0D70:   00 00 00 29 0B 0A 0B 0A 02 97 00 AA 74 D0 00 00
0D80:   23 1D 00 00 01 00 00 00 00 00 00 30 00 00 0B
0D90:   05 00 00 30 00 00 0B 05 00 00 30 00 00 0B 05 00
0DA0:   00 30 00 00 0B 05 00 00 30 00 00 0B 05 00 00 03
0DB0:   00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E10:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E20:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E90:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EB0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0ED0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F10:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F20:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**

 *CRASH DATA RETRIEVAL*

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2FAFP71W47X118782 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 2FAFP71W47X118782_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:51:51 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Frontal trigger event<br>Side trigger event |

## Comments

UNIT # 2702

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Sunday, October 1 2017 at 17:51:51.

## Data Limitations

**Limitations that are important for users of the Bosch Crash Data Retrieval (CDR) tool on this Ford product to know**

**Disclaimer:** Ford Motor Company Restraint Control Modules (RCM's) were designed to record deceleration data for the purpose of understanding the approximate input data the Restraint Control Module used to determine whether or not to deploy restraint devices. Ford Motor Company RCM's were not designed for the purpose of assisting accident reconstructionists. Ford RCM modules do not record vehicle speed, throttle position, brake on-off, and other data desired by accident reconstructionists, which may be recorded in some 1999 model year and later General Motors modules. There is a second module in the vehicle, the Powertrain Control Module (PCM) which may record vehicle speed, brake, and throttle information. Proper precautions must be taken when reading the RCM not to spoliate the data in the PCM. Those precautions are discussed later in this document.

The time series deceleration data recorded by Ford's module during a crash is mathematically integrated into a partial Delta V by the Bosch tool. Delta_V is the change in velocity during the recording time and is NOT the speed the vehicle was traveling before the accident.

Accident reconstructionists must be aware of the limitations of the data recorded in Ford's control modules and should compare the recorded data with the physical evidence at the accident scene using professional accident reconstruction techniques (i.e. vehicle crush characteristics, momentum analysis. etc.) before making any assumptions about the import and validity of the data recorded in the module with respect to the crash event being analyzed. The following describes specific limitations that must be considered when analyzing recorded data.

1. There may be no deceleration data recorded in the module.
Loss of power (cut wires, damaged battery, crushed fuse box) to the module during or immediately after the crash may prevent the crash data from being written to NVM (non-volatile memory). A backup power supply within the module has sufficient power to continue to analyze the deceleration data and deploy restraint devices if needed, but there is limited backup power for recording.

2. If there are no deployment times recorded, but airbags or other restraint devices are observed to have deployed, the recorded data that you read after that event are most likely from a prior event. This module family does utilize backup power left over after any deployment to attempt to record information from the crash, and is much more likely to get a recording than prior modules, but it is still theoretically possible that there may not be any recording from a new event in

 **BOSCH**

 *CRASH DATA RETRIEVAL*

**POWERTRAIN CONTROL MODULE DATA SPOLIATION CAUTIONS:**

When reading the RCM users must use caution to not spoil data in the PCM. This Restraint Control Module does not record vehicle speed, braking, or throttle inputs prior to or during a collision event. There is a Powertrain Control Module (PCM) in this vehicle which records vehicle speed, brake, throttle angle and other parameters in a Data Recording Device (DRD), an EEPROM chip, whenever the key is in the run position. The PCM is intended to lock the recording if an airbag or safety belt pretensioner has deployed, and the vehicle data bus stays up long enough for the deploy signal from the RCM to reach the PCM. If the deploy signal has not reached the PCM and the PCM is powered, the DRD data can be overwritten by new data. If there is any doubt as to the PCM deployment lock status, the user must proceed with the understanding that the data may not be locked and could be overwritten if key power is turned on. It is recommended that the PCM not be key powered until it the EEPROM memory can be properly read out by a special procedure that prevents data from being overwritten. To read PCM data, follow the instructions in the CDR help file to determine which cable and adapter to use and how to connect to Ford PCMs for the purpose of downloading DRD data. The Bosch PCM readout cables and adapter are not included in the CDR kit and can be purchased directly from Bosch or through an authorized CDR tool distributor.

The PCM also has a diagnostic trouble code history kept in Keep Alive Memory (KAM). KAM is a form of RAM memory powered directly from the battery and is preserved as long as there is battery power to the PCM (the ignition key does not have to be on). If all power is removed from the PCM or the PCM exits flash mode after reading the Data Recording Device, KAM is cleared. The reader must make a judgment as to which data, DRD or KAM, is more likely to provide useful data for the situation at hand.

It has been Ford's experience that the DRD data is more useful than the KAM data when:
 1. The airbag has deployed and it is likely that the DRD is locked and has data
 2. Power was lost in the crash and KAM is already cleared due to power loss
 3. Power has been depleted subsequent to the crash and KAM is already lost.
 4. Crash damage makes it likely there are multiple codes in KAM due to accident damage which were not likely to be present before the crash, where it is difficult to isolate codes present before the crash that may have contributed to the cause of the crash.

The KAM data may be more valuable when there has been no airbag deployment and it is likely the key has been left on after the event such that no useful data is likely to remain in the DRD.

If there is insufficient information to make a judgment per the above, Ford's experience is that the DRD data is more likely to have significance, and that it is better to prioritize reading the DRD data first. To preserve the DRD data, unplug the PCM connectors while the RCM is being read.

**AIRBAG MODULE DATA SOURCES:**

All RCM recorded data is measured, calculated, and stored internally, sensors external to the RCM include the following:
 1. The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
 2. The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
 3. The Side Impact Sensors (if equipped) are located at the base of the B-pillars and are wired directly to the RCM.
 4. The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on a dedicated high-speed CAN bus.
 5. Front Impact Sensors (right and left) are located on top of radiator support bracket.

02004_RCM-Takata2_r001



**BOSCH**

*CRASH DATA RETRIEVAL*



 **BOSCH**

 **CDR** CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| -43.2 | 0.41 | 0.25 |
| -42.4 | 0.41 | 0.26 |
| -41.6 | 0.00 | 0.26 |
| -40.8 | 0.41 | 0.27 |
| -40.0 | 0.41 | 0.27 |
| -39.2 | 0.41 | 0.28 |
| -38.4 | 0.00 | 0.28 |
| -37.6 | 0.00 | 0.28 |
| -36.8 | 0.00 | 0.28 |
| -36.0 | 0.00 | 0.28 |
| -35.2 | 0.00 | 0.28 |
| -34.4 | 0.00 | 0.28 |
| -33.6 | 0.00 | 0.28 |
| -32.8 | 0.00 | 0.28 |
| -32.0 | -0.41 | 0.27 |
| -31.2 | -0.41 | 0.27 |
| -30.4 | 0.00 | 0.27 |
| -29.6 | 0.00 | 0.27 |
| -28.8 | -0.41 | 0.26 |
| -28.0 | -0.41 | 0.25 |
| -27.2 | -0.41 | 0.25 |
| -26.4 | -0.41 | 0.24 |
| -25.6 | 0.00 | 0.24 |
| -24.8 | 0.00 | 0.24 |
| -24.0 | 0.00 | 0.24 |
| -23.2 | -0.41 | 0.23 |
| -22.4 | -0.82 | 0.22 |
| -21.6 | -0.82 | 0.20 |
| -20.8 | -0.82 | 0.19 |
| -20.0 | -0.82 | 0.17 |
| -19.2 | 0.00 | 0.17 |
| -18.4 | 0.00 | 0.17 |
| -17.6 | -0.41 | 0.17 |
| -16.8 | -1.24 | 0.14 |
| -16.0 | -1.65 | 0.12 |
| -15.2 | -2.06 | 0.08 |
| -14.4 | -1.65 | 0.05 |
| -13.6 | -0.41 | 0.04 |
| -12.8 | 0.00 | 0.04 |
| -12.0 | -0.41 | 0.04 |
| -11.2 | -1.24 | 0.01 |
| -10.4 | -1.65 | -0.01 |
| -9.6 | -1.65 | -0.04 |
| -8.8 | -1.65 | -0.07 |
| -8.0 | -1.24 | -0.09 |
| -7.2 | -0.82 | -0.11 |
| -6.4 | -1.24 | -0.13 |
| -5.6 | -1.65 | -0.16 |
| -4.8 | -1.65 | -0.19 |
| -4.0 | -1.65 | -0.22 |
| -3.2 | -1.24 | -0.24 |
| -2.4 | -1.24 | -0.26 |

 **BOSCH**

 CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| 40.0 | -4.12 | -2.91 |
| 40.8 | -3.71 | -2.97 |
| 41.6 | -2.06 | -3.01 |
| 42.4 | -3.30 | -3.07 |
| 43.2 | -6.19 | -3.18 |
| 44.0 | -4.12 | -3.25 |
| 44.8 | -4.12 | -3.32 |
| 45.6 | -5.77 | -3.42 |
| 46.4 | -4.95 | -3.51 |
| 47.2 | -4.54 | -3.59 |
| 48.0 | -4.95 | -3.68 |
| 48.8 | -5.36 | -3.77 |
| 49.6 | -5.36 | -3.86 |
| 50.4 | -4.54 | -3.94 |
| 51.2 | -4.54 | -4.02 |
| 52.0 | -3.71 | -4.09 |
| 52.8 | -2.47 | -4.13 |
| 53.6 | -3.71 | -4.20 |
| 54.4 | -4.12 | -4.27 |
| 55.2 | -4.54 | -4.35 |
| 56.0 | -3.30 | -4.41 |
| 56.8 | -3.30 | -4.47 |
| 57.6 | -3.71 | -4.53 |
| 58.4 | -3.30 | -4.59 |
| 59.2 | -4.54 | -4.67 |
| 60.0 | -5.77 | -4.77 |
| 60.8 | -4.95 | -4.86 |
| 61.6 | -4.54 | -4.94 |
| 62.4 | -3.71 | -5.00 |
| 63.2 | -3.30 | -5.06 |
| 64.0 | -3.30 | -5.12 |
| 64.8 | -3.30 | -5.17 |
| 65.6 | -2.89 | -5.22 |
| 66.4 | -3.30 | -5.28 |
| 67.2 | -2.47 | -5.33 |
| 68.0 | -2.06 | -5.36 |
| 68.8 | -3.30 | -5.42 |
| 69.6 | -3.71 | -5.49 |

 **BOSCH**

CDR CRASH DATA RETRIEVAL

```
0370:  08 00 00 04 03 03 00 00 A5 00 79 00 00 07 00 05
0380:  DF 00 8F 01 17 02 F9 00 BB 02 B4 00 8F 01 96 00
0390:  54 01 E8 03 62 0E 26 07 00 00 00 00 00 00 00 00
03A0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03B0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03C0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03D0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03E0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03F0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0400:  00 01 07 08 02 00 00 00 00 00 00 04 04 05 05 05
0410:  05 06 03 05 06 01 01 01 70 01 02 02 6D 00 00 01
0420:  00 01 00 02 00 01 00 01 00 01 00 01 64 00 31 00
0430:  64 00 00 00 64 00 00 00 00 00 31 00 00 00 64 00
0440:  C8 00 FA 00 3F 01 82 00 82 00 C7 00 4A 01 64 00
0450:  A5 00 93 00 93 00 64 00 2C 01 2C 01 5E 01 20 03
0460:  90 01 C8 00 DC 00 9D 03 C3 00 2C 01 0E 01 96 00
0470:  00 00 AF 00 8A 02 90 01 54 01 2C 01 58 02 4F 01
0480:  B0 04 BC 02 58 02 90 01 04 01 2C 01 4B 00 6E 00
0490:  A0 00 90 01 F4 01 72 01 90 01 E0 15 00 00 84 03
04A0:  8A 02 14 05 02 61 00 00 00 00 00 00 00 00 00 00
04B0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04C0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04D0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04E0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04F0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0500:  00 01 08 01 01 01 05 04 04 07 06 04 05 01 1D 00
0510:  00 01 00 18 00 01 00 00 00 00 00 00 00 00 03 00
0520:  34 03 ED 01 20 03 A4 01 57 01 4A 04 02 02 BC 02
0530:  F4 01 DB 00 F0 00 82 00 F4 01 FA 00 44 00 FA 00
0540:  FA 00 17 C8 03 70 86 00 00 00 00 00 00 00 00 00
0550:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0560:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0570:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0580:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0590:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05A0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05B0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05C0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05D0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05E0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05F0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0600:  93 53 84 84 83 83 83 83 83 84 83 83 83 84 84 84
0610:  84 84 84 84 84 85 85 84 84 85 85 85 85 84 84 84
0620:  85 86 86 86 86 84 84 85 87 88 89 88 85 84 85 87
0630:  88 88 88 87 86 87 88 88 88 87 87 87 88 89 89 89
0640:  87 88 8A 8C 8C 8D 8E 8D 8C 8C 89 86 8C 8D 8B 8C
0650:  89 8A 8D 8B 88 83 85 8A 89 86 88 8D 8F 91 8F 8C
0660:  8B 8D 88 84 8A 90 8D 89 89 8B 8E 92 90 8F 8F 8E
0670:  8D 89 8C 93 8E 8E 92 90 8F 90 91 91 8F 8F 8D 8A
0680:  8D 8E 8F 8C 8C 8D 8C 8F 92 90 8F 8D 8C 8C 8C 8B
0690:  8C 8A 89 8C 8D 83 83 84 83 83 84 83 83 83 83 83
06A0:  83 83 83 84 84 83 83 83 83 83 84 84 84 84 83
06B0:  83 83 83 83 83 83 83 84 83 84 84 83 83 84 84 84
06C0:  83 84 80 7F 7E 7E 7D 7D 7C 7C 7C 7C 7B 7B 7C 7D
06D0:  7E 7E 7F 7F 7F 80 80 80 7F 7F 7E 7E 7D 7D 7D 7D
06E0:  7D 7E 7F 80 82 83 84 83 80 7E 7D 7A 7B 7E 81 82
06F0:  86 8A 8B 89 87 86 81 7E 78 76 76 77 7B 7D 80 81
0700:  82 82 80 80 7D 79 76 75 73 73 74 75 7B 81 86 89
0710:  90 94 90 8A 88 82 7A 72 70 70 73 79 7C 84 89 8C
0720:  8D 8D 8A 8A 88 81 79 77 77 75 72 7B 80 83 7C 7C
0730:  7E 81 7A 7C 82 82 7D 7D 80 80 7D 7C 7E 80 85 89
0740:  8D 8D 8D 89 81 7C 75 6C 66 66 6A 6E 73 78 84 8A
0750:  8F 90 92 90 8A 86 7F 77 70 6D 71 76 79 7D 80 87
0760:  89 8C 8E 8F 8A 86 84 7E 77 72 70 6F 75 79 7C 83
```

 **BOSCH**



```
0B70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B90:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BB0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C00:   90 31 86 85 83 80 82 85 84 84 82 82 85 87 86 83
0C10:   83 83 86 85 83 81 82 85 85 85 82 82 86 87 86 83
0C20:   83 83 86 85 82 81 82 85 85 84 8C 8A 8E 8C 8A 89
0C30:   88 8C 8A 8D 8B 8F 8C 8D 8D 8E 8B 8C 8A 8A 8B 8C
0C40:   8C 8B 8B 8A 8A 8B 8B 8C 8C 8B 89 88 89 87 88
0C50:   87 89 88 87 87 82 81 82 81 84 86 87 83 81 82 83
0C60:   83 81 80 7C 82 85 84 82 83 83 FF FF FF FF FF FF
0C70:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0C80:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0C90:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CA0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CB0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CC0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CD0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CE0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CF0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D00:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D10:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D20:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D30:   FF FF 01 00 15 92 8F 01 E1 24 11 00 16 00 2B 00
0D40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 15 00
0D50:   15 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D60:   00 00 00 00 00 00 00 00 00 00 00 2A 00 00 00 00
0D70:   00 00 28 52 5C 5B 5C 5B 02 87 04 AA 7B D0 00 00
0D80:   48 1D 00 00 02 00 00 00 00 00 00 00 30 00 00 0A
0D90:   05 00 00 30 00 00 0A 05 00 00 30 00 00 0A 05 00
0DA0:   00 30 00 00 0A 05 00 00 30 00 00 0A 05 00 00 00
0DB0:   00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E10:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E20:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E90:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EB0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0ED0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F10:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F20:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**

 CRASH DATA RETRIEVAL

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2FAFP71W25X162891 |
| User | R. WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 2FAFP71W25X162891_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 16:46:30 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Frontal trigger event<br>Side trigger event |

## Comments

UNIT 2580

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Sunday, October 1 2017 at 16:46:30.

## Data Limitations

**Limitations that are important for users of the Bosch Crash Data Retrieval (CDR) tool on this Ford product to know**

**Disclaimer:** Ford Motor Company Restraint Control Modules (RCM's) were designed to record deceleration data for the purpose of understanding the approximate input data the Restraint Control Module used to determine whether or not to deploy restraint devices. Ford Motor Company RCM's were not designed for the purpose of assisting accident reconstructionists. Ford RCM modules do not record vehicle speed, throttle position, brake on-off, and other data desired by accident reconstructionists, which may be recorded in some 1999 model year and later General Motors modules. There is a second module in the vehicle, the Powertrain Control Module (PCM) which may record vehicle speed, brake, and throttle information. Proper precautions must be taken when reading the RCM not to spoliate the data in the PCM. Those precautions are discussed later in this document.

The time series deceleration data recorded by Ford's module during a crash is mathematically integrated into a partial Delta V by the Bosch tool. Delta_V is the change in velocity during the recording time and is NOT the speed the vehicle was traveling before the accident.

Accident reconstructionists must be aware of the limitations of the data recorded in Ford's control modules and should compare the recorded data with the physical evidence at the accident scene using professional accident reconstruction techniques (i.e. vehicle crush characteristics, momentum analysis. etc.) before making any assumptions about the import and validity of the data recorded in the module with respect to the crash event being analyzed. The following describes specific limitations that must be considered when analyzing recorded data.

1. There may be no deceleration data recorded in the module.
Loss of power (cut wires, damaged battery, crushed fuse box) to the module during or immediately after the crash may prevent the crash data from being written to NVM (non-volatile memory). A backup power supply within the module has sufficient power to continue to analyze the deceleration data and deploy restraint devices if needed, but there is limited backup power for recording.

2. If there are no deployment times recorded, but airbags or other restraint devices are observed to have deployed, the recorded data that you read after that event are most likely from a prior event. This module family does utilize backup power left over after any deployment to attempt to record information from the crash, and is much more likely to get a recording than prior modules, but it is still theoretically possible that there may not be any recording from a new event in

 **BOSCH**

 *CRASH DATA RETRIEVAL*

**POWERTRAIN CONTROL MODULE DATA SPOLIATION CAUTIONS:**

When reading the RCM users must use caution to not spoil data in the PCM. This Restraint Control Module does not record vehicle speed, braking, or throttle inputs prior to or during a collision event. There is a Powertrain Control Module (PCM) in this vehicle which records vehicle speed, brake, throttle angle and other parameters in a Data Recording Device (DRD), an EEPROM chip, whenever the key is in the run position. The PCM is intended to lock the recording if an airbag or safety belt pretensioner has deployed, and the vehicle data bus stays up long enough for the deploy signal from the RCM to reach the PCM. If the deploy signal has not reached the PCM and the PCM is powered, the DRD data can be overwritten by new data. If there is any doubt as to the PCM deployment lock status, the user must proceed with the understanding that the data may not be locked and could be overwritten if key power is turned on. It is recommended that the PCM not be key powered until it the EEPROM memory can be properly read out by a special procedure that prevents data from being overwritten. To read PCM data, follow the instructions in the CDR help file to determine which cable and adapter to use and how to connect to Ford PCMs for the purpose of downloading DRD data. The Bosch PCM readout cables and adapter are not included in the CDR kit and can be purchased directly from Bosch or through an authorized CDR tool distributor.

The PCM also has a diagnostic trouble code history kept in Keep Alive Memory (KAM). KAM is a form of RAM memory powered directly from the battery and is preserved as long as there is battery power to the PCM (the ignition key does not have to be on). If all power is removed from the PCM or the PCM exits flash mode after reading the Data Recording Device, KAM is cleared. The reader must make a judgment as to which data, DRD or KAM, is more likely to provide useful data for the situation at hand.

It has been Ford's experience that the DRD data is more useful than the KAM data when:
1. The airbag has deployed and it is likely that the DRD is locked and has data
2. Power was lost in the crash and KAM is already cleared due to power loss
3. Power has been depleted subsequent to the crash and KAM is already lost.
4. Crash damage makes it likely there are multiple codes in KAM due to accident damage which were not likely to be present before the crash, where it is difficult to isolate codes present before the crash that may have contributed to the cause of the crash.

The KAM data may be more valuable when there has been no airbag deployment and it is likely the key has been left on after the event such that no useful data is likely to remain in the DRD.

If there is insufficient information to make a judgment per the above, Ford's experience is that the DRD data is more likely to have significance, and that it is better to prioritize reading the DRD data first. To preserve the DRD data, unplug the PCM connectors while the RCM is being read.

**AIRBAG MODULE DATA SOURCES:**

All RCM recorded data is measured, calculated, and stored internally, sensors external to the RCM include the following:
1. The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
2. The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
3. The Side Impact Sensors (if equipped) are located at the base of the B-pillars and are wired directly to the RCM.
4. The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on a dedicated high-speed CAN bus.
5. Front Impact Sensors (right and left) are located on top of radiator support bracket.

02004_RCM-Takata2_r001

 



 **BOSCH**

 **CDR** CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| -31.2 | -0.82 | -0.48 |
| -30.4 | -0.41 | -0.48 |
| -29.6 | -0.82 | -0.50 |
| -28.8 | -0.82 | -0.51 |
| -28.0 | -0.82 | -0.53 |
| -27.2 | -0.82 | -0.54 |
| -26.4 | -0.82 | -0.56 |
| -25.6 | -0.82 | -0.57 |
| -24.8 | -1.24 | -0.59 |
| -24.0 | -1.24 | -0.62 |
| -23.2 | -1.24 | -0.64 |
| -22.4 | -1.65 | -0.67 |
| -21.6 | -1.65 | -0.69 |
| -20.8 | -1.65 | -0.72 |
| -20.0 | -2.06 | -0.76 |
| -19.2 | -1.65 | -0.79 |
| -18.4 | -1.65 | -0.82 |
| -17.6 | -1.65 | -0.85 |
| -16.8 | -1.65 | -0.88 |
| -16.0 | -1.65 | -0.90 |
| -15.2 | -1.65 | -0.93 |
| -14.4 | -2.06 | -0.97 |
| -13.6 | -1.65 | -1.00 |
| -12.8 | -1.24 | -1.02 |
| -12.0 | -1.24 | -1.04 |
| -11.2 | -1.65 | -1.07 |
| -10.4 | -1.65 | -1.10 |
| -9.6 | -1.24 | -1.12 |
| -8.8 | -1.24 | -1.14 |
| -8.0 | -0.82 | -1.16 |
| -7.2 | -0.82 | -1.17 |
| -6.4 | -0.82 | -1.19 |
| -5.6 | -0.82 | -1.20 |
| -4.8 | -0.82 | -1.22 |
| -4.0 | -0.82 | -1.23 |
| -3.2 | -0.82 | -1.24 |
| -2.4 | -1.24 | -1.27 |
| -1.6 | -1.24 | -1.29 |
| -0.8 | -0.82 | -1.30 |
| 0.0 | -0.82 | -1.32 |
| 0.8 | -1.24 | -1.34 |
| 1.6 | -1.24 | -1.36 |
| 2.4 | -2.06 | -1.40 |
| 3.2 | -2.06 | -1.43 |
| 4.0 | -1.24 | -1.45 |
| 4.8 | -1.65 | -1.48 |
| 5.6 | -2.47 | -1.53 |
| 6.4 | -2.89 | -1.58 |
| 7.2 | -1.65 | -1.61 |
| 8.0 | -1.24 | -1.63 |
| 8.8 | -2.06 | -1.66 |
| 9.6 | -1.65 | -1.69 |

 **BOSCH**

 CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| 52.0 | -2.47 | -4.07 |
| 52.8 | -2.06 | -4.10 |
| 53.6 | 2.06 | -4.07 |
| 54.4 | 2.47 | -4.02 |
| 55.2 | -1.24 | -4.05 |
| 56.0 | -2.06 | -4.08 |
| 56.8 | 0.41 | -4.07 |
| 57.6 | -0.82 | -4.09 |
| 58.4 | -3.71 | -4.15 |
| 59.2 | -3.71 | -4.22 |
| 60.0 | -2.89 | -4.27 |
| 60.8 | -1.65 | -4.30 |
| 61.6 | -4.12 | -4.37 |
| 62.4 | -2.06 | -4.41 |
| 63.2 | -0.41 | -4.41 |
| 64.0 | -0.41 | -4.42 |
| 64.8 | -2.89 | -4.47 |
| 65.6 | -2.06 | -4.51 |
| 66.4 | -0.41 | -4.52 |
| 67.2 | -0.41 | -4.52 |
| 68.0 | -4.12 | -4.60 |
| 68.8 | -6.60 | -4.71 |
| 69.6 | -4.12 | -4.78 |
| 70.4 | -0.82 | -4.80 |
| 71.2 | -2.47 | -4.84 |
| 72.0 | -2.47 | -4.88 |
| 72.8 | -2.47 | -4.93 |
| 73.6 | -2.89 | -4.98 |
| 74.4 | -4.54 | -5.06 |
| 75.2 | -4.12 | -5.13 |
| 76.0 | -2.06 | -5.17 |
| 76.8 | -2.47 | -5.21 |
| 77.6 | -2.06 | -5.25 |
| 78.4 | -2.06 | -5.28 |
| 79.2 | -1.65 | -5.31 |
| 80.0 | -0.41 | -5.32 |
| 80.8 | -0.41 | -5.33 |
| 81.6 | -1.24 | -5.35 |

 **BOSCH**

 CRASH DATA RETRIEVAL

