# EXHIBIT 63