```
0370:   08 00 00 04 03 03 00 00 A5 00 79 00 00 07 00 05
0380:   DF 00 8F 01 17 02 F9 00 BB 02 F0 00 8F 01 96 00
0390:   54 01 E8 03 62 0E 26 E2 00 00 00 00 00 00 00 00
03A0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0400:   00 01 07 08 02 00 00 00 00 00 04 04 05 05 05
0410:   05 06 03 05 06 01 01 01 70 01 02 02 6D 00 00 01
0420:   01 00 01 02 00 01 00 01 00 01 00 01 64 00 31 00
0430:   A0 00 00 00 64 00 00 00 00 00 31 00 00 00 64 00
0440:   C8 00 FA 00 3F 01 82 00 82 00 C7 00 4A 01 64 00
0450:   A5 00 93 00 93 00 64 00 2C 01 2C 01 5E 01 20 03
0460:   90 01 C8 00 04 01 14 05 DC 00 4A 01 2C 01 96 00
0470:   00 00 AF 00 D0 02 90 01 DC 00 2C 01 58 02 4F 01
0480:   B0 04 EE 02 58 02 90 01 C8 00 90 01 4B 00 6E 00
0490:   C8 00 90 01 F4 01 C2 01 90 01 E0 15 00 00 84 03
04A0:   8A 02 E8 03 02 BE 00 00 00 00 00 00 00 00 00 00
04B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0500:   00 01 08 01 01 01 05 04 04 07 06 04 05 01 1D 00
0510:   01 00 18 00 01 00 00 00 00 00 00 00 00 00 03 00
0520:   34 03 ED 01 20 03 A4 01 57 01 4A 04 02 02 BC 02
0530:   F4 01 DB 00 F0 00 82 00 F4 01 FA 00 44 00 FA 00
0540:   FA 00 17 C8 03 70 86 00 00 00 00 00 00 00 00 00
0550:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0560:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0570:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0580:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0590:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05A0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0600:   92 18 8D 8C 8D 95 91 85 83 82 87 89 8B 8A 81 81
0610:   8B 92 8B 8A 8B 84 86 8B 87 82 7C 84 82 7D 80 86
0620:   7F 7B 81 87 86 7C 7B 84 86 80 83 8A 8A 88 85 8B
0630:   86 82 82 88 86 82 82 8B 91 8B 83 87 87 87 88 8C
0640:   8B 86 87 86 86 85 82 82 84 82 82 82 83 82 82 83
0650:   82 82 82 82 82 82 82 82 83 82 83 83 83 83 82 82 83
0660:   82 82 82 82 83 82 82 82 82 83 83 82 82 82 82 83
0670:   82 83 82 83 82 82 82 82 82 82 82 83 82 83 83 83
0680:   83 83 83 84 84 84 85 85 86 85 85 85 85 85 85
0690:   86 85 84 84 85 85 84 84 83 83 83 83 83 83 83 84
06A0:   84 83 83 84 84 86 86 84 85 87 88 85 84 86 85 82
06B0:   85 87 87 87 86 86 89 8B 8C 8C 8D 8C 8A 89 8A 83
06C0:   85 8C 8F 8B 7C 67 59 54 54 5F 75 81 9E B2 AE A4
06D0:   8A 72 5B 58 5C 6A 75 7C 91 9F 9E 9B 9B 92 84 80
06E0:   7B 6E 60 5F 71 80 7E 7E 87 8F 8E 8A 84 7C 73 71
06F0:   74 7C 7B 78 74 7B 7D 7C 7D 7B 79 7B 7E 81 87 8A
0700:   8E 8D 84 7E 76 76 7B 81 8A 8D 88 87 7F 78 7A 7B
0710:   7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0720:   7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0730:   7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0740:   7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0750:   7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
0760:   7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7F 7F 7F 7F 7F 7E
```

 **BOSCH**



```
0B70:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B80:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B90:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BA0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BB0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BC0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BD0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BE0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C00:  4C A5 8A 87 84 82 81 81 81 7F 81 85 85 85 83 85
0C10:  83 83 83 86 88 86 87 88 87 86 83 84 84 84 84 82
0C20:  83 83 86 86 85 85 87 87 88 89 87 85 00 00 00 00
0C30:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C50:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C60:  00 00 00 00 00 00 00 00 00 00 FF FF FF FF FF FF
0C70:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0C80:  FF FF FF FF FF FF FF FF 00 00 00 00 00 00 00 00
0C90:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CA0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CB0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CC0:  00 00 FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CD0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CE0:  FF FF FF FF FF FF FF FF FF FF FF FF 00 00 00 00
0CF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D00:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D10:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D20:  00 00 00 00 00 00 FF FF FF FF FF FF FF FF FF FF
0D30:  FF FF 01 00 C0 47 67 03 23 17 16 00 16 00 2A 00
0D40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 15 00
0D50:  15 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D60:  00 00 00 00 00 00 00 00 00 00 00 00 2A 00 00 00
0D70:  00 00 00 29 1E 1D 1E 1D 02 87 00 AA 7B D0 00 00
0D80:  98 1C 00 00 01 00 00 00 00 00 00 00 30 00 00 0A
0D90:  05 00 00 30 00 00 0A 05 00 00 30 00 00 0A 05 00
0DA0:  00 30 00 00 0A 05 00 00 30 00 00 0A 05 00 00 00
0DB0:  00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DC0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DD0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DE0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E00:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E10:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E20:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E30:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E50:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E60:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E70:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E80:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E90:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EA0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EB0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EC0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0ED0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EE0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F00:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F10:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F20:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F30:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F50:  00 00 00 00 00 00 00 00 00 00 FF FF FF FF FF FF
0F60:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**

 **CDR** CRASH DATA RETRIEVAL

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2FAFP71V88X105378 |
| User | R. WYLIE |
| Case Number | 2017029683 |
| EDR Data Imaging Date | 09/25/2017 |
| Crash Date | 09/25/2017 |
| Filename | 2FAFP71V88X105378_ACM.CDRX |
| Saved on | Monday, September 25 2017 at 14:38:28 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Side trigger event |

## Comments

UNIT #2807

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Monday, September 25 2017 at 14:38:28.

## Data Limitations

**Limitations that are important for users of the Bosch Crash Data Retrieval (CDR) tool on this Ford product to know**

**Disclaimer:** Ford Motor Company Restraint Control Modules (RCM's) were designed to record deceleration data for the purpose of understanding the approximate input data the Restraint Control Module used to determine whether or not to deploy restraint devices. Ford Motor Company RCM's were not designed for the purpose of assisting accident reconstructionists. Ford RCM modules do not record vehicle speed, throttle position, brake on-off, and other data desired by accident reconstructionists, which may be recorded in some 1999 model year and later General Motors modules. There is a second module in the vehicle, the Powertrain Control Module (PCM) which may record vehicle speed, brake, and throttle information. Proper precautions must be taken when reading the RCM not to spoliate the data in the PCM. Those precautions are discussed later in this document.

The time series deceleration data recorded by Ford's module during a crash is mathematically integrated into a partial Delta V by the Bosch tool. Delta_V is the change in velocity during the recording time and is NOT the speed the vehicle was traveling before the accident.

Accident reconstructionists must be aware of the limitations of the data recorded in Ford's control modules and should compare the recorded data with the physical evidence at the accident scene using professional accident reconstruction techniques (i.e. vehicle crush characteristics, momentum analysis. etc.) before making any assumptions about the import and validity of the data recorded in the module with respect to the crash event being analyzed. The following describes specific limitations that must be considered when analyzing recorded data.

1. There may be no deceleration data recorded in the module.
Loss of power (cut wires, damaged battery, crushed fuse box) to the module during or immediately after the crash may prevent the crash data from being written to NVM (non-volatile memory). A backup power supply within the module has sufficient power to continue to analyze the deceleration data and deploy restraint devices if needed, but there is limited backup power for recording.

2. If there are no deployment times recorded, but airbags or other restraint devices are observed to have deployed, the recorded data that you read after that event are most likely from a prior event. This module family does utilize backup power left over after any deployment to attempt to record information from the crash, and is much more likely to get a recording than prior modules, but it is still theoretically possible that there may not be any recording from a new event in which power is lost.

 **BOSCH**

 CRASH DATA RETRIEVAL

When reading the RCM users must use caution to not spoil data in the PCM. This Restraint Control Module does not record vehicle speed, braking, or throttle inputs prior to or during a collision event. There is a Powertrain Control Module (PCM) in this vehicle which records vehicle speed, brake, throttle angle and other parameters in a Data Recording Device (DRD), an EEPROM chip, whenever the key is in the run position. The PCM is intended to lock the recording if an airbag or safety belt pretensioner has deployed, and the vehicle data bus stays up long enough for the deploy signal from the RCM to reach the PCM. If the deploy signal has not reached the PCM and the PCM is powered, the DRD data can be overwritten by new data. If there is any doubt as to the PCM deployment lock status, the user must proceed with the understanding that the data may not be locked and could be overwritten if key power is turned on. It is recommended that the PCM not be key-powered until it the EEPROM memory can be properly read out by a special procedure that prevents data from being overwritten. To read PCM data, follow the instructions in the CDR help file to determine which cable and adapter to use and how to connect to Ford PCMs for the purpose of downloading DRD data. The Bosch PCM readout cables and adapter are not included in the CDR kit and can be purchased directly from Bosch or through an authorized CDR tool distributor.

The PCM also has a diagnostic trouble code history kept in Keep Alive Memory (KAM). KAM is a form of RAM memory powered directly from the battery and is preserved as long as there is battery power to the PCM (the ignition key does not have to be on). If all power is removed from the PCM or the PCM exits flash mode after reading the Data Recording Device, KAM is cleared. The reader must make a judgment as to which data, DRD or KAM, is more likely to provide useful data for the situation at hand.

It has been Ford's experience that the DRD data is more useful than the KAM data when:
1. The airbag has deployed and it is likely that the DRD is locked and has data
2. Power was lost in the crash and KAM is already cleared due to power loss
3. Power has been depleted subsequent to the crash and KAM is already lost.
4. Crash damage makes it likely there are multiple codes in KAM due to accident damage which were not likely to be present before the crash, where it is difficult to isolate codes present before the crash that may have contributed to the cause of the crash.

The KAM data may be more valuable when there has been no airbag deployment and it is likely the key has been left on after the event such that no useful data is likely to remain in the DRD.

If there is insufficient information to make a judgment per the above, Ford's experience is that the DRD data is more likely to have significance, and that it is better to prioritize reading the DRD data first. To preserve the DRD data, unplug the PCM connectors while the RCM is being read.

**AIRBAG MODULE DATA SOURCES:**

All RCM recorded data is measured, calculated, and stored internally, sensors external to the RCM include the following:
1. The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
2. The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
3. The Side Impact Sensors (if equipped) are located at the base of the B-pillars and are wired directly to the RCM.
4. The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on a dedicated high-speed CAN bus.
5. Front Impact Sensors (right and left) are located on top of radiator support bracket.

02004_RCM-Takata2_r001

 **BOSCH**

 *CRASH DATA* **RETRIEVAL**



 **BOSCH**



| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| 52315.2 | No Data | No Data |
| 52316.0 | No Data | No Data |
| 52316.8 | No Data | No Data |
| 52317.6 | No Data | No Data |
| 52318.4 | No Data | No Data |
| 52319.2 | No Data | No Data |
| 52320.0 | No Data | No Data |
| 52320.8 | No Data | No Data |
| 52321.6 | No Data | No Data |
| 52322.4 | No Data | No Data |
| 52323.2 | No Data | No Data |
| 52324.0 | No Data | No Data |
| 52324.8 | No Data | No Data |
| 52325.6 | No Data | No Data |
| 52326.4 | No Data | No Data |
| 52327.2 | No Data | No Data |
| 52328.1 | No Data | No Data |
| 52328.9 | No Data | No Data |
| 52329.7 | No Data | No Data |
| 52330.5 | No Data | No Data |
| 52331.3 | No Data | No Data |
| 52332.1 | No Data | No Data |
| 52332.9 | No Data | No Data |
| 52333.7 | No Data | No Data |
| 52334.5 | No Data | No Data |
| 52335.3 | No Data | No Data |
| 52336.1 | No Data | No Data |
| 52336.9 | No Data | No Data |
| 52337.7 | No Data | No Data |
| 52338.5 | No Data | No Data |
| 52339.3 | No Data | No Data |
| 52340.1 | No Data | No Data |
| 52340.9 | No Data | No Data |
| 52341.7 | No Data | No Data |
| 52342.5 | No Data | No Data |
| 52343.3 | No Data | No Data |
| 52344.1 | No Data | No Data |
| 52344.9 | No Data | No Data |
| 52345.7 | No Data | No Data |
| 52346.5 | No Data | No Data |
| 52347.3 | No Data | No Data |
| 52348.1 | No Data | No Data |
| 52348.9 | No Data | No Data |
| 52349.7 | No Data | No Data |
| 52350.5 | No Data | No Data |
| 52351.3 | No Data | No Data |
| 52352.1 | No Data | No Data |
| 52352.9 | No Data | No Data |
| 52353.7 | No Data | No Data |
| 52354.5 | No Data | No Data |
| 52355.3 | No Data | No Data |
| 52356.1 | No Data | No Data |
| 52356.9 | No Data | No Data |

 **BOSCH**

 **CDR** CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| 52400.1 | No Data | No Data |
| 52400.9 | No Data | No Data |
| 52401.7 | No Data | No Data |
| 52402.5 | No Data | No Data |
| 52403.3 | No Data | No Data |
| 52404.1 | No Data | No Data |
| 52404.9 | No Data | No Data |
| 52405.7 | No Data | No Data |
| 52406.5 | No Data | No Data |
| 52407.3 | No Data | No Data |
| 52408.1 | No Data | No Data |
| 52408.9 | No Data | No Data |
| 52409.7 | No Data | No Data |
| 52410.5 | No Data | No Data |
| 52411.3 | No Data | No Data |
| 52412.1 | No Data | No Data |
| 52412.9 | No Data | No Data |
| 52413.7 | No Data | No Data |
| 52414.5 | No Data | No Data |
| 52415.3 | No Data | No Data |
| 52416.1 | No Data | No Data |
| 52416.9 | No Data | No Data |
| 52417.7 | No Data | No Data |
| 52418.5 | No Data | No Data |
| 52419.3 | No Data | No Data |
| 52420.1 | No Data | No Data |
| 52420.9 | No Data | No Data |
| 52421.7 | No Data | No Data |
| 52422.5 | No Data | No Data |
| 52423.3 | No Data | No Data |
| 52424.1 | No Data | No Data |
| 52424.9 | No Data | No Data |
| 52425.7 | No Data | No Data |
| 52426.5 | No Data | No Data |
| 52427.3 | No Data | No Data |
| 52428.1 | No Data | No Data |

 **BOSCH**



```
0380:   DF 00 8F 01 17 02 F9 00 BB 02 B4 00 8F 01 96 00
0390:   54 01 E8 03 62 0E 26 07 00 00 00 00 00 00 00 00
03A0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0400:   00 01 07 08 02 00 00 00 00 00 00 04 04 05 05 05
0410:   05 06 03 05 06 01 01 01 70 01 02 02 6D 00 00 01
0420:   00 01 00 02 00 01 00 01 00 01 00 01 64 00 31 00
0430:   64 00 00 00 64 00 00 00 00 31 00 00 00 64 00
0440:   C8 00 FA 00 3F 01 82 00 82 00 C7 00 4A 01 64 00
0450:   A5 00 93 00 93 00 64 00 2C 01 2C 01 5E 01 20 03
0460:   90 01 C8 00 DC 00 9D 03 C3 00 2C 01 0E 01 96 00
0470:   00 00 AF 00 8A 02 90 01 54 01 2C 01 58 02 4F 01
0480:   B0 04 BC 02 58 02 90 01 04 01 2C 01 4B 00 6E 00
0490:   A0 00 90 01 F4 01 72 01 90 01 E0 15 00 00 84 03
04A0:   8A 02 14 05 02 61 00 00 00 00 00 00 00 00 00 00
04B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0500:   00 01 08 01 01 01 05 04 04 07 06 04 05 01 1D 00
0510:   00 01 00 18 00 01 00 00 00 00 00 00 00 00 03 00
0520:   34 03 ED 01 20 03 A4 01 57 01 4A 04 02 02 BC 02
0530:   F4 01 DB 00 F0 00 82 00 F4 01 FA 00 44 00 FA 00
0540:   FA 00 17 C8 03 70 86 00 00 00 00 00 00 00 00 00
0550:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0560:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0570:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0580:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0590:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05A0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0600:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0610:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0620:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0630:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0640:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0650:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0660:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0670:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0680:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0690:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
06A0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
06B0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
06C0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
06D0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
06E0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
06F0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0700:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0710:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0720:   00 00 00 00 64 00 00 00 00 00 00 00 00 00 00 00
0730:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0740:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0750:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0760:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0770:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0780:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**   CDR CRASH DATA RETRIEVAL

```
0BA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BB0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C00:   C1 C1 8C 8A 8B 8A 8D 8B 89 8B 89 8D 8D 8B 8C 8B
0C10:   8E 8E 8C 8A 8B 8E 8C 8A 8C 8A 8D 8B 89 8B 8D 8F
0C20:   8F 8F 8D 8D 90 8D 8E 8C 8A 8D 8E 8C 00 00 00 00
0C30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C90:   00 00 00 00 00 00 00 FF FF FF FF FF FF FF FF FF
0CA0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CB0:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CC0:   FF FF 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0CF0:   00 00 00 00 00 00 00 00 00 00 00 00 FF FF FF FF
0D00:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D10:   FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D20:   FF FF FF FF FF FF 00 00 00 00 00 00 00 00 00 00
0D30:   00 00 01 00 6A 34 55 02 77 00 00 00 15 00 2A 00
0D40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 14 00
0D50:   14 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D60:   00 00 00 00 00 00 00 00 00 00 00 00 2A 00 00 00
0D70:   00 00 00 29 58 57 58 57 02 87 00 AA 7D D0 00 00
0D80:   3D 1A 00 00 01 00 00 00 00 00 00 00 30 00 00 0A
0D90:   05 00 00 30 00 00 0A 05 00 00 30 00 00 0A 05 00
0DA0:   00 30 00 00 0A 05 00 00 30 00 00 0A 05 00 00 04
0DB0:   00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DD0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E10:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E20:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E80:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E90:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EB0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EC0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0ED0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EE0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EF0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F00:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F10:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F20:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F30:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F40:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F50:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F60:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F70:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F80:   00 00 00 00 00 00 00 FF FF FF FF 00 00 00 00 00
0F90:   00 00 00 00 00 00 00 FF FF FF FF 00 00 00 00 00
0FA0:   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**

 CRASH DATA RETRIEVAL

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 2FAFP71V78X105372 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 2FAFP71V78X105372_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:11:57 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Frontal trigger event<br>Side trigger event |

## Comments
UNIT # 2801

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Sunday, October 1 2017 at 17:11:57.

## Data Limitations
**Limitations that are important for users of the Bosch Crash Data Retrieval (CDR) tool on this Ford product to know**

**Disclaimer:** Ford Motor Company Restraint Control Modules (RCM's) were designed to record deceleration data for the purpose of understanding the approximate input data the Restraint Control Module used to determine whether or not to deploy restraint devices. Ford Motor Company RCM's were not designed for the purpose of assisting accident reconstructionists. Ford RCM modules do not record vehicle speed, throttle position, brake on-off, and other data desired by accident reconstructionists, which may be recorded in some 1999 model year and later General Motors modules. There is a second module in the vehicle, the Powertrain Control Module (PCM) which may record vehicle speed, brake, and throttle information. Proper precautions must be taken when reading the RCM not to spoliate the data in the PCM. Those precautions are discussed later in this document.

The time series deceleration data recorded by Ford's module during a crash is mathematically integrated into a partial Delta V by the Bosch tool. Delta_V is the change in velocity during the recording time and is NOT the speed the vehicle was traveling before the accident.

Accident reconstructionists must be aware of the limitations of the data recorded in Ford's control modules and should compare the recorded data with the physical evidence at the accident scene using professional accident reconstruction techniques (i.e. vehicle crush characteristics, momentum analysis, etc.) before making any assumptions about the import and validity of the data recorded in the module with respect to the crash event being analyzed. The following describes specific limitations that must be considered when analyzing recorded data.

1. There may be no deceleration data recorded in the module.
Loss of power (cut wires, damaged battery, crushed fuse box) to the module during or immediately after the crash may prevent the crash data from being written to NVM (non-volatile memory). A backup power supply within the module has sufficient power to continue to analyze the deceleration data and deploy restraint devices if needed, but there is limited backup power for recording.

2. If there are no deployment times recorded, but airbags or other restraint devices are observed to have deployed, the recorded data that you read after that event are most likely from a prior event. This module family does utilize backup power left over after any deployment to attempt to record information from the crash, and is much more likely to get a recording than prior modules, but it is still theoretically possible that there may not be any recording from a new event in

 

**POWERTRAIN CONTROL MODULE DATA SPOLIATION CAUTIONS:**

When reading the RCM users must use caution to not spoil data in the PCM. This Restraint Control Module does not record vehicle speed, braking, or throttle inputs prior to or during a collision event. There is a Powertrain Control Module (PCM) in this vehicle which records vehicle speed, brake, throttle angle and other parameters in a Data Recording Device (DRD), an EEPROM chip, whenever the key is in the run position. The PCM is intended to lock the recording if an airbag or safety belt pretensioner has deployed, and the vehicle data bus stays up long enough for the deploy signal from the RCM to reach the PCM. If the deploy signal has not reached the PCM and the PCM is powered, the DRD data can be overwritten by new data. If there is any doubt as to the PCM deployment lock status, the user must proceed with the understanding that the data may not be locked and could be overwritten if key power is turned on. It is recommended that the PCM not be key powered until it the EEPROM memory can be properly read out by a special procedure that prevents data from being overwritten. To read PCM data, follow the instructions in the CDR help file to determine which cable and adapter to use and how to connect to Ford PCMs for the purpose of downloading DRD data. The Bosch PCM readout cables and adapter are not included in the CDR kit and can be purchased directly from Bosch or through an authorized CDR tool distributor.

The PCM also has a diagnostic trouble code history kept in Keep Alive Memory (KAM). KAM is a form of RAM memory powered directly from the battery and is preserved as long as there is battery power to the PCM (the ignition key does not have to be on). If all power is removed from the PCM or the PCM exits flash mode after reading the Data Recording Device, KAM is cleared. The reader must make a judgment as to which data, DRD or KAM, is more likely to provide useful data for the situation at hand.

It has been Ford's experience that the DRD data is more useful than the KAM data when:
1. The airbag has deployed and it is likely that the DRD is locked and has data
2. Power was lost in the crash and KAM is already cleared due to power loss
3. Power has been depleted subsequent to the crash and KAM is already lost.
4. Crash damage makes it likely there are multiple codes in KAM due to accident damage which were not likely to be present before the crash, where it is difficult to isolate codes present before the crash that may have contributed to the cause of the crash.

The KAM data may be more valuable when there has been no airbag deployment and it is likely the key has been left on after the event such that no useful data is likely to remain in the DRD.

If there is insufficient information to make a judgment per the above, Ford's experience is that the DRD data is more likely to have significance, and that it is better to prioritize reading the DRD data first. To preserve the DRD data, unplug the PCM connectors while the RCM is being read.

**AIRBAG MODULE DATA SOURCES:**

All RCM recorded data is measured, calculated, and stored internally, sensors external to the RCM include the following:
1. The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
2. The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
3. The Side Impact Sensors (if equipped) are located at the base of the B-pillars and are wired directly to the RCM.
4. The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on a dedicated high-speed CAN bus.
5. Front Impact Sensors (right and left) are located on top of radiator support bracket.

02004_RCM-Takata2_r001

 **BOSCH**





 **BOSCH**

 **CDR** *CRASH DATA RETRIEVAL*

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| -55.2 | 0.00 | 0.15 |
| -54.4 | 0.00 | 0.15 |
| -53.6 | 0.00 | 0.15 |
| -52.8 | 0.00 | 0.15 |
| -52.0 | 0.00 | 0.15 |
| -51.2 | 0.00 | 0.15 |
| -50.4 | 0.00 | 0.15 |
| -49.6 | 0.00 | 0.15 |
| -48.8 | 0.41 | 0.16 |
| -48.0 | 0.41 | 0.17 |
| -47.2 | 0.41 | 0.17 |
| -46.4 | 0.00 | 0.17 |
| -45.6 | 0.00 | 0.17 |
| -44.8 | 0.00 | 0.17 |
| -44.0 | 0.00 | 0.17 |
| -43.2 | 0.00 | 0.17 |
| -42.4 | 0.00 | 0.17 |
| -41.6 | 0.00 | 0.17 |
| -40.8 | 0.00 | 0.17 |
| -40.0 | 0.00 | 0.17 |
| -39.2 | 0.00 | 0.17 |
| -38.4 | 0.00 | 0.17 |
| -37.6 | 0.00 | 0.17 |
| -36.8 | 0.00 | 0.17 |
| -36.0 | 0.00 | 0.17 |
| -35.2 | 0.00 | 0.17 |
| -34.4 | 0.00 | 0.17 |
| -33.6 | 0.00 | 0.17 |
| -32.8 | 0.00 | 0.17 |
| -32.0 | 0.00 | 0.17 |
| -31.2 | 0.00 | 0.17 |
| -30.4 | 0.00 | 0.17 |
| -29.6 | 0.00 | 0.17 |
| -28.8 | 0.00 | 0.17 |
| -28.0 | 0.00 | 0.17 |
| -27.2 | 0.00 | 0.17 |
| -26.4 | 0.00 | 0.17 |
| -25.6 | 0.00 | 0.17 |
| -24.8 | 0.00 | 0.17 |
| -24.0 | 0.00 | 0.17 |
| -23.2 | 0.00 | 0.17 |
| -22.4 | 0.00 | 0.17 |
| -21.6 | -0.41 | 0.17 |
| -20.8 | -0.41 | 0.16 |
| -20.0 | 0.00 | 0.16 |
| -19.2 | 0.00 | 0.16 |
| -18.4 | 0.00 | 0.16 |
| -17.6 | 0.00 | 0.16 |
| -16.8 | 0.00 | 0.16 |
| -16.0 | 0.00 | 0.16 |
| -15.2 | 0.00 | 0.16 |
| -14.4 | -0.41 | 0.15 |

 **BOSCH**

 **CDR** CRASH DATA RETRIEVAL

| Milliseconds | Long. Acceleration (Gs) | Long. Cumulative Delta V (MPH) |
|---|---|---|
| 28.0 | 1.65 | -0.72 |
| 28.8 | 3.30 | -0.67 |
| 29.6 | 4.54 | -0.59 |
| 30.4 | 4.54 | -0.51 |
| 31.2 | 4.12 | -0.43 |
| 32.0 | 3.71 | -0.37 |
| 32.8 | 4.12 | -0.30 |
| 33.6 | 4.54 | -0.22 |
| 34.4 | 4.12 | -0.14 |
| 35.2 | 3.30 | -0.09 |
| 36.0 | 3.30 | -0.03 |
| 36.8 | 2.89 | 0.02 |
| 37.6 | 2.47 | 0.07 |
| 38.4 | 1.24 | 0.09 |
| 39.2 | 1.24 | 0.11 |
| 40.0 | 0.82 | 0.12 |
| 40.8 | 1.24 | 0.14 |
| 41.6 | 0.41 | 0.15 |
| 42.4 | 0.41 | 0.16 |
| 43.2 | 0.00 | 0.16 |
| 44.0 | 0.41 | 0.17 |
| 44.8 | 0.82 | 0.18 |
| 45.6 | 0.82 | 0.20 |
| 46.4 | 1.24 | 0.22 |
| 47.2 | 1.24 | 0.24 |
| 48.0 | 0.82 | 0.25 |
| 48.8 | 1.24 | 0.27 |
| 49.6 | 1.24 | 0.30 |
| 50.4 | 1.24 | 0.32 |
| 51.2 | 1.65 | 0.35 |
| 52.0 | 1.65 | 0.38 |
| 52.8 | 1.65 | 0.41 |
| 53.6 | 1.65 | 0.43 |
| 54.4 | 0.82 | 0.45 |
| 55.2 | 0.82 | 0.46 |
| 56.0 | 1.24 | 0.48 |
| 56.8 | 1.24 | 0.51 |
| 57.6 | 0.82 | 0.52 |

 **BOSCH**

 *CRASH DATA* RETRIEVAL

```
0370:    08 00 00 04 03 03 00 00 A5 00 79 00 00 07 00 05
0380:    DF 00 8F 01 17 02 F9 00 BB 02 B4 00 8F 01 96 00
0390:    54 01 E8 03 62 0E 26 07 00 00 00 00 00 00 00 00
03A0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03B0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03C0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03D0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03E0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
03F0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0400:    00 01 07 08 02 00 00 00 00 00 04 04 05 05 05
0410:    05 06 03 05 06 01 01 01 70 01 02 02 6D 00 00 01
0420:    00 01 00 02 00 01 00 01 00 01 00 01 64 00 31 00
0430:    64 00 00 00 64 00 00 00 00 00 31 00 00 00 64 00
0440:    C8 00 FA 00 3F 01 82 00 82 00 C7 00 4A 01 64 00
0450:    A5 00 93 00 93 00 64 00 2C 01 2C 01 5E 01 20 03
0460:    90 01 C8 00 DC 00 9D 03 C3 00 2C 01 0E 01 96 00
0470:    00 00 AF 00 8A 02 90 01 54 01 2C 01 58 02 4F 01
0480:    B0 04 BC 02 58 02 90 01 04 01 2C 01 4B 00 6E 00
0490:    A0 00 90 01 F4 01 72 01 90 01 E0 15 00 00 84 03
04A0:    8A 02 14 05 02 61 00 00 00 00 00 00 00 00 00 00
04B0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04C0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04D0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04E0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
04F0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0500:    00 01 08 01 01 01 05 04 04 07 06 04 05 01 1D 00
0510:    00 01 00 18 00 01 00 00 00 00 00 00 00 00 03 00
0520:    34 03 ED 01 20 03 A4 01 57 01 4A 04 02 02 BC 02
0530:    F4 01 DB 00 F0 00 82 00 F4 01 FA 00 44 00 FA 00
0540:    FA 00 17 C8 03 70 86 00 00 00 00 00 00 00 00 00
0550:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0560:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0570:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0580:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0590:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05A0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05B0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05C0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05D0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05E0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
05F0:    00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0600:    CE 5E 84 85 87 88 86 85 85 87 88 86 83 81 7F 7B
0610:    78 78 79 7A 79 78 79 7B 7B 7C 7D 80 80 81 80 82
0620:    82 83 82 81 81 80 80 81 80 80 80 7F 7F 7F 7F 81
0630:    81 80 80 81 83 82 82 83 82 82 82 82 82 82 82 83
0640:    83 83 83 83 83 83 82 82 82 83 83 83 83 83 83 83
0650:    82 82 82 82 82 82 83 83 83 83 83 83 83 83 82 82
0660:    82 83 82 82 83 83 83 83 83 83 83 83 83 83 83 83
0670:    82 83 83 83 83 83 83 83 83 83 83 83 83 83 83 83
0680:    83 83 83 83 83 83 83 83 83 83 84 84 84 84 84
0690:    84 84 83 83 83 83 83 83 83 84 83 84 84 84 84 84
06A0:    84 84 85 85 85 86 86 87 87 88 89 8A 8C 8D 90 93
06B0:    94 91 89 84 81 80 80 80 7F 80 7E 7F 7F 7F 7F 81 83
06C0:    85 84 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
06D0:    7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E 7F 7F 7F
06E0:    7F 7F 7F 7F 7F 7F 7F 7F 7E 7F 7F 7F 7F 80 80 80 7F
06F0:    7F 7F 7F 7F 7E 7F 7E 7F 80 81 81 81 82 81 81 80 7F
0700:    7F 7E 7E 7E 7F 7F 7F 7E 7E 7E 7D 7D 7D 7D 7D 7D
0710:    7F 80 80 80 7F 7E 7E 7E 80 80 80 80 80 7F 7F 7F
0720:    7E 7E 7D 7D 7D 7C 7D 7D 7D 7D 7D 7D 7D 7C 7C 7C
0730:    7D 7E 7F 80 80 80 80 80 7F 7F 7F 7F 7F 7F 81 80
0740:    7F 7F 7F 7F 7D 7D 7C 7C 7C 7D 7D 7E 80 80 80 7F 7E
0750:    7D 7D 7D 7D 7E 7E 80 80 7E 7E 7C 7B 7A 7B 7C 7D
0760:    7E 7F 80 80 80 7F 7E 7E 7E 7E 7E 7E 7E 7E 7E 7E
```

 **BOSCH**

 **CDR** CRASH DATA RETRIEVAL

```
0B70:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B80:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0B90:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BA0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BB0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BC0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BD0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BE0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0BF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0C00:  D5 7F 83 89 86 8A 8B 85 87 83 84 86 86 87 8A 89
0C10:  8B 8A 89 8C 8D 8E 8D 8F 8D 8E 8F 8F 92 91 8E
0C20:  8F 8F 91 91 8E 8F 8F 91 91 91 90 93 90 8E 8C
0C30:  8E 90 8D 89 89 8B 8C 8F 8F 8F 90 92 8F 8D 8E
0C40:  8E 91 90 90 90 8D 90 8D 8B 8A 8B 8E 8C 8B 8A 89
0C50:  8C 8B 8C 8B 8C 8E 8C 8B 8A 89 8C 8B 89 87 89 87
0C60:  87 84 87 86 86 84 82 88 83 8C FF FF FF FF FF FF
0C70:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0C80:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0C90:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CA0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CB0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CC0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CD0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CE0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0CF0:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D00:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D10:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D20:  FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
0D30:  FF FF 01 00 92 42 FE 01 D1 1C 00 00 15 00 2A 00
0D40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 14 00
0D50:  14 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0D60:  00 00 00 00 00 00 00 00 00 00 00 00 2A 00 00 00
0D70:  00 00 31 5A 19 18 19 18 02 87 00 11 7B D0 00 00
0D80:  9F 1C 00 00 02 00 00 00 00 00 00 00 30 01 01 0A
0D90:  05 00 00 30 01 01 0A 05 00 00 30 01 01 0A 05 00
0DA0:  00 30 01 01 0A 05 00 00 30 01 01 0A 05 00 00 00
0DB0:  00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DC0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DD0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DE0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0DF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E00:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E10:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E20:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E30:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E50:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E60:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E70:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E80:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0E90:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EA0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EB0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EC0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0ED0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EE0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0EF0:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F00:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F10:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F20:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F30:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F40:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F50:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
0F60:  00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**

 *CRASH DATA RETRIEVAL*

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1FAHP2L87DG184755 |
| User | WYLIE |
| Case Number | 2017-030325 |
| EDR Data Imaging Date | 10/01/2017 |
| Crash Date | 10/01/2017 |
| Filename | 1FAHP2L87DG184755_ACM.CDRX |
| Saved on | Sunday, October 1 2017 at 17:43:17 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.4 |
| Imaged with Software Licensed to (Company Name) | Hialeah Police Department |
| Reported with CDR version | Crash Data Retrieval Tool 17.4 |
| Reported with Software Licensed to (Company Name) | Hialeah Police Department |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | No |
| Event(s) recovered | None |

## Comments
UNIT # 1355

## Data Limitations

**Data Imaging:**

**CAUTION:** When imaging data directly from the RCM on a bench top, make sure the RCM is placed on a flat surface without any movement (static) while connected to and powered by the CDR interface. Not following the above guideline for bench top imaging could risk inducing new events to be recorded in the RCM and possibly overwriting a Non airbag deployment.

Note that the RCM Adapter Detected during Download parameter equal to " Yes" indicates that the EDR data was collected directly from the RCM. When equal to "No", it indicates that the EDR data was collected through the OBD II from the vehicle.

**Restraints Control Module (RCM) Recorded Crash Event(s):**

The RCM can store up to two crash events. Event types are categorized as follow:

1. Non deployment trigger event is an event in which EDR recording trigger threshold is met or exceeded (minimum of 5 mph (8kph) Accumulated Delta Velocity within 150ms interval), but no device(s) have deployed. The data from such event can be overwritten by subsequent events.

2. Airbag deployment event is an event in which frontal, side or curtain airbags have deployed. Note that such event cannot be overwritten or cleared from the Restraints Control Module (RCM). Once the RCM has deployed any airbag device(s), the RCM must be replaced.

3. Some RCM may also categorize Non airbag deployment event. This type is an event in which non airbag devices such as pretentioners, knee bolster etc... have deployed. Note that such event can be overwritten given a subsequent "deployment" event.

"Time zero" or Event Beginning of any event (First Record or Second Record) is defined as the first Algorithm wake up during that event. So all the Pre-Crash, At Event, Delta V Data, deployment times etc... are relative to "Time zero".

It is possible that conditions in a crash may result in an incomplete event data record.

 **BOSCH**



communicate to the RCM via Vehicle Communication Network. The RCM stores the received data internally.

02010_RCM-RC7_r001

 **BOSCH**  *CRASH DATA* RETRIEVAL

## Hexadecimal Data

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report. The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program.  The control module contains additional data that is not retrievable by the CDR system.

00 00 00 00

44 47 31 33 2D 31 34 42 33 32 31 2D 41 48 00 00 00 00 00 00 00 00 00 00

37 30 30 39 36 37 30 33 30 30 30 30 30 30 30 30

44 47 31 33 2D 31 34 43 30 32 38 2D 41 46 00 00 00 00 00 00 00 00 00 00

00 10 27 AF A2 2F 26 00 00 00 00 00 00 00 00 00

00 00 00 E7 C8 54 C0 00 00 00 00 00 00 00 00 00

00 18 27 AF A2 25 45 00 00 00 00 00 00 00 00 00

00 1C 27 AF A2 18 31 00 00 00 00 00 00 00 00 00

00 00 00 DD 2B 04 C0 00 00 00 00 00 00 00 00 00

00 1E 27 B0 10 51 26 00 00 00 00 00 00 00 00 00

31 46 41 48 50 32 4C 38 37 44 47 31 38 34 37 35 35

31 46 41 48 50 32 4C 38 37 44 47 31 38 34 37 35 35 00 00 00 00 00 00 00

67 68 EE 3B 10 0C 77 00

 

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

 **BOSCH**



Event Record 2

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```

 **BOSCH**　　　　　　

```
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
```

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

# Miami-Dade Police Department
# Forensic Services Bureau

9105 NW 25th Street, Miami, Florida 33172
(305) 471-2050

## Firearm & Toolmark Unit
## Laboratory Analysis Report

Date: October 31, 2017

To:   Detective C. Garcia
      Hialeah Police Department

MDPD# PD170925368286
HPD# 2017-030325

Officers: J. Abel
          F. Elias
          D. Garcia
          D. Gato
          E. Holland
          A. Vidal
Defendant: L. Machado

The below evidence was submitted to this laboratory on October 11, 2017:

One (1) 9mm Glock pistol, model 17 Gen 4, serial number BBBM577, with one (1) magazine, seven (7) live 9mm cartridges and one (1) gun light

One (1) 9mm Glock pistol, model 17 Gen 4, serial number BBBM597, with four (4) magazines, sixty-five (65) live 9mm cartridges and one (1) gun light

One (1) 9mm Glock pistol, model 17 Gen 4, serial number BBBM604, with three (3) magazines, fifty (50) live 9mm cartridges and one (1) gun light

One (1) 9mm Glock pistol, model 17 Gen 4, serial number BBBM683, with three (3) magazines, thirty-nine (39) live 9mm cartridges and one (1) gun light

One (1) 9mm Glock pistol, model 17 Gen 4, serial number BBBM772, with three (3) magazines, thirty-eight (38) live 9mm cartridges and one (1) gun light

One (1) 9mm Glock pistol, model 17 Gen 4, serial number BBBM806, with one (1) magazine, three (3) live 9mm cartridges and one (1) gun light

Seven (7) spent projectiles from the Medical Examiner Department (# 2017-02885) – A through G

An ASCLD/LAB Accredited Laboratory Since 1989





# Miami-Dade Police Department
# Forensic Services Bureau

9105 NW 25th Street, Miami, Florida 33172
(305) 471-2050

## Firearm & Toolmark Unit
## Laboratory Analysis Report

Date: October 31, 2017

To:   Detective C. Garcia          MDPD# PD170925368286
      Hialeah Police Department    HPD# 2017-030325

Officers: J. Abel
          F. Elias
          D. Garcia
          D. Gato
          E. Holland
          A. Vidal
Defendant: L. Machado

**Results and Interpretations:**

The submitted Glock pistols were found to be in satisfactory operating condition and tests were fired.

Comparison microscope examinations were conducted and it is the finding of this examiner that projectiles A through G could have been fired in any one of the six (6) submitted 9mm Glock pistols, based on similarities in class characteristics; however, damage and insufficient detail preclude a more conclusive determination.

A search of the National Integrated Ballistic Information Network (NIBIN) computer database returned with negative results. In the event that a NIBIN link is made in the future, you will be notified.

Currently, the NIBIN computer database is being used to identify ejected casings from weapons which automatically expel a fired casing upon operation.

The evidence was forwarded to your agency for storage.

Respectfully submitted,

Magen Roberts, Criminalist 2, #9208
Forensic Identification Section
305-471-3028

*An ASCLD/LAB Accredited Laboratory Since 1989*



This copy is a replacement for:
☐ Yellow Copy
☐ Pink Copy

**MIAMI-DADE POLICE DEPARTMENT**
**INVESTIGATIONS AND COURT COST**
**RECOVERY FORM**

Court Division # _____

Court Case # _____

TYPE:   ARREST ☐
        INVSTIGATION ☐
        COURT ☐
ORIGINAL ☐
SUPPLEMENTAL ☐

ARREST/COURT DATE: _____   POLICE OR COURT CASE # __PD170925368286/2017-030325__

PRIMARY OFFENSE: Police Involved Shooting (Contact)

PRIMARY MISDEMEANOR TRAFFIC CITATION # _____

DEFENDANT NAME (Only one): Lester Machado

DATE OF BIRTH: _____/_____/_____   RACE _____   SEX: _____

CO-DEFENDANT INVOLVED:   YES ☐      NO ☐

## INVESTIGATION/COURT TIME

| RANK OR CLASSIFICATION | NAME | I.D. # | REGULAR HOURS SPENT | O/T HOURS SPENT | REG. HOURS RATE OF PAY | O/T HOURS RATE OF PAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |

## EQUIPMENT/TRAVEL EXPENDITURES

VEHICLE # _____   # MILES _____   (x) RATE: _____ (=)   $ _____

EQUIPMENT/ADDITIONAL EXPENSES (EXPLAIN): Laboratory Analysis (see attached form)   $ 6,948.00

_____

_____

TOTAL INVESTIGATION/COURT TIME   $ _____

TOTAL EQUIPMENT/TRAVEL EXPENDITURES   $ 6,948.00

**TOTAL COST RECOVERY REQUESTED**   $ 6,948.00

AFFIRM THAT THE EXPENDITURES LISTED ARE TRUE AND CORRECT.

LEAD OFFICER _____ / Magen E. Roberts   I.D. # 9208   DATE 10/25/2017
                    (Sign)        (Print)

SUPERVISOR _____ / Gabriel Hernandez   I.D. # 7053   DIST/BUR FSB
                    (Sign)        (Print)

32.12.02-12
114.01-144 5/13

DISTRIBUTION: Pink copy to SAO (attached to Pink Copy of A-Form)   White and Yellow: MDPD Court Services Bureau
Gold: Officer's Copy   * Pink: If for Court, give to SAO in court

Miami-Dade Police Department
**Forensic Services Bureau Crime Laboratory**
Investigations and Court Cost
Recovery Form

Type:     <u>Investigation</u>

| | | | |
|---|---|---|---|
| Miami-Dade Police Department Case Number: | **PD170925368286** | | |
| Agency Case Number: | **Hialeah PD# 2017-030325** | | |

**CHEMISTRY**

| | | | | |
|---|---|---|---|---|
| | Cannabis | @ | $100.00 | $0.00 |
| | Cocaine, Morphine, Heroin, Oxycodone, etc. | @ | $225.00 | $0.00 |
| | LSD, MDMA, Methamphetamine case | @ | $300.00 | $0.00 |
| | Other unknown substance | @ | $300.00 | $0.00 |
| | Fire Debris | @ | $150.00 | $0.00 |
| | Glass | @ | $325.00 | $0.00 |
| | Paint | @ | $325.00 | $0.00 |
| | Fibers | @ | $325.00 | $0.00 |
| | GSR (per kit) | @ | $250.00 | $0.00 |
| | Report Only | @ | $40.00 | $0.00 |
| | Other | @ | $100.00 | $0.00 |

**BIOLOGY**

| | | | | |
|---|---|---|---|---|
| | Serology | @ | $108.00 | $0.00 |
| | DNA | @ | $581.00 | $0.00 |
| | Report Only | @ | $40.00 | $0.00 |
| | Other | @ | $100.00 | $0.00 |

**FIREARMS/TOOLMARKS**

| | | | | |
|---|---|---|---|---|
| 63 | Firearms comparison | @ | $100.00 | $6,300.00 |
| 6 | Firearms function exam | @ | $60.00 | $360.00 |
| | Ammunition characterization | @ | $60.00 | $0.00 |
| 6 | NIBIN entry/Correlation | @ | $48.00 | $288.00 |
| | NIBIN Image Comparison | @ | $50.00 | $0.00 |
| | Toolmarks | @ | $120.00 | $0.00 |
| | Serial number restoration | @ | $100.00 | $0.00 |
| | Distance determination (per gun) | @ | $120.00 | $0.00 |
| | Footwear / Tire Track Impressions | @ | $100.00 | $0.00 |
| | Report Only | @ | $40.00 | $0.00 |
| | Other | @ | $100.00 | $0.00 |

TOTAL  $6,948.00

Assisting Officer: _____ / Magen E. Roberts    ID# ____9208____ Date: __10/25/2017__

(Analyst)          (SIGN)              (PRINT)

32.04.52-400 Rev 10/11

| | |
|---|---|
| OFFICE OF THE STATE ATTORNEY | DATE OF OFFENSE:   10/1/17 |
| DAILY POLICE SHOOTING | TIME OF OFFENSE:   aprox. 4:23am |
| | SAO INVESTIGATION NO: |

**CHECK ONE:**

☐ MPD          ☐ MDPD          ☐ NMBPD          ☒ HIA PD          ☐ MBPD          ☐ NMPD          ☐ Aventura PD

**NAME OF SUBJECT(S):**     J. Abel #1868; F. Elias #2007; D. Gato #1860; A,. Vidal #2042; D. Garcia #2080; E. Holland #1930

**NAME OF VICTIM(S):**     Unidentified White Male DOB: UNK     **VICTIM STATUS:**     DECEASED
                                                                                                                     WOUNDED
                                                                                                                     WOUNDED

**LOCATION OF OFFENSE:**     Intersection of NW 36th Ave and NW 79th St, Hialeah, FL

**LEAD DETECTIVE:**     Carlos Garcia (HPD)          **POLICE CASE NO.**     2017-30325; 2017-30220

**DATE AND TIME NOTIFIED:**     10/01/17 @ 9:10 am

**ASA:**     Alejandra Lopez and David Gilbert          **RESPONDED TO SCENE:**     ☒ YES     ☐ NO

**IF NO, EXPLAIN:**

**NEXT-OF-KIN:**
        **RELATIONSHIP TO VICTIM:**
        **ADDRESS:**
        **PHONE #:**

**Case Summary:** The Shooting Victim's (SV) vehicle was observed by a patrol unit running a red light and driving erratically. The patrol vehicle followed and initiated a traffic stop. While lights and sirens were on, the SV sped up and began to evade police. Backup units were called and also gave chase. After several blocks of chase, the SV's vehicle entered into the Chevron station on the corner of NW 79th Street and LeJuene Road and onto 79th Street. A few blocks further east, his car was blocked by a patrol car. 2 female officers had exited the vehicle with guns drawn and ordered the SV to stop. The SV stopped, but then backed up into the female officers, almost striking them. The officers shot at the SV's vehicle, but did not hit it. The SV continued on NW 79th Street where another police vehicle driven by Lt. Chavea caught up to him. The SV tried to ram his car into the police vehicle during the chase. Lt. Chavea then tapped the SV's vehicle, which lost control and hit a concrete post in the middle of NW 79th Street and came to a stop. The SV then tried to exit the SV, but officers shot at the vehicle. After a time, officers approached the vehicle and saw the SV partially out of the vehicle and unresponsive. Fire rescue was called and pronounced the SV dead on the scene. All officer statements were taken before the arrival of ASAs. No civilian witnesses. The investigation continues.

62/17/10/01/001

# Hialeah Police Department Homicide Unit ME# 2017·2885

## Data Fact Sheet

**COURT CASE #:**

**HIALEAH POLICE CASE #:**      2017-30325

**MDPD CASE #:**

**Medical Examiner CASE #**      2017-2885

**Medical Examiner:**      Dr. Bejamin Matis

**LEAD DETECTIVE:**      Detective Carlos Garcia # 1381

**OCCURRED:**      October 1st, 2017 - Approximately 3:47 A.M.

**DEATH LOCATION:**      Between NW 35-36 Ave/ NW 79 Street

**VICTIM:**      Lester J. Machado, DOB: 07/04/93

**OFFICERS:**      Ofc. Jose Abel #1868
Ofc. Felix Elias #2007
Ofc. Danny Gato #1860
Ofc. Adrian Vidal # 2042
Ofc. Daniel Garcia# 2080
Ofc. Esteban Holland #1930

**WEAPON:**      FIREARM

**ASA RESPONDED:**      ☐ YES ☐ NO

**ASA THAT RESPONDED:**      David Gilbert & Alejandra Lopez

**TIME RESPONDED:**      8:00 a.m

**SUMMARY:**

**On Sunday October 1st, 2017, at approximately 3:47 A.M.,** While on routine patrol, Hialeah Police Department Uniform Patrol Officers attempted to conduct a traffic stop on the victim's vehicle, a 2007 Honda Accord bearing FL Tag # HER W23 . The victim rammed into several police vehicles and refused to stop for officers. Sometime during the pursuit, the victim came to a stop in the area of East 7 Avenue and East 25 Street. After officers exited their vehicle, the victim drove towards the officer's direction attempting to run them over. Officers then discharged their firearms in the direction of the victim. The victim fled from police once again, and continued ramming into

Homicide Unit: Email Data Fact Sheet to: vanessawilson@miamisao.com, nataschawest@miamisao.com and kathleenhoague@miamisao.com.

police vehicles.  The victim vehicle crashed between 35th and 36th Avenue on Northwest 79 Street, where officers discharged their weapons again. The victim had multiple gunshot wounds and expired on scene.

Homicide Unit: Email Data Fact Sheet to: vanessawilson@miamisao.com, nataschawest@miamisao.com and kathleenhoague@miamisao.com.





**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

# PROPERTY / EVIDENCE RECEIPT

ME CASE:  **2017-02885**            DECEDENTS NAME: **MACHADO, Lester**

AGE:   **24 Years**      RACE: **White**      Sex: **Male**

POLICE AGENCY     **City of Hialeah Police Department**

POLICE CASE #:  **2017-30325**

| Barcode/ Desccription | From | Quantity |
|---|---|---|
| 1319440 Projectiles | Body | 6 |
| 1319520 Fingernail Clippings/Buccal Swab/Blood Card | Body | 1 |

I hereby acknowledge that the above list represents all the property impounded by me in the official performance of my duty as a Medical Examiner, District 11.

**Mathis, Benjamin M.D.**

_____
Signature

Date / Time Collected: **10/2/2017   3:47:00PM**

I hereby acknowledge that the above list represents all property surrendered to the Medical Examiner Department.

Name:  _____

Signature  _____

Date:  **10/2/2017   3:54:08PM**




Miami-Dade County
Medical Examiner Department
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

# PERSONAL PROPERTY RELEASE RECEIPT

**Case Number:** 2017-02885    **DECEDENTS NAME:** MACHADO, Lester

24 Years                 White          **Sex:** Male

**POLICE AGENCY** · City of Hialeah Police Department          **POLICE CASE #:** 2017-30325

| Property Description | Property Evidence | PropQuantity |
|---|---|---|
| Shoes | Yes | 2 |
| Trousers | Yes | 1 |
| Undershorts | Yes | 1 |
| Fingernail Clippings/Buccal Swab/Blood Card | Yes | 1 |
| Projectiles | Yes | 6 |

I hereby acknowledge that the above list represents property released by me in the official performance of my duty as a Medical Examiner Dept. Morgue Technician, District 11.

Shiver, Amy

10/3/2017  1:11:58PM

I hereby acknowledge that the above list represents all property received by me from the Medical Examiner Department.

Name:  Det. Garcia                    C.G.
                                       Hialeah Gardens Police Department

Signature

Property Receipt #: 201712028                    Organization

Print Date: October 03, 2017          Page 1 of 1          Print Time:  1:11 pm



**MIAMI-DADE COUNTY**
**MEDICAL EXAMINER DEPARTMENT**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2439

**MACHADO, Lester**
**October 2, 2017... 8:30 AM**

**Case No.   2017-02885**

### CAUSE OF DEATH:

Gunshot Wounds

**Benjamin Mathis, M.D.**
**Associate Medical Examiner**

*NOTE: The cause of death is based on the totality of the investigative data to date, which may not be included in the autopsy or external examination protocol.*

**THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA**

**MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885**

## AUTOPSY PROTOCOL

**ATTENDEES:**

> **FORENSIC TECHNICIAN:**  Amy Shiver
> **PHOTOGRAPHER:**  Dominique Tomillo

**EXTERNAL EXAMINATION:**

The body is that of a well-developed, well-nourished, 5 foot 8 inch, 185 pound man who appears the reported age of 24 years. The body is refrigerated, well preserved, and not embalmed.

The scalp has black hair in a normal distribution. The irides are brown. The corneas are clear. The sclerae are white. The pale conjunctivae have no petechiae. The nasal septum and nasal bones are intact. Facial hair consists of a black mustache and goatee. The teeth are natural and in good repair. The buccal mucosa is not injured.

The neck and chest are symmetrical. The nipples and breasts are unremarkable. The abdomen is flat. The back is symmetrical. The external genitalia are those of a fully developed adult, uncircumcised man.

The extremities have no congenital deformities. The arms have no track marks. The right arm and forearm have multiple tattoos. The wrists have no scars. The fingernails are intact.

**EVIDENCE OF INJURY:**

**GUNSHOT WOUNDS:**

**PENETRATING GUNSHOT WOUND "A" OF HEAD:**

An entrance type gunshot of the left side of the head, labeled "1," is 7.5 centimeters below the top of the head and 7.5 centimeters to the left of the midline. The wound consists of a 1.5 by 1.2 centimeter defect with a 0.3 centimeter abrasion from 5 o'clock to 7 o'clock and tissue tears from 10 o'clock to 2 o'clock. No soot or stippling is associated with the wound.

The projectile passed through the left frontoparietal bone, through the left and right frontoparietal lobes of the brain, and lodged within the frontoparietal region of the right side of the skull from where it is recovered.

The left-sided transosseous gunshot wound defect has internal beveling artifact. Three linear fractures extend from the left-sided transosseous gunshot wound defect. One extends anteriorly to and terminates on the right side of the frontal bone. Another extends posteriorly and terminates at the left lateral aspect of the occipital bone. The third is continuous with a diastatic fracture of the coronal suture.

The right frontoparietal region of the skull has a comminuted fracture with associated linear

1

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885

## AUTOPSY PROTOCOL

fractures. One of the linear fractures extends to the coronal suture, another extends anteriorly and terminates on the right side of the frontal bone where it meets the previously described linear fracture originating on the left side of the skull, and a third extends posteriorly terminating at the right temporal-parietal region of the skull.

There is extensive subcutaneous and subgaleal hemorrhages. The cerebral hemispheres have subarachnoid hemorrhage.

The pathway of the projectile is from left to right.

### GRAZE-TYPE GUNSHOT WOUND "B" OF HEAD:

A graze type gunshot wound, labeled "2," is at the top of the head and centered 1 centimeter to the right of the midline. The wound consists of a 6.5 by 2 centimeter horizontal graze-type defect with a 0.3 centimeter thick abrasion on the left side of the wound. Tissue tags on the wound point left; the tissue tears point toward the right. No soot or stippling is associated with the wound.

The pathway of the projectile is from left to right and front to back.

### GRAZE-TYPE GUNSHOT WOUND "C" OF NECK:

A graze-type gunshot wound of the posterior aspect of the upper neck, labeled "10," is 17 centimeters below the top of the head and centered 1 centimeter to the left of the midline. The wound consists of a 6 by 1.5 centimeter defect with a 0.5 centimeter thick abrasion at the left side and an up to 0.1 centimeter thick abrasion superiorly. No soot or stippling is associated with the wound.

The pathway of the projectile is from left to right.

### PERFORATING GUNSHOT WOUND "D" OF CHEST:

An entrance type gunshot of the right side of the chest, lateral to the nipple, labeled "3," is 45 centimeters below the top of the head and 18 centimeters to the right of the midline. The wound consists of a 2.0 by 1.1 centimeter defect with no abrasion. No soot or stippling is associated with the wound.

The projectile traveled through the subcutaneous tissue and superficial fat and exited through an adjacent 0.5 by 0.3 centimeter defect, labeled "4."

The exit wound is 46.5 centimeters below the top of the head and 13 centimeters to the right of the midline. The wound has an eccentric, rim of abrasion which is 0.1-0.2 centimeters thick from 9 o'clock to 4 o'clock, gradually expanding up to 1 centimeter at 8 o'clock.

Following its exit, the projectile brushed the skin of the right side of the chest creating a 2 by 1.5 centimeter wound, labeled "5," which is medial to the right nipple, 47 centimeters below the top of

2

**THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA**

MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885

## AUTOPSY PROTOCOL

the head and 8.5 centimeters to the right of the midline. The wound predominantly consists of an abrasion with a very superficial 0.5 by 0.2 centimeter defect at its superolateral aspect.

The pathway of the projectile is from right to left and slightly downward.

### PENETRATING GUNSHOT WOUND "E" OF TORSO:

An entrance type gunshot of the lateral aspect of the left side of the chest, labeled "13," is 57.5 centimeters below the top of the head and 20.5 centimeters to the left of the midline. The wound consists of a 1.1 by 1.0 centimeter defect with a 0.8 centimeter thick abrasion from 6 o'clock to 9 o'clock, 0.1 centimeter thick abrasion from 9 o'clock to 12 o'clock, and a contusion from 12 o'clock to 2 o'clock. No soot or stippling is associated with the wound.

The projectile passed through the left ninth intercostal soft tissue to the base of the lower lobe of the left lung, through the left hemidiaphragm, through the spleen, through the stomach, through the soft tissue posterior to the stomach piercing the parietal pleura in the region of the tenth thoracic vertebra, and lodges in the adjacent soft tissue posterior to the stomach.

Associated injuries include 800 milliliters of liquid blood within the left chest cavity, adventitial hemorrhage of the abdominal aorta, intraperitoneal hemorrhage, and splenic rupture.

The pathway of the projectile is from left to right and slightly downward.

### PERFORATING GUNSHOT WOUND "F" OF LEFT BUTTOCK:

An entrance type gunshot, labeled "15," of the lateral aspect of the left buttock is 77.5 centimeters below the top of the head and 20.5 centimeters to the left of the midline. The wound consists of a 1.0 by 0.6 centimeter defect with a 0.3 centimeter thick abrasion from 7 o'clock to 9 o'clock. No soot or stippling is associated with the wound.

The projectile traveled through the soft tissue and fat of the left buttock and lower back and exited through a 2 by 2 centimeter pair of defects, labeled "16," which are centered 76.5 centimeters below the top of the head and 2 centimeters to the left of the midline.

Superior and to the right of the exit defect is a 0.5 by 0.3 centimeter superficial defect.

The pathway of the projectile is from left to right and upward.

### PENETRATING GUNSHOT WOUND "G" OF PELVIS:

An entrance type wound of the right lower side of the back, labeled "18," is 66 centimeters below the top of the head and 13 centimeters to the right of the midline. The wound consists of a 1.2 by 1.0 centimeter defect within a 10 by 6 centimeter abrasion (see "Blunt Force Injuries" subsection of "Evidence of Injury"). The edges of the wound are obscured by the blunt trauma; however, the wound

3

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885

## AUTOPSY PROTOCOL

appears to have an up to 0.1 centimeter rim of abrasion from 11 o'clock to 4 o'clock. No soot or stippling is associated with the wound.

The projectile travels through the soft tissue including muscle and fat of the right lower side of the back and right pelvic region, strikes the right iliac crest, and lodges in the sacrum medial to the right sacroiliac joint. A deformed brown metal projectile is recovered.

The pathway of the projectile is from right to left, downward, and from back to front.

### PENETRATING GUNSHOT WOUND "H" OF RIGHT SHOULDER:

An entrance type gunshot of the posterior aspect of the right shoulder, labeled "12," is 23 centimeters below the top of the head, 2 centimeters below the top of the shoulder, and 15 centimeters to the right of the midline. The wound consists of a 1.5 by 1.1 centimeter defect which has irregular dermal beveling/abrasion which is 0.2 centimeters at 4 o'clock, and 0.1 centimeters thick from 5 o'clock to 1 o'clock. No soot or stippling is associated with the wound.

The projectile passed through the muscular tissue of the shoulder and into the joint between the right humeral head and scapula. The projectile is recovered from the posterior aspect of glenohumeral joint.

The humeral head and glenoid fossa are fractured.

The pathway of the projectile is from right to left and back to front.

### PENETRATING GUNSHOT WOUND "I" OF RIGHT ARM:

An entrance type gunshot wound of the medial aspect of the right arm, labeled "6," is 24 centimeters below the top of the shoulder. The wound consists of a 1.0 by 0.8 centimeter defect with scalloped edges. No soot or stippling is associated with the wound.

The projectile passed into the musculature of the right arm.

The projectile is recovered from the posterior aspect of the right arm.

The pathway of the projectile is from left to right, front to back, downward.

### PERFORATING GUNSHOT WOUND "J" OF RIGHT FOREARM:

The ventral aspect of the right forearm has a 6 by 2 centimeter gunshot wound, labeled "7," which is 48 centimeters below the top of the shoulder. The wound consists of a gaping defect exposing the underlying muscle. No soot or stippling is associated with the wound.

The dorsal aspect of the right forearm has a 5 by 3 centimeters gunshot wound, labeled "8,"

4

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.  2017-02885

## AUTOPSY PROTOCOL

which is 45.5 centimeters below the top of the shoulder. The wound consists of a gaping defect exposing the underlying muscle.

The radius has a nonunion fracture.

Due to the extent of injuries, the direction of the projectile cannot be confidently ascertained.

### PENETRATING GUNSHOT WOUNDS "K" OF RIGHT KNEE:

Two overlapping entrance-type gunshot wounds of the right knee, labeled "9," are centered 42.5 centimeters above the sole of the foot. The wounds consist of a single 1.5 by 1.0 centimeter defect with an up to 0.5 centimeter thick abrasion from 3 o'clock to 9 o'clock. The 6 o'clock edge of the wound has a small cleft with represents a site of overlap. No soot or stippling is associated with the wound.

Both projectiles followed the same path: they pass into the musculature of the lateral right knee region and travel along the lateral epicondyle of the distal right femur where the projectiles become lodged.

Two projectiles are recovered from the lateral epicondyle of the distal right femur. One of the projectiles is deformed but otherwise intact. The other projectile is fragmented.

The pathway of both projectiles is from right to left, front to back, and upward.

### SUPERFICIAL GUNSHOT WOUNDS:

The left shoulder has a 0.7 by 0.6 centimeter defect, labeled "11," with a 0.3 centimeter lateral abrasion from 6 o'clock to 10 o'clock. There is dermal beveling from 1 o'clock to 5 o'clock. The wound is 3 centimeters below the top of the shoulder and 22.5 centimeter distal to the left of the midline. Lateral to the wound is a 0.5 by 0.1 centimeter linear abrasion with a 1 by 0.6 centimeter medial contusion. The wound is superficial. There is no underlying hemorrhage or projectile fragments.

The left flank has a 1.0 by 0.4 centimeter defect, labeled "14," with irregular, dried dark and edges. The wound is within a 14 by 7 centimeter red-orange abrasion (see "Blunt Force Injuries" subsection of "Evidence of Injury"). The wound is 66 centimeter below the top of the head and 18.5 centimeter to the left of the midline. The wound is superficial. There is no underlying hemorrhage or projectile fragments.

The right lower region of the back has a 3.0 by 1.9 centimeter cluster of three, irregular, superficial-appearing defects, labeled "17," which are centered 64.5 centimeters below the top of the head and 6.5 centimeter is to the right of the midline. Inferior to these wounds is a 7 by 5 centimeter area of two, irregular, linear, graze-type gunshot wounds. The graze wound on the left is 6 by 0.5 centimeters. The graze wound on the right is 6 by 1 centimeters and has a 9 centimeter disrupted tail extending inferiorly. No underlying hemorrhage or projectile fragments are associated with these wounds.

5

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885

## AUTOPSY PROTOCOL

### CUTANEOUS INJURIES ASSOCIATED WITH GUNSHOT WOUNDS:

The left ear lobe has a 1 by 0.3 centimeter black-red abrasion-type gunshot wound. Inferior to angle of the mandible on the left side is a 6 by 5 centimeter area of four up to 0.3 centimeter, punctate, red abrasions.

The left scapular region has an 11 by 8 centimeter area of multiple, up to 0.3 centimeter, irregular, red punctate abrasions.

The anterior aspect of the right arm has multiple, up to 0.5 centimeter, irregular, red, punctate abrasions. The dorsal aspect of the left forearm has two 0.1 centimeter irregular, red punctate defects. The dorsum of the left hand has multiple, up to 0.3 centimeter, red punctate defects.

### BLUNT FORCE INJURIES:

The right-central region of the forehead has a 3 by 3 centimeter red abrasion. The right cheek has a 2.3 by 2.0 centimeter red abrasion. The bridge of the nose has a 3.0 by 2.5 centimeter red abrasion. The upper lip has a 0.5 by 0.2 centimeter abrasion.

The upper left-central region of the back has a 5 by 5 centimeter area with, multiple, up to 3 centimeter linear abrasions. 7 centimeter, 3 centimeter, and 6 centimeter linear abrasions are over the right scapular region of the back. The upper right side of the back has a deep, 7 centimeter, white-pink linear abrasion. The central back region has a 0.9 by 0.1 centimeter abrasion.

The left flank has a 14 by 7 centimeter red-orange abrasion. Within the abrasion is the superficial gunshot wound labeled "14" (see "Gunshot Wounds\Superficial Gunshot Wounds" subsection of "Evidence of Injury").

The lower right side of the back has a 10 by 6 centimeter red abrasion. Within the abrasion is the gunshot wound labeled "18" (see "Gunshot Wounds\Penetrating Gunshot Wound 'G' of Pelvis" subsection of "Evidence of Injury").

The anterior aspect of the right shoulder has a 7 by 4 centimeter abrasion. The radial aspect of the right wrist has a red-black 1 by 0.5 centimeter abrasion. The proximal and radial aspect of the left forearm has a 1 by 0.1 centimeter superficial laceration. The dorsal aspect of the distal left forearm has a 1.5 by 1 centimeter contusion. The dorsal aspect of the left wrist has a 0.3 centimeter and 0.2 centimeter linear abrasion

### INTERNAL EXAMINATION:

The ribs, sternum, and clavicles are intact. The diaphragm is not elevated. The mesothelial surfaces are smooth and glistening. All body organs are in their normal anatomical position. The pericardial sac and right pleural cavity have no excess fluid. The pleural and peritoneal cavities have no adhesions.

6

**THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA**

**MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885**

## AUTOPSY PROTOCOL

The soft tissues of the neck, including strap muscles and large vessels, are unremarkable. The hyoid bone, thyroid cartilage, and larynx are intact. The tan-brown thyroid gland has a normal size and shape. The parenchyma is unremarkable.

The 310 gram heart has smooth epicardial surfaces. The four cardiac chambers do not contain mural thrombi or thromboemboli. The four, thin, pliable, cardiac valves have no deformities or vegetations. The mural endocardium is thin, smooth, and translucent. The red-brown myocardium has no fibrosis, yellow necrosis, erythema, or areas of accentuated softening or induration. The normally positioned ostia of the left main and right coronary arteries are patent. The coronary arteries arise normally and follow a right dominant distribution. The coronary arteries and their branches have no atherosclerosis. The left and right ventricles are 1.0 centimeters and 0.3 centimeters thick, respectively. The interventricular septum is 1.0 centimeters thick. The thin elastic aorta is smooth and shiny with intimal fatty streaking and no atherosclerosis.

The upper airway is clear of debris and foreign material. The mucosal surfaces are smooth, pink-gray, and unremarkable. The trachea and mainstem bronchi are clear of debris and foreign material. The right and left lungs are 510 grams and 260 grams, respectively. The pleural surfaces are smooth and glistening. The pink, inflated pulmonary parenchyma has no masses, granulomata, or discrete areas of consolidation. The pulmonary arteries are patent and have no thromboemboli. The anthracotic bronchomediastinal lymph nodes are not enlarged.

The 870 gram liver has a smooth, glistening, intact capsule covering dark brown parenchyma with a preserved lobular pattern. The liver has no focal lesions. The extra and intrahepatic vessels are patent. The gallbladder contains approximately 20 milliliters of yellow-green mucoid bile and no calculi. The gallbladder mucosa is green and velvety. The cystic, common, and hepatic bile ducts are patent.

The base of the tongue is unremarkable. The esophagus is lined by gray-white smooth mucosa and does not have dilatation, stenosis, or varices. The stomach has a normal size and shape. The gastric mucosa is free of ulcerations and is arranged with the usual folds. The stomach contains approximately 150 milliliters of green viscous liquid and partially digested food. The small intestine is normal in length, configuration, and diameter and has a smooth, shiny serosal surface. The mesentery has a normal insertion. The large intestine has a smooth, shiny serosal surface and no palpable masses or obstructions. The appendix is unremarkable.

The pink-tan pancreas has an intact lobular architecture and patent duct.

The 50 gram spleen has red-purple, soft parenchyma. The bone marrow of the ribs has a soft consistency and is dark red. The lymph nodes of the neck, chest, abdomen, and pelvis are unremarkable.

The right adrenal gland is not identified. The left adrenal gland is unremarkable.

7

**THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA**

**MACHADO, Lester.....October 2, 2017... 8:30 AM................Case No.   2017-02885**

## AUTOPSY PROTOCOL

The right and left kidneys are 70 grams and 80 grams, respectively. The surfaces are red-brown and smooth. The parenchyma has well-defined corticomedullary junctions. The renal vessels are patent. The ureters have a normal course and caliber. The bladder contains 80 milliliters of urine. The mucosa is tan, mildly trabeculated, and intact.

The prostate gland is unremarkable. The two intrascrotal testes have homogenous tan parenchyma with no masses or ecchymoses.

The musculoskeletal system is well developed. The muscle groups of the anterior neck, chest wall, abdomen, and iliopsoas are symmetrical, firm, and red-brown. The ribs, pelvic bones, and vertebral bodies of the cervical, thoracic, and lumbar spine are unremarkable.

The brain is 1060 grams. The leptomeninges are thin and transparent. The cerebral hemispheres are symmetrical. The structures at the base of the brain including cranial nerves and blood vessels are intact. The thin-walled arteries at the base of the brain have no berry aneurysms or other obvious abnormalities. The gray-white matter border is distinct. The deep white matter has no softening, nodules, or masses. The mammillary bodies are not shrunken or discolored. The dorsal cerebellar vermis is not atrophic. The symmetrical hippocampi are not shrunken, scarred, or ecchymotic. The atlanto-occipital ligaments and cervical spine are intact.

**AUTOPSY FINDINGS:**

1.   Multiple gunshot wounds
2.   Superficial blunt force injuries of head, torso, and upper extremities

**TISSUES SUBMITTED FOR HISTOLOGIC EMBEDMENT INCLUDE THE FOLLOWING:**

Heart, lung, liver, kidney, and thyroid gland

**Benjamin Mathis, M.D.**
**Associate Medical Examiner**

**Date: December 12, 2017**

8



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



## TOXICOLOGY REPORT

November 17, 2017

ME Case #  2017-03210                 Decedents Name: **LOPEZ, Jose A**

| SUBSTANCE | SPECIMEN | RESULT | | METHOD |
|-----------|----------|--------|--|--------|
| VOLATILES | Blood - Iliac Vein | UNDETECTED | | HS-GC-FID |
| AMPHETAMINE | Urine | UNDETECTED | | EMIT |
| BENZOYLECGONINE | Urine | UNDETECTED | | EMIT |
| CANNABINOIDS | Urine | UNDETECTED | | EMIT |
| OPIATES | Urine | UNDETECTED | | EMIT |
| OXYCODONE | Urine | UNDETECTED | | EMIT |
| 7-AMINOCLONAZEPAM | Blood - Aorta | DETECTED | Presumptive finding - unconfirmed | GC-NPD-MS |
| BENZTROPINE | Blood - Aorta | DETECTED | Presumptive finding - unconfirmed | GC-NPD-MS |
| HALOPERIDOL | Blood - Aorta | DETECTED | Presumptive finding - unconfirmed | GC-NPD-MS |
| ACID NEUTRAL DRUGS | Blood - Aorta | UNDETECTED | | GC-NPD-MS |

Reviewed By:

Benjamin Mathis, M.D.
Associate Medical Examiner
November 17, 2017  12:49 pm

Diane M. Boland Ph.D, F-ABFT
Toxicology Division Director
November 14, 2017  2:59 pm

QC by:    LZ

Req #:        30489                              Page 1 of 1                    11/21/2017  10:32:03AM

MIAMI-DADE COUNTY
# PRELIMINARY POLICE DEATH INVESTIGATION REPORT
## FOR THE MEDICAL EXAMINER
PLEASE PRINT ALL INFORMATION

Police Agency **HIALEAH POLICE DEPT.**

Police Case Number **2017-30325**

Lead Detective **C. GARCIA**

Name of Deceased **MACHADO** (Last) **LESTER** (First) (Middle)

Age **24** Race **W** Sex **M** D.O.B. **7/4/1993** (M D Y) Social Security _____

Address **8760 NW 33CT MIAMI FL** Home Phone _____ Occupation _____ Employer _____

Place of Death (Hospital, House Address, Etc.): **3500 BLK OF NW 79ST**

Place of Injury (Address, Location): **3500 BLK OF NW 79ST**

Next of Kin Notified: Yes ☒ No ☐

Name: **LESLY MORALES**

Relationship: **SISTER**

Address: **8760 NW 33CT MIAMI FL**

Telephone: **786-515-7016**

Injury Occurred: **10/01/2017** (M D Y) **3:47P** M (Time) Found by: **HIALEAH POLICE**

TIME OF DEATH: Address: **5555 EAST 8 AVE HIALEAH FL**

Occurred: **10/01/2017** (M D Y) **3:47P** M (Time) Phone: _____

Found: **10/01/2017** (M D Y) **3:47 p** M (Time) Identified By: **HIALEAH POLICE**

Pronounced: **10/01/2017** (M D Y) _____ M (Time) Address: _____

Phone: _____

Name and Telephone of Doctors and/or Hospitals That Attended Deceased **During** Life: _____

Physical Examination of the Body (Position/Location of Body): **SUPINE ON FLOOR WITH LEGS INSIDE VEHICLE TORSO OUTSIDE VEHICL**

Lividity: No ☐ Yes ☒

Trauma: No ☐ Yes ☒

Describe Trauma: **MULTIPLE GUNSHOTS**

Body Heat: Warm ☐ Cool ☐ Cold ☒

Rigor Mortis: Full ☒ Partial ☐ Fading ☐

Decomposition: None ☒ Slight ☐ Advanced ☐

Valuables: Yes ☐ No ☒

Impounded By: _____

If Weapon Used (Possible Type) **9MM PISTOL**

Medication to M.E.: No ☒ Yes ☐

Possible Contagious Disease: Unknown ☒ No ☐ Yes ☐

Type of Disease: _____

Disposition of Clothing: Discard Not Needed ☐ Save-Hold/Dry as Evidence ☒

Special Instructions: Rape Kit ☐ Do Not Wash ☐ Do Not Finger/Palm Print ☐

Do Not Undress ☐ Take Body Temp ☐

Other: _____

Viewed By Investigator: **10/01/2017** (M D Y) _____ M (Time)

White Copy to Medical Examiner Department / Yellow Copy to Police Department

# PRELIMINARY POLICE DEATH INVESTIGATION REPORT
## FOR THE MEDICAL EXAMINER

MIAMI-DADE COUNTY

HIALEAH POLICE DEPT.

Police Case No. 2017-30325

Continuation Sheet

Name of Deceased  LESTER MACHADO

Medical Examiner at Scene?  No ☐  Yes ☒  Name  DR MATHIS

Time Medical Examiner Requested  1;35P M     Body Removal Requested  1;35P M

Time Medical Examiner Arrived  2:40P M     Body Removal Transport Arrived  2:40P M

The Lead Investigator is  Det C. GARCIA     Telephone Number  ██████████

This report prepared by  DET. C. GARCIA     Investigator to be present at Autopsy?  No ☐  Yes ☒

PLEASE NOTE WHERE APPLICABLE:  Use second sheet if needed – Scene Information to Follow:  What happed just prior to death?
Terminal Event – Medical/Social Information – Medications.

HIALEAH POLICE UNITS WHERE INVOLVED IN A PURSUIT WITH MR. MACHADO HEREIN AFTER REFERED TO DECEDENT.

THE PURSUIT WENT THROUGH THE STREETS OF HIALEAH. THE DECEDENT WAS INVOLVED IN AN ACCIDENT WHERE HE

DELIBRATELY RAMMED HIS CAR ON TO POLICE UNITS IN THE 700 BLK OF EAST 25ST. OFFICERS SHOT AT THE DECEDENT

MULTIPLE TIMES. THE DECEDENT FLED AWAY WITH OFFICERS AGAIN AND CONTINUED RAMMING POLICE VEHICLES.

THE DECEDENT LOST CONTROL OF HIS VEHICLE AND CRASHED IN TO A CONCRETE PILLARD IN THE 3500 BLK OF NW 79ST.

MULTIPLE OFFICERS DISCHARGED THEIR  WEAPONS STRICKING THE DECEDENT MULTIPLE TIMES. THE DECEDENT WAS

PRONOUNCED DEAD ON THE SCENE.

White copy to Medical Examiner Department / Yellow copy to Police Department



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



## INVESTIGATIONS REPORT

**MACHADO, Lester**

**ME Case #:**   **2017-02885**

July 04, 1993              24 Years         White         Male        **Date:**   10/01/2017

8760 NW 33rd Court , Miami, FL,                                          **Type:**   ME

**Place of Death:**   3500 Block of NW 79th Street  , Miami, FL 33147

**Date/Time of Death:**                        10/1/17  3:47 am

**Investigating Agency:**   City of Hialeah Police Department

**Agency Contact Person:**   Det. Garcia            **Agency Case Number:**   2017-30325

**Incident Location:**   3500 Block of NW 79th Street  , Miami, FL 33147

**Incident Date/Time:**   10/1/2017  3:47:00AM        **Scene Dr.:**  Mathis, Benjamin M.D.

TERMINAL EVENT: On October 1, 2017, at approximately 3:47am, the decedent was involved in a pursuit with police. At some point shots were fired and the decedent was shot. He was pronounced deceased on the scene by Fire Rescue.

Dr. Mathis responded to the scene.

MEDICAL HISTORY: The decedent was known to suffer from ████████████████████ ████████████████ The decedent had ideations of suicide in the past but had not specified any plans or had not acted on it.

MEDICATIONS: None

SOCIAL HISTORY: The decedent was born in Cuba and had resided in Miami for over 20 years. The decedent was never married and did not have any children. The decedent was employed as a manager in AutoZone. The decedent resided with his mother, step-father and sister. The decedent was known to smoke tobacco products and drink alcoholic beverages socially. The decedent was also known to use illicit drugs.

IDENTIFICATION:   Method:   Drivers license

By: Law Enforcement                     Relationship:   Law Enforcement

**Cause of Death:**  Gunshot Wounds

            **Due To:**

            **Due To:**

            **Due To:**

**Contributory Cause:**

**Manner:**   Homicide          Autopsy      10/02/2017      **Doctor:**   Mathis, Benjamin M.D.

**Mortuary:**  NATIONAL FUNERAL HOMES          **Investigator:**   Menendez, Ana L.

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND IS SUBJECT TO CHANGE

10/04/2017

# HIALEAH POLICE DEPARTMENT – FIREARMS TRAINING RECORD (File Copy)

| Name (Print) LAST, FIRST MIDDLE | BADGE / ID # | DESCRIPTION OF COURSE |
|---|---|---|
| Vidal, Adrian | 2042 | 2017 Quals ✓ |

| RANK | BADGE / ID # | ATTEMPT #1 |
|---|---|---|
| Officer | | Pass |

| RANGE | LOCATION | DIVISION | ATTEMPT #2 |
|---|---|---|---|
| HPD | | Patrol | |

| MAKE, MODEL & CALIBER | SERIAL NUMBER | ATTEMPT #3 |
|---|---|---|
| Glock 17 9mm | BBBM604 | |

| BARREL LENGTH | STATUS FIREARM (On-Off-Duty) | ☑ PASS ☐ FAIL  POSSIBLE HITS 40 |
|---|---|---|
| 4 inch | on/off | |

| SHOOTERS SIGNATURE | DATE | RANGE OFFICERS SIGNATURE |
|---|---|---|
| Vidal | 04/13/2017 | R.J. 1576 |

REMARKS

# HIALEAH POLICE DEPARTMENT – FIREARMS TRAINING RECORD (File Copy)

| Name (Print) LAST, FIRST MIDDLE | | DESCRIPTION OF COURSE | |
|---|---|---|---|
| HOLLAND, ESTEBAN R. | | 2017 | |
| **RANK** OFC | **BADGE / ID #** 1930 | **ATTEMPT #1** Pass | ✓ |
| **RANGE** HPD   **LOCATION** | **DIVISION** PTL | **ATTEMPT #2** | |
| **MAKE, MODEL & CALIBER** GLOCK 17 9MM | **SERIAL NUMBER** BBBM806 | **ATTEMPT #3** | |
| **BARREL LENGTH** 4" | **STATUS FIREARM (On-Off-Duty)** ON OFF | ☑ PASS ☐ FAIL POSSIBLE HITS 40 | |
| **SHOOTERS SIGNATURE** 1930 | **DATE** 3.14.17 | **RANGE OFFICERS SIGNATURE** 1576 | |
| **REMARKS** | | | |

# HIALEAH POLICE DEPARTMENT - FIREARMS TRAINING RECORD (File Copy)

| | | |
|---|---|---|
| Name (Print) LAST, FIRST MIDDLE **Garcia Muniz, Daniel** | | DESCRIPTION OF COURSE **2017 Qualification** |
| RANK **Officer** | BADGE / ID # **2080** | ATTEMPT #1 *Pass* |
| RANGE **HPD**   LOCATION | DIVISION **Patrol** | ATTEMPT #2 |
| MAKE, MODEL & CALIBER **Glock 17 9mm** | SERIAL NUMBER **BBBM772** | ATTEMPT #3 |
| BARREL LENGTH **4** | STATUS FIREARM (On-Off-Duty) **Both** | ☒ PASS  ☐ FAIL  POSSIBLE HITS **40** |
| SHOOTERS SIGNATURE *Dann* | DATE **08/22/17** | RANGE OFFICERS SIGNATURE |
| REMARKS | | |

# HIALEAH POLICE DEPARTMENT - FIREARMS TRAINING RECORD (File Copy)

| Name (Print) LAST, FIRST MIDDLE | | DESCRIPTION OF COURSE | |
|---|---|---|---|
| GARD, DANIEL | | 2017  Qual | ✓ |
| **RANK** | **BADGE / ID #** | **ATTEMPT #1** | |
| OFFICER | 1860 | Pass | |
| **RANGE**          **LOCATION** | **DIVISION** | **ATTEMPT #2** | |
| HPD | DTL | | |
| **MAKE, MODEL & CALIBER** | **SERIAL NUMBER** | **ATTEMPT #3** | |
| Glock 17  9mm | BBBM693 | | |
| **BARREL LENGTH** | **STATUS FIREARM (On-Off-Duty)** | ☑ PASS   ☐ FAIL   POSSIBLE HITS  40 | |
| 4 IN | On/Off | | |
| **SHOOTERS SIGNATURE** | **DATE** 5/17/17 | **RANGE OFFICERS SIGNATURE**  1516 | |
| **REMARKS** | | | |

# HIALEAH POLICE DEPARTMENT – FIREARMS TRAINING RECORD (File Copy)

| Name (Print) LAST, FIRST MIDDLE | | DESCRIPTION OF COURSE |
|---|---|---|
| ELIAS, FELIX, E. | | ANNUAL QUAL |

| RANK | BADGE / ID # | ATTEMPT #1 |
|---|---|---|
| OFFICER | 2007 | PASS ✓ |

| RANGE | LOCATION | DIVISION | ATTEMPT #2 |
|---|---|---|---|
| H.P.D | | PATROL | |

| MAKE, MODEL & CALIBER | SERIAL NUMBER | ATTEMPT #3 |
|---|---|---|
| GLOCK, 17, 9mm | BBBM577 | |

| BARREL LENGTH | STATUS FIREARM (On-Off-Duty) | |
|---|---|---|
| 4 | ON/OFF | ☒ PASS  ☐ FAIL   POSSIBLE HITS ___ 6 |

| SHOOTERS SIGNATURE | DATE | RANGE OFFICERS SIGNATURE |
|---|---|---|
| | 3/10/17 | 2018 |

REMARKS

# HIALEAH POLICE DEPARTMENT – FIREARMS TRAINING RECORD (File Copy)

| Name (Print) LAST, FIRST MIDDLE | | DESCRIPTION OF COURSE |
|---|---|---|
| Abel, Jose, A. 1868 | | Qualification |
| RANK Ofc | BADGE / ID # 1868 | ATTEMPT #1 Pass ✓ |
| RANGE Hialeah LOCATION | DIVISION Petrol | ATTEMPT #2 |
| MAKE, MODEL & CALIBER Glock 17 9mm | SERIAL NUMBER BBBM597 | ATTEMPT #3 |
| BARREL LENGTH | STATUS FIREARM (On-Off-Duty) On Duty / off Duty | ☑ PASS ☐ FAIL POSSIBLE HITS ___ |
| SHOOTERS SIGNATURE | DATE 03-07-17 | RANGE OFFICERS SIGNATURE |
| REMARKS | | |

EnRoute / STATUS - Version 5.1.1 (Site)                                    Page 1 of 4

## Law Incident: 2017243963

| | | | |
|---|---|---|---|
| **Incident Date:** | 10/01/2017 | **Received** | 03:48:10 |
| **Incident Time:** | 03:48:10 | **Shipped** | |
| | | **Dispatched** | 03:48:10 |
| **Priority** | 2 | **Arrived** | 00:50:12 |
| **Nature** | T-TRAFFIC STOP | | |
| **Location** | E 9 AV-HIA/E 22 ST-HIA | **Veh. Descr** | |
| **Apt** | | **Report** | 2017-030320 |
| **Building:** | | **Num Rpts** | 1 |
| **Phone** | | | |
| **CrossSt1** | **E 22 ST** | **DispO.** | 32 |
| **CrossSt2** | **E 23 ST** | **Code** | |
| **Directions** | | **2nd DispO.** | 32 |
| **Jurisdicts** | 00 | **Code** | RPT |
| **PolArea** | 23 | **Officers** | P 1646 - TORRES, DIEGO A. |
| **Grid** | 0787 | | B 1153 - PADRON, JESUS L |
| **PrePlan** | | | B 1153 - PADRON, JESUS L |
| **Map** | | | B 1648 - MARIN, ALEJANDRO |
| **Loc 2** | | | B 1519 - PELUSO, THOMAS JOSEPH |
| **See** | N | | B 2019 - RIVAS, DAVID |
| **Officer** | | | B 2000 - HERNANDEZ HERNANDEZ, LEYRIEN |
| **Neigh.** | N | | B 1592 - PELAEZ, DANIEL |
| **Dispatcher** | JLA | | B 2006 - OBAS, WAKING DEYBIS |
| **Call Taker** | | | B 1287 - SARDINA, OSVALDO |
| **Loc. Occ.** | | | B 1167 - MERINO, BENNY |
| | | | B 1194 - SANCHEZ, RAUL |
| | | | B 1614 - CORREA, CESAR A' |
| | | | B 1512 - WYLIE, RICHARD ERNEST |
| | | | B 1251 - DEJESUS, AILYN |
| | | | B 1649 - HEVIA, MAYLIN |
| | | | B 1538 - BARRIOS, ALEXIS U |
| | | | B 1734 - HERNANDEZ, EDDY |
| | | | B 1331 - GONZALEZ, ADRIAN |
| | | | B 0958 - ELOSEGUI, JOSEPH |
| | | | B 1381 - GARCIA, CARLOS IVAN |
| | | | B 1785 - GOITIA, ROQUE RAMON |
| | | | B 1123 - DONLEY, MARK CULLEN |

B 1684 - BATISTA, FREDDY

B 1786 - GONZALEZ, MAGELA

B 1230 - ALVAREZ, MARVIN

B 1923 - PRESCOTT, GENESIS

B 1588 - MIRANDA, LANYENE D

B 1505 - SUAREZ, MIGUEL ORLANDO

B 1306 - LLANES, JORGE LAZARO

B 0951 - BELLO, RODOLFO

B 1999 - MEDINA CAIRO, FEDERICO ANTONIO

B 1202 - GUTIERREZ, ERNESTO

B 1024 - LAHERA, LUIS ENRIQUE

B 1381 - GARCIA, CARLOS IVAN

B 1443 - CONSALVO, ESTEBAN A

B 1676 - CARVAJAL, REI

B 2042 - VIDAL, ADRIAN

B 1612 - CRUZ, EVI

B 2046 - ANN BONNY, KIMBERLY MARIE

B 1998 - MUI, KINSHUN SINCLAIR

B 2007 - HERNANDEZ, FELIX EDWIN ELIAS

B 2045 - SILVA-SIXTO, JORGE LUIS

B 2044 - GONZALEZ, EMANUEL

B 2019 - RIVAS, DAVID

B 2047 - ESTRADA, VICTOR

B 1406 - MENDIETA, FRANK

B 1592 - PELAEZ, DANIEL

B 1860 - GATO, DANIEL

B 1664 - HERRERA, ROGER

B 2006 - OBAS, WAKING DEYBIS

B 1999 - MEDINA CAIRO, FEDERICO ANTONIO

B 1144 - BENITEZ, MARIA C

B 1539 - GARCIA, JOSE A

B 1675 - LOPEZ, NICHOLAS
B 1216 - LUIS, ANTONIO
B 2027 - PICO, JOSE
B 2044 - GONZALEZ, EMANUEL
B 1868 - ABEL, JOSE
B 1930 - HOLLAND, ESTEBAN
B 1990 - HERNANDEZ, TEANNIE

**Notes**

| | |
|---|---|
| 03:48:10 | P.D. Response Area is 23 (JLA-02) |
| 03:48:10 | NOTES FOR 10/01/17 |
| 03:48:10 | Tag: EHRW23 added to incident. (JLA-02) |
| 03:48:13 | ][011948] Unit 2323 OFID 1990 |
| 03:48:13 | \|QV FL01304M0 EHRW23 |
| 03:48:13 | \|--NCIC-- |
| 03:48:13 | \|1L01FLS1296691654 |
| 03:48:13 | \|FL01304M0 |
| 03:48:13 | \|NO RECORD LIC/EHRW23 |
| 03:48:13 | \|--FCIC HIT RESPONSE-- |
| 03:48:13 | \|QV : NO RECORDS FOUND |
| 03:48:13 | \|--END-- |
| 03:48:13 | \|-------------------------------------------- |
| 03:48:13 | ][011948] Unit 2323 OFID 1990 |
| 03:48:13 | \|QV FL01304M0 EHRW23 FL |
| 03:48:13 | \|--NCIC-- |
| 03:48:13 | \|1L01FLS1296691655 |
| 03:48:13 | \|FL01304M0 |
| 03:48:13 | \|NO RECORD LIC/EHRW23 LIS/FL |
| 03:48:13 | \|--FCIC HIT RESPONSE-- |
| 03:48:13 | \|QV : NO RECORDS FOUND |
| 03:48:13 | \|--END-- |
| 03:48:13 | \|-------------------------------------------- |
| 03:48:13 | ][011948] Unit 2323 OFID 1990 |
| 03:48:13 | \|FRQ FL01304M0EHRW23 |
| 03:48:13 | \|--DHSMV-- |
| 03:48:13 | \|DHSMV RECORD - |
| 03:48:13 | \|EHRW23 1HGCM56187A024583 HOND 4D 07 004510 SOL |
| 03:48:13 | \|ED |
| 03:48:13 | \| COLOR: |
| 03:48:13 | \| WHI |

03:48:13   |JESUS MORALES
03:48:13   |8760 NW 33RD CT CLASS: 001 GV
03:48:13   |8W: 000000
03:48:13   |MIAMI FL 33147-3900 COUNTY RES: 01
03:48:13   |DOB: 04/17/65 SEX: M DECAL/YR: 07357682/8 DECAL EXP:04/17/18 USE
03:48:13   |D: PRIVATE
03:48:13   | REGISTRANT(S) INFORMATION
03:48:13   |REGISTRANT 1: JESUS MORALES
03:48:13   |8760 NW 33RD CT SEX: M DO
03:48:13   |8B: 04/17/65
03:48:13   |MIAMI FL 33147-3900 DL#1:██████
03:48:13   ██████
03:48:13   |REGISTRANT 2:
03:48:13   | SEX: DO
03:48:13   | B: / /
03:48:13   | NO R2
03:48:13   | INSURANCE INFORMATION
03:48:13   |INSURER: UNITED AUTOMOBILE INSURANCE COMPANY POLICY ██████
03:48:13   ██████
03:48:13   |1313 NORTH WEST 167TH STREET
03:48:13   |MIAMI GARDENS FL 33169-0000
03:48:13   |END DHSMV RESPONSE
03:48:13   |--NCIC--
03:48:13   |1L01FLS1296691653
03:48:13   |FL01304M0
03:48:13   |NO RECORD LIC/EHRW23
03:48:13   |--FCIC HIT RESPONSE--
03:48:13   |FRQ : NO RECORDS FOUND
03:48:13   |--END--
03:48:13   |-------------------------------------------------------------
03:49:08   Police Incident location changed from: E (JLA-02)
03:49:08   8 AV-HIA/E 30 ST-HIA (JLA-02)
03:49:08   New Police address: E 9 AV-HIA/E 22 (JLA-02)
03:49:08   ST-HIA (JLA-02)
03:49:26   8/22 (JLA-02)
03:49:49   8/21 NB (JLA-02)
03:50:11   8/25 QAH (JLA-02)
03:51:12   EB 10/25 (COA-01)
03:51:52   ***5/25 (JLA-02)
           WB (JLA-02)

EeRoute L STATUS  Version 5.11 (Site 178)                                              Page 2 of 4

```
03:51:55
03:52:05    5/25 WWB (COA-01)
03:52:35    EB 25 ST /E 6 AV (COA-01)
03:52:41    EB ON 25 ST/6 AV (JLA-02)
03:52:57    NB 7/23 (JLA-02)
03:53:12    W ON 22/6 (JLA-02)
03:53:17    WB 22 ST 6 AV (COA-01)
03:53:21    SB 6AV /21 ST (COA-01)
03:53:23    6/21 SB (JLA-02)
03:53:31    WB 21 ST 6 AV (COA-01)
03:53:32    WB ON 21/6 AV (JLA-02)
03:53:43    21 ST E 6 AV (COA-01)
03:53:46    NB E 4A V 21 ST (COA-01)
03:53:47    NB 4/21 ST (JLA-02)
03:54:00    25 ST E 4 AV NB (COA-01)
03:54:14    4/25 (JLA-02)
03:54:25    NB E 4 AV 25 ST (COA-01)
03:54:29    ** RAMMED PD (COA-01)
03:54:32    4/29 (JLA-02)
03:54:36    E 4 AV 29 ST NB (COA-01)
03:54:46    2320 (JLA-02)
03:54:50    WB 30 ST E 4 AV (COA-01)
03:54:56    CORR EB 30 ST E 4 AV (COA-01)
03:55:34    SB E 8 AV 25 ST (COA-01)
03:55:37    SB 8/25 (JLA-02)
03:55:49    EB 26/8 AV (JLA-02)
03:55:52    EB 26 ST E 8 AV (COA-01)
03:56:02    EB 10 /25 (JLA-02)
03:56:05    SB 10/26 ST (JLA-02)
03:56:11    WB 25/10 ST (JLA-02)
03:56:15    E 10 AV/25 (JLA-02)
03:56:26    SB 9/25 ST (JLA-02)
03:56:39    WB E 24/9 AV (JLA-02)
03:56:47    NB 8/23 ST (JLA-02)
03:56:59    WB ON 23 ST/8 AV (JLA-02)
03:57:07    NB 7/23 (JLA-02)
03:57:31    SHOTS FIRED (JLA-02)
03:57:33    8/25 (JLA-02)
03:57:42    25 ST /8 AV (JLA-02)
            WB 25 ST (JLA-02)
```

```
03:57:51
03:57:55    EB 25 ST 8 (JLA-02)
03:58:07    25/8 (JLA-02)
03:58:16    CROSSING NW 37 AV/79 ST (JLA-02)
03:58:37    2372 (JLA-02)
03:58:54    37/79 (JLA-02)
03:59:04    WAH (JLA-02)
03:59:05    QAH (JLA-02)
03:59:46    Unit 2335 Pressed On Scene @ MDC time 03:59:43
04:01:05    PD INCIDENT 2017243963 SHIPPED TO FIRE WITH (JLA-02)
04:01:05    NATURE T-TRAFFIC STOP (JLA-02)
04:01:31    ****MULTIPLE GSWS (JLA-02)
04:01:38    NW 35/79 ST (JLA-02)
04:02:00    ONLY 1 PT (JLA-02)
04:02:02    Tag EHRW23, State FL added to incident. (COA-03)
04:02:03    Fire service incident 201726670 [MAP-05]
04:02:04    TAC CHANNEL 01 ASSIGNED [MAP-05]
04:02:05    |[001639] Unit 2323 OFID 1990
04:02:05    |QV FL01304M0 EHRW23
04:02:05    |--NCIC--
04:02:05    |1L01FLS1296695839
04:02:05    |FL01304M0
04:02:05    |NO RECORD LIC/EHRW23
04:02:05    |--FCIC HIT RESPONSE--
04:02:05    |QV : NO RECORDS FOUND
04:02:05    |--END--
04:02:05    |--------------------------------------------------------
04:02:05    |[001639] Unit 2323 OFID 1990
04:02:05    |QV FL01304M0 EHRW23 FL
04:02:05    |--NCIC--
04:02:05    |1L01FLS1296695840
04:02:05    |FL01304M0
04:02:05    |NO RECORD LIC/EHRW23 LIS/FL
04:02:05    |--FCIC HIT RESPONSE--
04:02:05    |QV : NO RECORDS FOUND
04:02:05    |--END--
04:02:05    |--------------------------------------------------------
04:02:05    |[001639] Unit 2323 OFID 1990
04:02:05    |FRQ FL01304M0EHRW23
            |--DHSMV--
```

```
04:02:05
04:02:05    |DHSMV RECORD -
04:02:05    |EHRW23 1HGCM56187A024583 HOND 4D 07 004510 SOL
04:02:05    |ED
04:02:05    | COLOR:
04:02:05    | WHI
04:02:05    |JESUS MORALES
04:02:05    |8760 NW 33RD CT CLASS: 001 GV
04:02:05    |8W: 000000
04:02:05    |MIAMI FL 33147-3900 COUNTY RES: 01
04:02:05    |DOB: 04/17/65 SEX: M DECAL/YR: 07357682/8 DECAL EXP:04/17/18 USE
04:02:05    |D: PRIVATE
04:02:05    | REGISTRANT(S) INFORMATION
04:02:05    |REGISTRANT 1: JESUS MORALES
04:02:05    |8760 NW 33RD CT SEX: M DO
04:02:05    |8B: 04/17/65
04:02:05    |MIAMI FL 33147-3900 DL#1:█████
04:02:05    ███████████
04:02:05    |REGISTRANT 2:
04:02:05    | SEX: DO
04:02:05    | B: / /
04:02:05    | NO R2
04:02:05    | INSURANCE INFORMATION
04:02:05    |INSURER: UNITED AUTOMOBILE INSURANCE COMPANY POLICY #█████
04:02:05
04:02:05    |1313 NORTH WEST 167TH STREET
04:02:05    |MIAMI GARDENS FL 33169-0000
04:02:05    |END DHSMV RESPONSE
04:02:05    |--NCIC--
04:02:05    |1L01FLS1296695838
04:02:05    |FL01304M0
04:02:05    |NO RECORD LIC/EHRW23
04:02:05    |--FCIC HIT RESPONSE--
04:02:05    |FRQ : NO RECORDS FOUND
04:02:05    |--END--
04:02:05    |--------------------------------------------------------------
04:02:08    Scene Secure updated from: 10/01/17 (JLA-02)
04:02:08    04:02:08 (JLA-02)
04:03:00    Unit 2305 current location: E 7 AV-HIA/E 23 ST-HIA (JLA-02)
            **FIRST SCN AT E 7/23 ST (JLA-02)
```

04:03:50
04:04:15    Removed Apparatus R2 [MAP-05]
04:04:32    Unit 5925 current location: E 7 AV-HIA/E 23 ST-HIA (JLA-02)
04:05:20    *MDFR WILL BE RESPONDING THEIR [MAP-05]
04:05:20    *JURISDICTION [MAP-05]
04:06:22    Nature changed from: T-TRAFFIC STOP [MAP-05]
04:06:28    *Fire incident 201726670 closed [MAP-05]
04:06:49    Assigned report number: 2017-030320 (JLA-02)
04:07:20    PD INCIDENT 2017243963 SHIPPED TO FIRE WITH (COA-01)
04:07:20    NATURE T-TRAFFIC STOP (COA-01)
04:07:38    BETWEEN NW 37AV- NW 35 AV 79 ST (COA-01)
04:09:05    Unit 2354 current location: E 7 AV-HIA/E 23 ST-HIA (JLA-02)
04:10:29    **SPOKE TO MDFR ADVS PT IS LOCATED E/B OF [MNC-10]
04:10:29    *NW 37 AV / NW 79 ST [MNC-10]
04:10:45    Unit 2335 Pressed Available @ MDC time 04:10:42
04:11:21    ADVS MDFR IF HIALEAH FR NEEDED TO RESPOND [MNC-10]
04:11:21    WE WOULD DO SO MUTUAL AID IF NEEDED [MNC-10]
04:11:40    * 100 CHIEF VELAQUEZ NOTIFIED BY 201 (COA-01)
04:11:45    ** MAJOR RUIZ NOTIFIED BY 201 (COA-01)
04:11:48    * 201 ADV (COA-01)
04:11:56    Unit 2335 Dispatched 03:52:05, Enroute 03:52:05, (JLA-02)
04:11:56    On scene 03:59:43 (JLA-02)
04:11:56    Unit 2335 Available 04:10:42 (JLA-02)
04:12:30    MEDIA ON SCN NW 36 AV/NW 79 ST/ (JLA-02)
04:12:54    Fire service incident 201726671 [MAP-05]
04:12:55    TAC CHANNEL 01 ASSIGNED [MAP-05]
04:14:55    Unit 2323 current location: NW 37 AV-HIA/NW 79 ST-HIA (JLA-02)
04:15:01    Unit 2340 current location: NW 37 AV-HIA/NW 79 ST-HIA (JLA-02)
04:15:11    Unit 2331 Pressed On Scene @ MDC time 04:15:07
04:15:49    Unit 5925 current location: NW 37 AV-HIA/NW 79 ST-HIA (JLA-02)
04:15:58    Unit 5925 current location: NW 36 ST-DOR/NW 79 AV-DOR (JLA-02)
04:16:10    Unit 5925 current location: NW 36 AV-MDC/NW 79 ST-MDC (JLA-02)
04:16:22    Unit 2354 Pressed On Scene @ MDC time 04:16:19
04:17:11    Unit 2316 Pressed On Scene @ MDC time 04:17:09
04:17:36    Unit 2354 current location: NW 36 AV-MDC/NW 79 ST-MDC (JLA-02)
04:17:57    Unit 2324 current location: NW 36 AV-MDC/NW 79 ST-MDC (JLA-02)
04:18:19    *104 ADV [MAP-05]
04:18:28    Unit 2324 Pressed On Scene @ MDC time 04:18:25
04:18:38    Unit 2321 current location: NW 36 AV-MDC/NW 79 ST-MDC (JLA-02)
            Unit 2359 current location: E 7 AV-HIA/E 25 ST-HIA (JLA-02)

04:18:59
04:19:13    Unit 2355 current location: E 7 AV-HIA/E 25 ST-HIA (JLA-02)
04:19:37    Unit 2320 Pressed On Scene @ MDC time 04:19:33
04:19:44    Unit 2355 current location: 36/79 (JLA-02)
04:19:44    Unit 2316 current location: 36/79 (JLA-02)
04:19:58    Unit 2353 current location: E 7 AV-HIA/E 25 ST-HIA (JLA-02)
04:20:16    Unit 2302 current location: 36/79 (JLA-02)
04:20:40    Unit 2304 current location: 37/79 (JLA-02)
04:20:46    Unit 2337 Pressed On Scene @ MDC time 04:20:42
04:21:46    Unit 2335 Pressed On Scene @ MDC time 04:21:43
04:22:34    *MDFR UNIT ONSCENE HANDLING [MAP-05]
04:22:50    *PT 45 [MAP-05]
04:23:09    121 Available 04:23:09 [MAP-05]
04:23:47    Unit 2335 Pressed Available @ MDC time 04:23:43
04:25:45    Unit 2320 current location: 37/79 (JLA-02)
04:26:10    Unit 2313 current location: 37/79 (JLA-02)
04:26:10    Unit 2310 current location: 37/79 (JLA-02)
04:26:21    Nature changed from: T-TRAFFIC STOP [MAP-05]
04:27:14    Unit 2372 current location: 37/79 (JLA-02)
04:27:58    Unit 2342 current location: E 7 AV-HIA/E 25 ST-HIA (JLA-02)
04:28:37    Unit 2331 current location: 37/79 (JLA-02)
04:29:43    R2 Available out of station 04:29:43 [MAP-05]
04:31:23    ** VILLA NOTIFIED AT 04:14 (COA-01)
04:31:42    * CMDR GUTIERREZ NOTIFIED AT 04:18 (COA-01)
04:31:54    * CMDR GONZALEZ NOTIFIED AT 04:18 (COA-01)
04:32:08    * CMDR LAHERA NOTIFED 04:22 (COA-01)
04:32:23    *121 ADV [MAP-05]
04:32:46    * CMDR BELLO NOTIFIED AT @04:22 (COA-01)
04:32:54    * CMDR LLANES NOTIFIED AT 04 (COA-01)
04:33:00    04:28 (COA-01)
04:33:14    * CMDR CALVIJO AT @ 04:30 (COA-01)
04:36:45    * DET SALAZAR ADV (COA-01)
04:42:52    * DET PENATE ENROUTE (COA-01)
04:45:39    * SGT. ALVAREZ NOTIFIED (COA-01)
04:48:17    ** SGT GONZALEZ WILL RESP AND NOTIFY (COA-01)
04:48:17    *ROBBERY UNITS (COA-01)
04:49:45    MDFR INCIDENT#FD222920 [MNC-06]
04:50:06    MDFR RESCUE 202 ARR ON SCN 04:15 [MNC-06]
04:50:18    QTH PER MDFR 3500 NW 79 ST [MNC-06]
            Upgraded from Code ALS to Code MAD [MAP-05]

04:50:45
04:55:19    E2 RESPONDING REF TARP [MAP-05]
05:01:50    Unit 202 current location: 36/79 (JLA-02)
05:01:50    Unit 204 current location: 36/79 (JLA-02)
05:03:31    Unit 2354 Dispatched, 04:08:40, Enroute 04:08:40, (JLA-02)
05:03:31    On scene 04:16:19 (JLA-02)
05:03:31    Unit 2354 Available 04:34:59 (JLA-02)
05:03:38    Unit 2354 current location: 37/79 (JLA-02)
05:03:43    * LT. PROVEYER RESPONDING 30 MIN ETA (COA-01)
05:03:53    * HILLA MENDEZ RESPONDING (COA-01)
05:04:12    * SGT. SMITH, K ADV TO COME IN EARLY (COA-01)
05:05:56    * SGT. RODRIGUEZ ADV SEC-3 (COA-01)
05:06:11    Unit 206 current location: 37/79 (JLA-02)
05:06:18    Unit 205 current location: 37/79 (JLA-02)
05:07:56    Fire Incident location changed from: E 9 [MAP-05]
05:07:56    AV-HIA/E 22 ST-HIA [MAP-05]
05:07:56    New Fire address: 3500 NW 79 ST-MDC [MAP-05]
05:07:56    Old Response area: 216 [MAP-05]
05:10:26    * SGT MARIN CONTACTED (COA-01)
05:11:30    Unit 2354 Pressed On Scene @ MDC time 05:11:27
05:12:25    Unit 3140 current location: 37/79 (JLA-02)
05:13:36    ID REQUESTED (LNT-04)
05:14:10    Unit 3106 current location: 37/79 (JLA-02)
05:16:09    Unit 3117 current location: 36/79 (JLA-02)
05:16:23    Unit 3101 current location: 36/79 (JLA-02)
05:17:04    Unit 3118 current location: 36/79 (JLA-02)
05:20:09    * FR NW 36/79 TO CHECK ON PO PER 204 (LNT-04)
05:20:48    20S YOM WELFARE CHECK (LNT-04)
05:20:51    * DET RAMIERZ ENROUTE 10 MIN (COA-01)
05:20:51    ALT/CONS (LNT-04)
05:23:10    * [MAP-05]
05:23:13    Apparatus on air: R2 [MAP-05]
05:25:22    ** SGT. MARINO, B CONTACTED (COA-01)
05:25:34    * PER CMDR SALVAT NEED 2 A.I.U. CREWS (COA-01)
05:25:34    *CALLED OUT (COA-01)
05:27:51    *104/ 121 ADVD REF R2 RERESPONDING ON [MAP-05]
05:27:51    *WELFARE CHECK [MAP-05]
05:31:30    Unit 3121 current location: 37/79 (JLA-02)
05:36:43    Unit 3118 Dispatched 04:29:52 Enroute (JLA-02)
             04:29:52 (JLA-02)

| | |
|---|---|
| 05:36:43 | |
| 05:36:43 | Unit 3118 Available 05:36:36 (JLA-02) |
| 05:36:57 | Unit 3119 current location: 37/79 (JLA-02) |
| 05:46:22 | R2 Available out of station 05:46:22 [MAP-05] |
| 05:47:05 | Unit 3104 current location: 37/79 (JLA-02) |
| 05:47:05 | Unit 3123 current location: 37/79 (JLA-02) |
| 05:47:30 | Unit 3118 current location: 37/79 (JLA-02) |
| 06:25:45 | Unit 3213 current location: 37/79 (JLA-02) |
| 06:37:24 | Unit 3172 current location: 37/79 (JLA-02) |
| 06:37:39 | Unit 4106 current location: 37/79 (JLA-02) |
| 06:43:14 | Unit 3174 current location: 36/79 (JLA-02) |
| 06:43:14 | Unit 3173 current location: 36/79 (JLA-02) |
| 06:45:29 | Unit 3171 current location: 37/79 (JLA-02) |
| 06:48:38 | Unit 3174 Pressed On Scene @ MDC time 06:48:36 |
| 06:53:15 | Unit 3105 current location: 37/79 (JLA-02) |
| 06:54:52 | Unit 3171 Pressed On Scene @ MDC time 06:54:50 |
| 06:58:06 | Unit 3100 current location: 37/79 (JLA-02) |
| 07:04:18 | Unit 4172 current location: E 8 AV-HIA/E 25 ST-HIA (JLA-02) |
| 07:08:33 | Unit 2302 Pressed Available @ MDC time 07:08:30 |
| 07:11:17 | Unit 2353 Dispatched 04:09:57, Enroute 04:09:57, (ANS-03) |
| 07:11:17 | On scene 04:10:14 (ANS-03) |
| 07:11:17 | Unit 2353 Available 04:25:22 (ANS-03) |
| 07:11:22 | Unit 2359 Dispatched 04:11:04, Enroute 04:11:04, (ANS-03) |
| 07:11:22 | On scene 04:23:20 (ANS-03) |
| 07:11:22 | Unit 2359 Available 04:25:28 (ANS-03) |
| 07:12:00 | Unit 2341 Pressed Available @ MDC time 07:11:57 |
| 07:12:12 | Unit 2331 Dispatched 04:11:42, Enroute 04:11:42, (ANS-03) |
| 07:12:12 | On scene 04:15:07 (ANS-03) |
| 07:12:12 | Unit 2331 Available 04:29:11 (ANS-03) |
| 07:13:40 | Unit 2331 current location: 37/79 (ANS-03) |
| 07:16:49 | **HAVE F/R RESPOND TO NW 36 AV/NW 79 ST (CMG-02) |
| 07:16:57 | **REF WELFARE CHECK ON PO (CMG-02) |
| 07:17:39 | **HAVE F/R UNIT ENTER OFF E 8 AV E/B (CMG-02) |
| 07:23:49 | MDFR [JMP-05] |
| 07:26:59 | ADVSD [JMP-05] |
| 07:47:03 | * CP 36/79 (JNC-04) |
| 08:05:04 | Unit 2316 Pressed Available @ MDC time 08:05:00 |
| 09:09:26 | 2156 ARR 0810 (JNC-04) |
| 09:22:31 | WRECKER REQUESTED (ANS-03) |
| | WRECKER ENROUTE (ANS-03) |

```
09:22:31
09:23:20   Tag CITY135377, State FL added to (JNC-04)
09:23:20   incident. (JNC-04)
09:23:20   Tag: CITY135377 previously entered into TOWS (JNC-04)
09:23:20   file on 07/18/17 by TENNYSON, LAGARIA (JNC-04)
09:23:23   |[001602] Unit 2323 QFID 1990
09:23:23   |QV FL01304M0 CITY135377
09:23:23   |--NCIC--
09:23:23   |1L01FLS1296772954
09:23:23   |FL01304M0
09:23:23   |NO RECORD LIC/CITY135377
09:23:23   |--FCIC HIT RESPONSE--
09:23:23   |QV : NO RECORDS FOUND
09:23:23   |--WARNING--
09:23:23   |WARNING! CERTIFICATION DATE WILL EXPIRE WITHIN 60 DAYS! [2017112
09:23:23   |W4]
09:23:23   |--END--
09:23:23   |----------------------------------------------------------
09:23:23   |[001602] Unit 2323 OFID 1990
09:23:23   |QV FL01304M0 CITY135377FL
09:23:23   |--NCIC--
09:23:23   |1L01FLS1296772955
09:23:23   |FL01304M0
09:23:23   |NO RECORD LIC/CITY135377 LIS/FL
09:23:23   |--FCIC HIT RESPONSE--
09:23:23   |QV : NO RECORDS FOUND
09:23:23   |--WARNING--
09:23:23   |WARNING! CERTIFICATION DATE WILL EXPIRE WITHIN 60 DAYS! [2017112
09:23:23   |W4]
09:23:23   |--END--
09:23:23   |----------------------------------------------------------
09:23:23   |[001602] Unit 2323 OFID 1990
09:23:23   |FRQ FL01304M0CITY135377
09:23:23   |--DHSMV--
09:23:23   |DHSMV RECORD -
09:23:23   |CITY135377 2G1WD5E3XG1114884 CHEV 4D 16 003653 ORI
09:23:23   |CGINAL - NEW
09:23:23   | COLOR:
09:23:23   | WHI
           |CITY OF HIALEAH
```

09:23:23

09:23:23   |PO BOX 110040 CLASS: 097 GV

09:23:23   |PW: 000000

09:23:23   |HIALEAH FL 33011-0040 COUNTY RES: 01

09:23:23   |DOB: NONE SEX: DECAL/YR: /0 DECAL EXP:NONE USE

09:23:23   |D: PRIVATE

09:23:23   | REGISTRANT(S) INFORMATION

09:23:23   |REGISTRANT 1: CITY OF HIALEAH

09:23:23   |PO BOX 110040 SEX: DO

09:23:23   |PB: NONE

09:23:23   |HIALEAH FL 33011-0040 DL#1: NO F

09:23:23   |HL DL

09:23:23   |REGISTRANT 2:

09:23:23   | SEX: DO

09:23:23   | B: / /

09:23:23   | NO R2

09:23:23   | INSURANCE INFORMATION

09:23:23   |INSURANCE INFORMATION NOT ON FILE.

09:23:23   |END DHSMV RESPONSE

09:23:23   |--NCIC--

09:23:23   |1L01FLS1296772953

09:23:23   |FL01304M0

09:23:23   |NO RECORD LIC/CITY135377

09:23:23   |--FCIC HIT RESPONSE--

09:23:23   |FRQ : NO RECORDS FOUND

09:23:23   |--WARNING--

09:23:23   |WARNING! CERTIFICATION DATE WILL EXPIRE WITHIN 60 DAYS! [2017112

09:23:23   |W4]

09:23:23   |--END--

09:23:23   |-------------------------------------------------------------

09:24:05   WRECKER REQUESTED (JNC-04)

09:24:06   WRECKER ENROUTE (JNC-04)

09:25:27   Towed Vehicle CITY135377 by MAGIC TOWING (JNC-04)

09:25:27   on 10/01/2017 (JNC-04)

09:33:48   Unit 4172 current location: E 4 AV-HIA/E 25 ST-HIA (CMG-02)

09:37:05   *ARR TO QTH (CMG-02)

09:43:02   Changed primary unit from 2323 to 3100 (CMG-02)

09:47:25   Unit 4172 current location: NW 37 AV-HIA/NW 79 ST-HIA (CMG-02)

10:51:12   *Fire incident 201726671 closed [JMP-05]

SAME TAG ON ANOTHER CALL, UNIT 3343 @NW 36 AV-MDC/NW

14:47:58
14:58:19   LINKED TO POLICE SUB INCIDENT #2017244108
14:58:19   10/01/2017 ON PORT 312 (JNC-04)
15:01:43   Unit 4166 Dispatched 14:48:09, Enroute (ANS-03)
15:01:43   14:48:09 (ANS-03)
15:01:43   Unit 4166 Available 15:01:06 (ANS-03)
15:02:49   TOWED TO 5555 E 8 AV [JNC-04]
15:03:22   Towed Vehicle EHRW23 by MAGIC TOWING on [JNC-04]
15:03:22   10/01/2017 [JNC-04]
15:14:12   Unit 3121 Pressed On Scene @ MDC time 15:14:12
15:41:02   Unit 3174 current location: 5555 E 8 AV-HIA (ANS-03)
17:14:37   PD INCIDENT 2017243963 SHIPPED TO FIRE WITH (JNC-04)
17:14:37   NATURE T-TRAFFIC STOP (JNC-04)
17:14:46   REF WASHDOWN (JNC-04)
17:15:41   * NW 36 AV / 79 ST E OF INTERSECTION (JNC-04)
17:18:48   MDFR HAS BEEN ADVISED [JMP-05]
17:21:20   JMP cancelled DF call W6509 (JMP-05)
17:58:53   *Police incident 2017244108 closed [ANS-03]
21:47:26   E (JLA-04)
00:49:43   NOTES FOR 10/02/17
00:49:43   Changed primary unit from 3100 to 2329 (JLA-04)
04:19:37   Unit 2329 delayed by Incident <> 2017244704 (TRM-02)
04:53:03   *Police incident 2017243963 closed (TRM-02)
04:55:51   **ADDITIONAL NOTES WERE ADDED ON 10/02/2017 (TRM-02)
04:55:51   Disposition 1 changed from 19 to 32 (TRM-02)
04:55:55   Disposition 2 ADDED AS RPT (TRM-02)

# City of Hialeah Police Department
## Vehicle Storage Report

| | | | | | | H.P.D. CASE NO. | |
|---|---|---|---|---|---|---|---|
| | | | | | GRID | | SUPP. CASE NO. |
| | | | | | SECTOR 2 | | |

| DATE 10.1.17 | DAY SUN | DISP TM. 3:48 | ARR. TIME 3:48 | REASON FOR TOW (INCIDENT) INVESTIGATION | | A.O.A. CASE NO. |
|---|---|---|---|---|---|---|

| TOW TIME 1655 | ADDRESS VEHICLE TOWED FROM NW 35 AV / NW 79 ST | NAME AND ADDRESS OF GARAGE TAKEN TO: HPD HEADQUARTERS |
|---|---|---|

## REGISTERED OWNER INFORMATION / VICTIM — VEHICLE INFORMATION

| NAME CITY OF HIALEAH | | D.O.B. | YEAR 2008 | MAKE FORD | MODEL TOWN VICTORIA | TYPE 4DR | COLOR BLU |
|---|---|---|---|---|---|---|---|
| ADDRESS 5555 E 8 AV | PHONE | | TAG NUMBER XAS126 | STATE FL | DECAL NUMBER #2801 | | YEAR |
| CITY HIALEAH | STATE FL | VERIFIED BY: TITLE ☐ RECORD CHECK ☐ REGISTRATION ☐ OTHER ___ | VIN NO. 2FAFP71V78X605372 | | | | |

## COMPLAINANT — TRAILER INFORMATION

| NAME | RACE | SEX | D.O.B. | YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| ADDRESS | | PHONE | | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
| CITY | STATE | ZIP CODE | PHONE | SERIAL NUMBER | | | |

## ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING — VESSEL INFORMATION

| | DAMAGED | MISSING | | YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|---|---|---|---|
| FRONT END | ☒ | ☐ | CIRCLE VEHICLE CONDITION | | | | |
| REAR END | ☐ | ☐ | | HULL NUMBER | | | COLOR |
| LIGHTS | ☐ | ☐ | GOOD | | | | |
| HOOD | ☐ | ☐ | FAIR | ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. | |
| TRUNK | ☐ | ☐ | POOR | | | | |
| FENDER(S) | ☐ | ☐ | TOTAL LOSS | | | | |
| DOOR(S) | ☐ | ☐ | | ## OPERATOR'S INFORMATION | | | |
| SEAT(S) | ☐ | ☐ | | NAME E. Holland #1930 | | | D.O.B. |
| ENGINE | ☐ | ☐ | CIRCLE AREA OF VEHICLE DAMAGE | ADDRESS 5555 E 8av | | PHONE | |
| WHEEL(S) | ☐ | ☐ | 16. UNDERCARRIAGE | | | | |
| TIRE(S) | ☐ | ☐ | 17. OVERTURN | CITY Hialeah | STATE FL | ZIP CODE 3293 | INCARCERATED YES ☐ NO ☐ |
| HUB CAP(S) | ☐ | ☐ | 18. MICS, DENTS / SCRATCHES | | | | |
| IGNITION | ☐ | ☐ | 19. WINDSHIELD | ## VEHICLE HOLD ORDER | | | |
| WINDOW(S) | ☐ | ☐ | | AUTHORIZING OFC. NAME / DEPT. M. SUAREZ | I.D.# 1505 | DATE 10-1-17 | |

## VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

| AUDIO SYSTEM ☐ | MIRRORS ☐ | SPARE TIRE ☐ |
|---|---|---|
| CD PLAYER ☐ | FOG LIGHTS ☐ | TRUNK LOCKED ☐ |
| DVD PLAYER ☐ | BABY SEAT(S) ☐ | KEY IN IGNITION ☐ |
| MISC. CLOTHING ☐ | AIR BAG(S) ☐ | MISC. DOCUMENTS ☐ |
| CD. DISC(S) ☐ | BATTERY ☐ | REGISTRATION PAPERS ☐ |
| CELL. PHONE ☐ | TOOLS ☐ | _____ |

| REASON FOR HOLD INVESTIGATION. | VEH. PROCESSED BY |
|---|---|

PROPERTY RECEIPT    YES    NO

## ON-SCENE VEHICLE RELEASE

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

| NAME | D.O.B. |
|---|---|
| SIGNATURE TOW DRIVER | REVIEWED BY I.D. # | ADDRESS | PHONE |
| | | DRIVER LICENSE NUMBER | |
| IMPOUNDING OFFICER(S) I.D.# B. MONTALVO #1979 | INCIDENT REPORT YES ☐ NO ☐ | SIGNATURE | DATE / TIME |

## NARRATIVE / PERSONAL PROPERTY — MESSAGE CENTER / INFORMATION

| OPERATOR | TIME |
|---|---|
| NCIC RESULTS | FCIC RESULTS |

## Vehicle Storage Report

| | | | | SECTOR 3 | SUPP. CASE NO. |
|---|---|---|---|---|---|

| DATE 10/1/17 | DAY SUN | DISP TM. | ARR. TIME | REASON FOR TOW (INCIDENT) CRASH | | A.O.A. CASE NO. |

| TOW TIME 0941 | ADDRESS VEHICLE TOWED FROM E 7 AVE / 25 St | NAME AND ADDRESS OF GARAGE TAKEN TO: MAGIC TOWING |

### REGISTERED OWNER INFORMATION / VICTIM

| | VEHICLE INFORMATION | | | | |
|---|---|---|---|---|---|

NAME CITY OF HIALEAH    D.O.B.

ADDRESS 501 PALM AVE    PHONE

CITY HIALEAH  STATE FL  VERIFIED BY:  TITLE ☐  RECORD CHECKED ☐
REGISTRATION ☐  OTHER

| YEAR 2016 | MAKE CHEV | MODEL IMPALA | TYPE 4DR | COLOR WHI |
| TAG NUMBER CMY-135377 | STATE FL | DECAL NUMBER | | YEAR |
| VIN NO. 2G1WD5E3XG1114884 | | | | |

### COMPLAINANT

NAME HPD    RACE  SEX  D.O.B.

ADDRESS    PHONE

CITY    STATE  ZIP CODE  PHONE

### TRAILER INFORMATION

| YEAR | MAKE | TYPE | COLOR |
| TAG NUMBER | STATE | DECAL NUMBER | YEAR |
| SERIAL NUMBER | | | |

### ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING

|  | DAMAGED | MISSING |
|---|---|---|
| FRONT END | ☐ | ☐ |
| REAR END | ☐ | ☐ |
| LIGHTS | ☐ | ☐ |
| HOOD | ☐ | ☐ |
| TRUNK | ☐ | ☐ |
| FENDER(S) | ☐ | ☐ |
| DOOR(S) | ☒ | ☐ |
| SEAT(S) | ☐ | ☐ |
| ENGINE | ☐ | ☐ |
| WHEEL(S) | ☐ | ☐ |
| TIRE(S) | ☐ | ☐ |
| HUB CAP(S) | ☐ | ☐ |
| IGNITION | ☐ | ☐ |
| WINDOW(S) | ☐ | ☐ |
| BUMPER | ☒ | ☐ |
| PUSH BAR | ☒ | ☐ |

**CIRCLE VEHICLE CONDITION**
GOOD
FAIR
POOR
TOTAL LOSS

**CIRCLE AREA OF VEHICLE DAMAGE**
16. UNDERCARRIAGE
17. OVERTURN
18. MISCS. DENTS / SCRATCHES
19. WINDSHIELD

### VESSEL INFORMATION

| YEAR | MAKE | SIZE | REGISTRATION NO. |
| HULL NUMBER | | | COLOR |
| ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. | |

### OPERATOR'S INFORMATION

NAME L RODRIGUEZ #1500    D.O.B.

ADDRESS 5855 E 8 AVE    PHONE 3/687-2525

CITY HIALEAH  STATE FL  ZIP CODE 33013  INCARCERATED  YES ☐  NO ☒

### VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

| AUDIO SYSTEM | ☐ | MIRRORS | ☒ | SPARE TIRE | ☒ |
| CD PLAYER | ☐ | FOG LIGHTS | ☐ | TRUNK LOCKED | ☐ |
| DVD PLAYER | ☐ | BABY SEAT(S) | ☐ | KEY IN IGNITION | ☐ |
| MISC. CLOTHING | ☒ | AIR BAG(S) | ☐ | MISC. DOCUMENTS | ☒ |
| CD. DISC(S) | ☐ | BATTERY | ☐ | REGISTRATION PAPERS | ☒ |
| CELL. PHONE | ☐ | TOOLS | ☒ | | |

PROPERTY RECEIPT    YES    NO ⊗
WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

SIGNATURE TOW DRIVER    REVIEWED BY I.D. #

IMPOUNDING OFFICER(S) I.D.# #1500    INCIDENT REPORT  YES ☒  NO ☐

### VEHICLE HOLD ORDER

| AUTHORIZING OFC. NAME / DEPT. | I.D.# | DATE |
| REASON FOR HOLD | | VEH. PROCESSED BY |

### ON-SCENE VEHICLE RELEASE

NAME    D.O.B.

ADDRESS    PHONE

DRIVER LICENSE NUMBER

SIGNATURE    DATE / TIME

### NARRATIVE / PERSONAL PROPERTY

### MESSAGE CENTER / INFORMATION

| OPERATOR 2065 | TIME 0922 |
| NCIC RESULTS | FCIC RESULTS |

RECORDS BUREAU COPY

06/03

# City of Hialeah Police Department
## Vehicle Storage Report

| | | | | | SECTOR **2** | SUPP. CASE NO. |
|---|---|---|---|---|---|---|

| DATE **10-1-17** | DAY **SUN** | DISP TM. **3:48** | ARR. TIME **3:48** | REASON FOR TOW (INCIDENT) **INVESTIGATION** | | A.O.A. CASE NO. |
|---|---|---|---|---|---|---|

| TOW NO. **1700** | ADDRESS VEHICLE TOWED FROM **NW 35 AV / NW 79 ST** | NAME AND ADDRESS OF GARAGE TAKEN TO: **HPD HEADQUARTERS.** |
|---|---|---|

## REGISTERED OWNER INFORMATION / VICTIM  | VEHICLE INFORMATION

| NAME **JESUS MORALES** | D.O.B. | YEAR **2007** | MAKE **HONDA** | MODEL **ACCORD** | TYPE **4DR** | COLOR **WHI** |
|---|---|---|---|---|---|---|

| ADDRESS **8760 NW 33 CT** | PHONE | TAG NUMBER **EHRW23** | STATE **FL** | DECAL NUMBER | YEAR |
|---|---|---|---|---|---|

| CITY **MIAMI** | STATE **FL** | VERIFIED BY: TITLE ☐ RECORD CHECK ☒ REGISTRATION ☐ OTHER ☐ | VIN NO. **1HGCM56187A024583** |
|---|---|---|---|

## COMPLAINANT  | TRAILER INFORMATION

| NAME | RACE | SEX | D.O.B. | YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|

| ADDRESS | PHONE | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
|---|---|---|---|---|---|

| CITY | STATE | ZIP CODE | PHONE | SERIAL NUMBER |
|---|---|---|---|---|

### ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING  | VESSEL INFORMATION

| | DAMAGED | MISSING | | YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|---|---|---|---|
| FRONT END | ☒ | ☐ | | | | | |
| REAR END | ☒ | ☐ | CIRCLE VEHICLE CONDITION | HULL NUMBER | | | COLOR |
| LIGHTS | ☒ | ☐ | | | | | |
| HOOD | ☒ | ☐ | GOOD | ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. | |
| TRUNK | ☒ | ☐ | FAIR | | | | |
| FENDER(S) | ☒ | ☐ | | | | | |
| DOOR(S) | ☒ | ☐ | POOR | | | | |
| SEAT(S) | ☒ | ☐ | (TOTAL LOSS) | | | | |
| ENGINE | ☒ | ☐ | | | | | |

#### OPERATOR'S INFORMATION

| WHEEL(S) | ☒ | ☐ | | NAME **LESTER MACHADO** | D.O.B. **7/4/93** |
|---|---|---|---|---|---|
| TIRE(S) | ☒ | ☐ | CIRCLE AREA OF VEHICLE DAMAGE | ADDRESS **5222 NW 2ND ST** | PHONE |
| HUB CAP(S) | ☒ | ☐ | 16. UNDERCARRIAGE | | |
| IGNITION | ☒ | ☐ | 17. OVERTURN | CITY **MIAMI** | STATE **FL** | ZIP CODE **33126** | INCARCERATED YES ☐ NO ☐ |
| WINDOW(S) | ☒ | ☐ | 18. MICS. DENTS / SCRATCHES | | |
| | | | 19. WINDSHIELD | | |

### VEHICLE HOLD ORDER

| AUTHORIZING OFC. NAME / DEPT. **M. SUAREZ** | I.D.# **1505** | DATE **10-1-17** |
|---|---|---|

| REASON FOR HOLD **INVESTIGATION** | VEH. PROCESSED BY |
|---|---|

### VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

| AUDIO SYSTEM ☐ | MIRRORS ☐ | SPARE TIRE ☐ |
|---|---|---|
| CD PLAYER ☐ | FOG LIGHTS ☐ | TRUNK LOCKED ☐ |
| DVD PLAYER ☐ | BABY SEAT(S) ☐ | KEY IN IGNITION ☐ |
| MISC. CLOTHING ☐ | AIR BAG(S) ☐ | MISC. DOCUMENTS ☐ |
| CD. DISC(S) ☐ | BATTERY ☐ | REGISTRATION PAPERS ☐ |
| CELL. PHONE ☐ | TOOLS ☐ | |

#### ON-SCENE VEHICLE RELEASE

| NAME | D.O.B. |
|---|---|

PROPERTY RECEIPT   YES   NO

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

| ADDRESS | PHONE |
|---|---|

| SIGNATURE TOW DRIVER | REVIEWED BY I.D. # | DRIVER LICENSE NUMBER |
|---|---|---|

| IMPOUNDING OFFICER(S) I.D.# **B. MONTALVO # 1979** | INCIDENT REPORT YES ☐ NO ☐ | SIGNATURE | DATE / TIME |
|---|---|---|---|

### NARRATIVE / PERSONAL PROPERTY  | MESSAGE CENTER / INFORMATION

| OPERATOR | TIME |
|---|---|

| NCIC RESULTS | FCIC RESULTS |
|---|---|

# City of Hialeah Police Department
## Vehicle Storage Report

784   2017-030325

SECTION 2

| DATE | DAY | DISP TM. | ARR. TIME | REASON FOR TOW (INCIDENT) | A.O.A. CASE NO. |
|---|---|---|---|---|---|
| 10/1/17 | SUN | 3:48 | 3:48 | INVESTIGATION | |

| TOW TIME | ADDRESS VEHICLE TOWED FROM | NAME AND ADDRESS OF GARAGE TAKEN TO: |
|---|---|---|
| 17:35 | NW 35 AV / NW 79 ST | HPD HEADQUARTERS |

## REGISTERED OWNER INFORMATION / VICTIM

| | | VEHICLE INFORMATION | | | | |
|---|---|---|---|---|---|---|

**NAME** CITY OF HIALEAH   D.O.B.

| YEAR | MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|---|
| 2007 | FORD | CROWN VICTORIA | 4DR | WHI |

**ADDRESS** 5555 E 8 AV   **PHONE**

**TAG NUMBER** 237400   **STATE** FL   **DECAL NUMBER** #2702   **YEAR**

**CITY** HIALEAH   **STATE** FL   VERIFIED BY:   TITLE ☐   RECORD CHECK ☐

REGISTRATION ☐   OTHER

**VIN NO.** 2FAFP71W47X118782

## COMPLAINANT
## TRAILER INFORMATION

| NAME | RACE | SEX | D.O.B. | YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|

| ADDRESS | PHONE | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
|---|---|---|---|---|---|

| CITY | STATE | ZIP CODE | PHONE | SERIAL NUMBER |
|---|---|---|---|---|

## ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING
## VESSEL INFORMATION

| YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|

HULL NUMBER   COLOR

ENGINE MAKE   ENGINE SIZE   ENGINE SERIAL NO.

**DAMAGED   MISSING**

FRONT END
REAR END
LIGHTS
HOOD
TRUNK
FENDER(S)
DOOR(S)
SEAT(S)
ENGINE
WHEEL(S)
TIRE(S)
HUB CAP(S)
IGNITION
WINDOW(S)

**CIRCLE VEHICLE CONDITION**
GOOD
FAIR
POOR
TOTAL LOSS

**CIRCLE AREA OF VEHICLE DAMAGE**
16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

## OPERATOR'S INFORMATION

**NAME** A. LUIS #1216   **D.O.B.**

**ADDRESS** 5555 E 8 AV   **PHONE**

**CITY** HIALEAH   **STATE** FL   **ZIP CODE** 33013   **INCARCERATED** YES ☐   NO ☐

## VEHICLE HOLD ORDER

## VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

**AUTHORIZING OFC. NAME / DEPT.** M. SUAREZ   **I.D.#** 1505   **DATE** 10-1-17

**REASON FOR HOLD** INVESTIGATION   **VEH. PROCESSED BY**

| AUDIO SYSTEM ☐ | MIRRORS ☐ | SPARE TIRE ☐ |
|---|---|---|
| CD PLAYER ☐ | FOG LIGHTS ☐ | TRUNK LOCKED ☐ |
| DVD PLAYER ☐ | BABY SEAT(S) ☐ | KEY IN IGNITION ☐ |
| MISC. CLOTHING ☐ | AIR BAG(S) ☐ | MISC. DOCUMENTS ☐ |
| CD. DISC(S) ☐ | BATTERY ☐ | REGISTRATION PAPERS ☐ |
| CELL. PHONE ☐ | TOOLS ☐ | |

## ON-SCENE VEHICLE RELEASE

**NAME**   **D.O.B.**

**PROPERTY RECEIPT**   YES ___ NO ___

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

**ADDRESS**   **PHONE**

**SIGNATURE TOW DRIVER**   **REVIEWED BY I.D. #**

**DRIVER LICENSE NUMBER**

**SIGNATURE**   **DATE / TIME**

**IMPOUNDING OFFICER(S) I.D.#** B. MONTALVO #1979   **INCIDENT REPORT** YES ☐   NO ☐

## MESSAGE CENTER / INFORMATION

## NARRATIVE / PERSONAL PROPERTY

| OPERATOR | TIME |
|---|---|

| NCIC RESULTS | FCIC RESULTS |
|---|---|

06/03

# City of Hialeah Police Department
## Vehicle Storage Report

CASE NO. 2653

SECTOR 2

SUPP. CASE NO.

A.O.A. CASE NO.

| DATE | DAY | DISP TM. | ARR. TIME | REASON FOR TOW (INCIDENT) |
|---|---|---|---|---|
| 10/1/17 | SUN | 3:48 | 3:48 | INVESTIGATION |

TOW TIME 1700

ADDRESS VEHICLE TOWED FROM: NW 35 AV / NW 79 ST

NAME AND ADDRESS OF GARAGE TAKEN TO: HPD HEADQUARTERS.

### REGISTERED OWNER INFORMATION / VICTIM

NAME: CITY OF HIALEAH   D.O.B.

ADDRESS: 5555 E 8 AV   PHONE

CITY: HIALEAH   STATE: FL

VERIFIED BY:   TITLE ☐   RECORD CHECK ☐

REGISTRATION ☐   OTHER ☐

### VEHICLE INFORMATION

| YEAR | MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|---|
| 2013 | FORD | TAURUS | 4DR | BLV |

TAG NUMBER: XCG114   STATE: FL   DECAL NUMBER: #1382   YEAR

VIN NO.: 1FAHP2L834DG184762

### COMPLAINANT

NAME   RACE   SEX   D.O.B.

ADDRESS   PHONE

CITY   STATE   ZIP CODE   PHONE

### TRAILER INFORMATION

YEAR   MAKE   TYPE   COLOR

TAG NUMBER   STATE   DECAL NUMBER   YEAR

SERIAL NUMBER

### ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING

| | DAMAGED | MISSING |
|---|---|---|
| FRONT END | ☐ | ☐ |
| REAR END | ☐ | ☐ |
| LIGHTS | ☐ | ☐ |
| HOOD | ☐ | ☐ |
| TRUNK | ☐ | ☐ |
| FENDER(S) | ☐ | ☐ |
| DOOR(S) | ☐ | ☐ |
| SEAT(S) | ☐ | ☐ |
| ENGINE | ☐ | ☐ |
| WHEEL(S) | ☐ | ☐ |
| TIRE(S) | ☐ | ☐ |
| HUB CAP(S) | ☐ | ☐ |
| IGNITION | ☐ | ☐ |
| WINDOW(S) | ☐ | ☐ |

CIRCLE VEHICLE CONDITION

GOOD   FAIR   POOR   TOTAL LOSS

CIRCLE AREA OF VEHICLE DAMAGE

16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

### VESSEL INFORMATION

YEAR   MAKE   SIZE   REGISTRATION NO.

HULL NUMBER   COLOR

ENGINE MAKE   ENGINE SIZE   ENGINE SERIAL NO.

### OPERATOR'S INFORMATION

NAME: F. ELIAS #2007   D.O.B.

ADDRESS: 5555 E 8 AV   PHONE

CITY: HIALEAH   STATE: FL   ZIP CODE: 33013

INCARCERATED: YES ☐   NO ☐

### VEHICLE HOLD ORDER

AUTHORIZING OFC. NAME / DEPT.: M. SUAREZ   I.D.#: 1505   DATE: 10-1-17

REASON FOR HOLD: INVESTIGATION   VEH. PROCESSED BY

### VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

| | | |
|---|---|---|
| AUDIO SYSTEM ☐ | MIRRORS ☐ | SPARE TIRE ☐ |
| CD PLAYER ☐ | FOG LIGHTS ☐ | TRUNK LOCKED ☐ |
| DVD PLAYER ☐ | BABY SEAT(S) ☐ | KEY IN IGNITION ☐ |
| MISC. CLOTHING ☐ | AIR BAG(S) ☐ | MISC. DOCUMENTS ☐ |
| CD. DISC(S) ☐ | BATTERY ☐ | REGISTRATION PAPERS ☐ |
| CELL. PHONE ☐ | TOOLS ☐ | |

PROPERTY RECEIPT   YES ☐   NO ☐

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

SIGNATURE TOW DRIVER   REVIEWED BY I.D. #

IMPOUNDING OFFICER(S) I.D.#: B. MONTALVO #1979

INCIDENT REPORT   YES ☐   NO ☐

### ON-SCENE VEHICLE RELEASE

NAME   D.O.B.

ADDRESS   PHONE

DRIVER LICENSE NUMBER

SIGNATURE   DATE / TIME

### MESSAGE CENTER / INFORMATION

OPERATOR   TIME

NCIC RESULTS   FCIC RESULTS

### NARRATIVE / PERSONAL PROPERTY

# City of Hialeah Police Department
## Vehicle Storage Report

787 2012030325

SECTOR / SUB / CASE NO. 2

| DATE 10/1/17 | DAY SUN | DISP TM. 3:48 | ARR. TIME 3:48 | REASON FOR TOW (INCIDENT) INVESTIGATION | | A.O.A. CASE NO. |
|---|---|---|---|---|---|---|

| TOW TIME 1700 | ADDRESS VEHICLE TOWED FROM NW 35 AV / NW 79 ST | NAME AND ADDRESS OF GARAGE TAKEN TO: HPD HEADQUARTERS |
|---|---|---|

## REGISTERED OWNER INFORMATION / VICTIM  —  VEHICLE INFORMATION

| NAME CITY OF HIALEAH | D.O.B. | | YEAR 2013 | MAKE FORD | MODEL TAURUS | TYPE 4DR | COLOR BLU |
|---|---|---|---|---|---|---|---|

| ADDRESS 5555 E 8 AV | PHONE | TAG NUMBER XC6108 | STATE FL | DECAL NUMBER #1330 | YEAR |
|---|---|---|---|---|---|

| CITY HIALEAH | STATE FL | VERIFIED BY: | TITLE ☐ | RECORD CHECK ☐ | VIN NO. 1FAHP2L870G184738 |
|---|---|---|---|---|---|
| | | REGISTRATION ☐ | OTHER | | |

### COMPLAINANT  —  TRAILER INFORMATION

| NAME | RACE | SEX | D.O.B. | YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| ADDRESS | | PHONE | | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
| CITY | STATE | ZIP CODE | PHONE | SERIAL NUMBER | | | |

### ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING  —  VESSEL INFORMATION

| | YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|---|
| | HULL NUMBER | | | COLOR |
| | ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. | |

**DAMAGED / MISSING**

FRONT END, REAR END, LIGHTS, HOOD, TRUNK, FENDER(S), DOOR(S), SEAT(S), ENGINE, WHEEL(S), TIRE(S), HUB CAP(S), IGNITION, WINDOW(S)

**CIRCLE VEHICLE CONDITION**
GOOD
FAIR
POOR
TOTAL LOSS

**CIRCLE AREA OF VEHICLE DAMAGE**
16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

### OPERATOR'S INFORMATION

| NAME J. ABEL #1868 | | D.O.B. |
|---|---|---|
| ADDRESS 5555 E 8 AV | | PHONE |
| CITY HIALEAH | STATE FL | ZIP CODE 33013 | INCARCERATED YES ☐ NO ☐ |

### VEHICLE HOLD ORDER

| AUTHORIZING OFC. NAME / DEPT. M. SUAREZ | I.D.# 1505 | DATE 10-1-17 |
|---|---|---|
| REASON FOR HOLD INVESTIGATION. | | VEH. PROCESSED BY |

### VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

AUDIO SYSTEM, CD PLAYER, DVD PLAYER, MISC. CLOTHING, CD. DISC(S), CELL. PHONE
MIRRORS, FOG LIGHTS, BABY SEAT(S), AIR BAG(S), BATTERY, TOOLS
SPARE TIRE, TRUNK LOCKED, KEY IN IGNITION, MISC. DOCUMENTS, REGISTRATION PAPERS

PROPERTY RECEIPT   YES   NO

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

### ON-SCENE VEHICLE RELEASE

| NAME | | D.O.B. |
|---|---|---|
| ADDRESS | | PHONE |
| DRIVER LICENSE NUMBER | | |
| SIGNATURE | | DATE / TIME |

| SIGNATURE TOW DRIVER | REVIEWED BY I.D. # |
|---|---|

| IMPOUNDING OFFICER(S) I.D.# B. MONTALVO #1979 | INCIDENT REPORT YES ☐ NO ☐ |
|---|---|

### MESSAGE CENTER / INFORMATION

| OPERATOR | TIME |
|---|---|
| NCIC RESULTS | FCIC RESULTS |

### NARRATIVE / PERSONAL PROPERTY

06/03

# Vehicle Storage Report

| DATE 10/1/17 | DAY SUN | DISP TM. 0348am | ARR. TIME 0348 | REASON FOR TOW (INCIDENT) INVESTIGATION | | A.O.A. CASE NO. |
|---|---|---|---|---|---|---|

| TOW TIME 1540 | ADDRESS VEHICLE TOWED FROM NW 35 AV / NW 79 ST | NAME AND ADDRESS OF GARAGE TAKEN TO: HPD HEAD QUARTERS |
|---|---|---|

## REGISTERED OWNER INFORMATION / VICTIM

| NAME CITY OF HIALEAH | | D.O.B. |
|---|---|---|

ADDRESS 5555 E 8 AV    PHONE

| CITY HIALEAH | STATE FL | VERIFIED BY: | TITLE ☐ | RECORD CHECK ☐ |
|---|---|---|---|---|

REGISTRATION ☐    OTHER

## VEHICLE INFORMATION

| YEAR 2015 | MAKE FORD | MODEL CROWN BLUE VIC 4DR | TYPE 4DR | COLOR BLU |
|---|---|---|---|---|

| TAG NUMBER 233403 | STATE FL | DECAL NUMBER #2580 | YEAR |
|---|---|---|---|

VIN NO. 2FACP71W25X162891

## COMPLAINANT

| NAME | RACE | SEX | D.O.B. |
|---|---|---|---|

ADDRESS    PHONE

| CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|

## TRAILER INFORMATION

| YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|

| TAG NUMBER | STATE | DECAL NUMBER | YEAR |
|---|---|---|---|

SERIAL NUMBER

## ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING

| | DAMAGED | MISSING |
|---|---|---|
| FRONT END | ☐ | ☐ |
| REAR END | ☐ | ☐ |
| LIGHTS | ☐ | ☐ |
| HOOD | ☐ | ☐ |
| TRUNK | ☐ | ☐ |
| FENDER(S) | ☐ | ☐ |
| DOOR(S) | ☐ | ☐ |
| SEAT(S) | ☐ | ☐ |
| ENGINE | ☐ | ☐ |
| WHEEL(S) | ☐ | ☐ |
| TIRE(S) | ☐ | ☐ |
| HUB CAP(S) | ☐ | ☐ |
| IGNITION | ☐ | ☐ |
| WINDOW(S) | ☐ | ☐ |
| | ☐ | ☐ |

CIRCLE
VEHICLE CONDITION
GOOD
FAIR
POOR
TOTAL LOSS

CIRCLE AREA OF VEHICLE DAMAGE
16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

## VESSEL INFORMATION

| YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|

| HULL NUMBER | | COLOR |
|---|---|---|

| ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. |
|---|---|---|

## OPERATOR'S INFORMATION

| NAME T. HERNANDEZ #1990 | | D.O.B. |
|---|---|---|

ADDRESS 5555 E 8 AV    PHONE

| CITY HIALEAH | STATE FL | ZIP CODE 33013 | INCARCERATED YES ☐ NO ☐ |
|---|---|---|---|

## VEHICLE HOLD ORDER

| AUTHORIZING OFC. NAME / DEPT. M. SUAREZ | I.D.# 1505 | DATE 10-1-17 |
|---|---|---|

| REASON FOR HOLD INVESTIGATION. | VEH. PROCESSED BY |
|---|---|

## ON-SCENE VEHICLE RELEASE

| NAME | | D.O.B. |
|---|---|---|

ADDRESS    PHONE

DRIVER LICENSE NUMBER

| SIGNATURE | DATE / TIME |
|---|---|

## VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

| AUDIO SYSTEM | ☐ | MIRRORS | ☐ | SPARE TIRE | ☐ |
|---|---|---|---|---|---|
| CD PLAYER | ☐ | FOG LIGHTS | ☐ | TRUNK LOCKED | ☐ |
| DVD PLAYER | ☐ | BABY SEAT(S) | ☐ | KEY IN IGNITION | ☐ |
| MISC. CLOTHING | ☐ | AIR BAG(S) | ☐ | MISC. DOCUMENTS | ☐ |
| CD. DISC(S) | ☐ | BATTERY | ☐ | REGISTRATION PAPERS | ☐ |
| CELL. PHONE | ☐ | TOOLS | ☐ | | ☐ |

PROPERTY RECEIPT    YES    NO
WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

| SIGNATURE TOW DRIVER | REVIEWED BY I.D. # |
|---|---|

| IMPOUNDING OFFICER(S) I.D.# B. MONTALVO # 1979 | INCIDENT REPORT YES ☐ NO ☐ |
|---|---|

## NARRATIVE / PERSONAL PROPERTY

## MESSAGE CENTER / INFORMATION

| OPERATOR | TIME |
|---|---|

| NCIC RESULTS | FCIC RESULTS |
|---|---|

06/03

# City of Hialeah Police Department
## Vehicle Storage Report

707 2012-030325
SECTOR 2

| DATE 10/1/17 | DAY SUN | DISP TM. 0844hc0848 | ARR. TIME | REASON FOR TOW (INCIDENT) INVESTIGATION | | A.O.A. CASE NO. |
|---|---|---|---|---|---|---|
| TOW TIME 1540 | ADDRESS VEHICLE TOWED FROM NW 35 AV / NW 79 ST | | | NAME AND ADDRESS OF GARAGE TAKEN TO: HPD HEADQUARTERS. | | |

## REGISTERED OWNER INFORMATION / VICTIM     VEHICLE INFORMATION

| NAME CITY OF HIALEAH | D.O.B. | YEAR 2005 | MAKE FORD | MODEL CROWN VICTORIA | TYPE 4DR | COLOR BLN |
|---|---|---|---|---|---|---|
| ADDRESS 5555 E 8 AV | PHONE | TAG NUMBER 231623 | STATE FL | DECAL NUMBER #2532 | | YEAR |
| CITY HIALEAH | STATE FL  VERIFIED BY:  TITLE ☐  RECORD CHECK ☐  REGISTRATION ☐  OTHER | VIN NO. 2FAFP71WX5X102633 | | | | |

## COMPLAINANT     TRAILER INFORMATION

| NAME | RACE | SEX | D.O.B. | NAME | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| ADDRESS | | PHONE | | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
| CITY | STATE | ZIP CODE | PHONE | SERIAL NUMBER | | | |

## ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING     VESSEL INFORMATION

| | YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|---|
| | HULL NUMBER | | | COLOR |
| | ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. | |

|  | DAMAGED | MISSING |
|---|---|---|
| FRONT END | ☐ | ☐ |
| REAR END | ☐ | ☐ |
| LIGHTS | ☐ | ☐ |
| HOOD | ☐ | ☐ |
| TRUNK | ☐ | ☐ |
| FENDER(S) | ☐ | ☐ |
| DOOR(S) | ☐ | ☐ |
| SEAT(S) | ☐ | ☐ |
| ENGINE | ☐ | ☐ |
| WHEEL(S) | ☐ | ☐ |
| TIRE(S) | ☐ | ☐ |
| HUB CAP(S) | ☐ | ☐ |
| IGNITION | ☐ | ☐ |
| WINDOW(S) | ☐ | ☐ |
| | ☐ | ☐ |

CIRCLE VEHICLE CONDITION
GOOD
FAIR
POOR
TOTAL LOSS

CIRCLE AREA OF VEHICLE DAMAGE
16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

## OPERATOR'S INFORMATION

| NAME A. VIDAL # 2042 | | D.O.B. |
|---|---|---|
| ADDRESS 5555 E 8 AV | | PHONE |
| CITY HIALEAH | STATE FL  ZIP CODE 33013 | INCARCERATED  YES ☐  NO ☐ |

## VEHICLE HOLD ORDER

| AUTHORIZING OFC. NAME / DEPT. M. SUAREZ | I.D.# 1505 | DATE 10-14-17 |
|---|---|---|
| REASON FOR HOLD INVESTIGATION | | VEH. PROCESSED BY |

## VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

| AUDIO SYSTEM | ☐ | MIRRORS | ☐ | SPARE TIRE | ☐ |
|---|---|---|---|---|---|
| CD PLAYER | ☐ | FOG LIGHTS | ☐ | TRUNK LOCKED | ☐ |
| DVD PLAYER | ☐ | BABY SEAT(S) | ☐ | KEY IN IGNITION | ☐ |
| MISC. CLOTHING | ☐ | AIR BAG(S) | ☐ | MISC. DOCUMENTS | ☐ |
| CD. DISC(S) | ☐ | BATTERY | ☐ | REGISTRATION PAPERS | ☐ |
| CELL. PHONE | ☐ | TOOLS | ☐ | | ☐ |

## ON-SCENE VEHICLE RELEASE

| NAME | | D.O.B. |
|---|---|---|
| ADDRESS | | PHONE |
| DRIVER LICENSE NUMBER | | |

PROPERTY RECEIPT    YES    NO

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

| SIGNATURE TOW DRIVER | REVIEWED BY I.D. # | SIGNATURE | DATE / TIME |
|---|---|---|---|

| IMPOUNDING OFFICER(S) I.D.# B. MONTALVO #1979 | INCIDENT REPORT YES ☐  NO ☐ | | |

## NARRATIVE / PERSONAL PROPERTY     MESSAGE CENTER / INFORMATION

| | OPERATOR | TIME |
|---|---|---|
| | NCIC RESULTS | FCIC RESULTS |

06/03

# City of Hialeah Police Department
## Vehicle Storage Report

Case No. 2017-230325
SECTOR **2** SUPP. CASE NO.

| DATE | DAY | DISP TM. | ARR. TIME | REASON FOR TOW (INCIDENT) | A.O.A. CASE NO. |
|---|---|---|---|---|---|
| 10/1/17 | SUN | 3:48 | 3:48 | INVESTIGATION | |

| TOW TIME | ADDRESS VEHICLE TOWED FROM | NAME AND ADDRESS OF GARAGE TAKEN TO: |
|---|---|---|
| 1540 | NW 35 AV / NW 79 ST | HPD HEADQUARTERS |

## REGISTERED OWNER INFORMATION / VICTIM — VEHICLE INFORMATION

| NAME | D.O.B. | YEAR | MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|---|---|---|
| CITY OF HIALEAH | | 2013 | FORD | TAURUS | 4DR | BLU |

| ADDRESS | PHONE | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
|---|---|---|---|---|---|
| 5555 E 8 AV | | X00J99 | FL | #1355 | |

| CITY | STATE | VERIFIED BY: | TITLE ☐ | RECORD CHECK ☐ | VIN NO. |
|---|---|---|---|---|---|
| | | | REGISTRATION ☐ OTHER ☐ | | 1FAHP2L87DG184755 |

## COMPLAINANT — TRAILER INFORMATION

| NAME | RACE | SEX | D.O.B. | YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|

| ADDRESS | PHONE | TAG NUMBER | STATE | DECAL NUMBER | YEAR |
|---|---|---|---|---|---|

| CITY | STATE | ZIP CODE | PHONE | SERIAL NUMBER |
|---|---|---|---|---|

## ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING — VESSEL INFORMATION

DAMAGED  MISSING

- FRONT END ☐ ☐
- REAR END ☐ ☐
- LIGHTS ☐ ☐
- HOOD ☐ ☐
- TRUNK ☐ ☐
- FENDER(S) ☐ ☐
- DOOR(S) ☐ ☐
- SEAT(S) ☐ ☐
- ENGINE ☐ ☐
- WHEEL(S) ☐ ☐
- TIRE(S) ☐ ☐
- HUB CAP(S) ☐ ☐
- IGNITION ☐ ☐
- WINDOW(S) ☐ ☐

CIRCLE VEHICLE CONDITION
GOOD
FAIR
POOR
TOTAL LOSS

CIRCLE AREA OF VEHICLE DAMAGE
16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

| YEAR | MAKE | SIZE | REGISTRATION NO. |
|---|---|---|---|

| HULL NUMBER | | COLOR |
|---|---|---|

| ENGINE MAKE | ENGINE SIZE | ENGINE SERIAL NO. |
|---|---|---|

## OPERATOR'S INFORMATION

| NAME | D.O.B. |
|---|---|
| D. GATO #1860 | |

| ADDRESS | PHONE |
|---|---|
| 5555 E 8 AV | |

| CITY | STATE | ZIP CODE | INCARCERATED |
|---|---|---|---|
| HIALEAH | FL | 33013 | YES ☐ NO ☐ |

## VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

- AUDIO SYSTEM ☐
- CD PLAYER ☐
- DVD PLAYER ☐
- MISC. CLOTHING ☐
- CD. DISC(S) ☐
- CELL. PHONE ☐
- MIRRORS ☐
- FOG LIGHTS ☐
- BABY SEAT(S) ☐
- AIR BAG(S) ☐
- BATTERY ☐
- TOOLS ☐
- SPARE TIRE ☐
- TRUNK LOCKED ☐
- KEY IN IGNITION ☐
- MISC. DOCUMENTS ☐
- REGISTRATION PAPERS ☐
- ☐

PROPERTY RECEIPT   YES   NO

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

SIGNATURE TOW DRIVER                    REVIEWED BY I.D. #

IMPOUNDING OFFICER(S) I.D.#   B. MONTALVO #1977   INCIDENT REPORT   YES ☐ NO ☐

## VEHICLE HOLD ORDER

| AUTHORIZING OFC. NAME / DEPT. | I.D.# | DATE |
|---|---|---|
| M. SUAREZ | 1505 | 10-1-17 |

| REASON FOR HOLD | VEH. PROCESSED BY |
|---|---|
| INVESTIGATION. | |

## ON-SCENE VEHICLE RELEASE

| NAME | D.O.B. |
|---|---|

| ADDRESS | PHONE |
|---|---|

DRIVER LICENSE NUMBER

| SIGNATURE | DATE / TIME |
|---|---|

## MESSAGE CENTER / INFORMATION

| OPERATOR | TIME |
|---|---|

| NCIC RESULTS | FCIC RESULTS |
|---|---|

## NARRATIVE / PERSONAL PROPERTY

# City of Hialeah Police Department
## Vehicle Storage Report

6787 2017-035225

SECTOR 2    SUPP. CASE NO.

| DATE | DAY | DISP TM. | ARR. TIME | REASON FOR TOW (INCIDENT) | A.O.A. CASE NO. |
|---|---|---|---|---|---|
| 10/1/17 | SUN | 0340HV 0348 | | INVESTIGATION | |

| TOW TIME | ADDRESS VEHICLE TOWED FROM | NAME AND ADDRESS OF GARAGE TAKEN TO: |
|---|---|---|
| 1540 | NW 35 AV / NW 79 ST | HPD HEADQUARTERS. |

## REGISTERED OWNER INFORMATION / VICTIM    VEHICLE INFORMATION

| NAME | CITY OF HIALEAH | D.O.B. | | YEAR 2016 | MAKE CHEVY | MODEL IMPALA | TYPE 4DR | COLOR WHT |
|---|---|---|---|---|---|---|---|---|

ADDRESS 5555 E 8 AV    PHONE

TAG NUMBER XF1469    STATE FL    DECAL NUMBER #1640    YEAR

CITY HIALEAH    STATE FL    VERIFIED BY: □    TITLE □    RECORD CHECK □

REGISTRATION □    OTHER

VIN NO. 2G1WDSE39G1159755

## COMPLAINANT    TRAILER INFORMATION

| NAME | | RACE | SEX | D.O.B. | | YEAR | MAKE | TYPE | COLOR |
|---|---|---|---|---|---|---|---|---|---|

ADDRESS    PHONE    TAG NUMBER    STATE    DECAL NUMBER    YEAR

CITY    STATE    ZIP CODE    PHONE    SERIAL NUMBER

## ENTER ITEMS VISIBLY DAMAGED AND / OR MISSING    VESSEL INFORMATION

YEAR    MAKE    SIZE    REGISTRATION NO.

HULL NUMBER    COLOR

ENGINE MAKE    ENGINE SIZE    ENGINE SERIAL NO.

|  | DAMAGED | MISSING |
|---|---|---|
| FRONT END | ☒ | □ |
| REAR END | □ | □ |
| LIGHTS | ☒ | □ |
| HOOD | ☒ | □ |
| TRUNK | □ | □ |
| FENDER(S) | □ | □ |
| DOOR(S) | □ | □ |
| SEAT(S) | □ | □ |
| ENGINE | □ | □ |
| WHEEL(S) | □ | □ |
| TIRE(S) | □ | □ |
| HUB CAP(S) | □ | □ |
| IGNITION | □ | □ |
| WINDOW(S) | □ | □ |

**CIRCLE VEHICLE CONDITION**

GOOD
FAIR
POOR
TOTAL LOSS

**CIRCLE AREA OF VEHICLE DAMAGE**

16. UNDERCARRIAGE
17. OVERTURN
18. MICS. DENTS / SCRATCHES
19. WINDSHIELD

## OPERATOR'S INFORMATION

NAME M. BENITEZ #1144    D.O.B.

ADDRESS 5555 E 8 AV    PHONE

CITY HIALEAH    STATE FL    ZIP CODE 33013    INCARCERATED YES □ NO □

## VEHICLE HOLD ORDER

## VEHICLE INVENTORY CONDUCTED BY OFFICERS AND TOW DRIVERS

AUTHORIZING OFC. NAME / DEPT. M. SUAREZ    I.D.# 1505    DATE 10-1-17

REASON FOR HOLD INVESTIGATION    VEH. PROCESSED BY

| AUDIO SYSTEM □ | MIRRORS □ | SPARE TIRE □ |
|---|---|---|
| CD PLAYER □ | FOG LIGHTS □ | TRUNK LOCKED □ |
| DVD PLAYER □ | BABY SEAT(S) □ | KEY IN IGNITION □ |
| MISC. CLOTHING □ | AIR BAG(S) □ | MISC. DOCUMENTS □ |
| CD. DISC(S) □ | BATTERY □ | REGISTRATION PAPERS □ |
| CELL. PHONE □ | TOOLS □ | □ |

## ON-SCENE VEHICLE RELEASE

NAME    D.O.B.

PROPERTY RECEIPT    YES    NO

WE THE UNDERSIGNED OFFICER AND TOW TRUCK DRIVER, HEREBY CERTIFY THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

ADDRESS    PHONE

DRIVER LICENSE NUMBER

SIGNATURE TOW DRIVER    REVIEWED BY I.D. #

SIGNATURE    DATE / TIME

IMPOUNDING OFFICER(S) I.D.#    INCIDENT REPORT YES □ NO □

B. MONTALVO #1979

## NARRATIVE / PERSONAL PROPERTY    MESSAGE CENTER / INFORMATION

OPERATOR    TIME

NCIC RESULTS    FCIC RESULTS

06/03