UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-24047-MGC

YOLAISY PEREZ,
    *Plaintiff*,
v.

CITY OF HIALEAH, e*t al.*,
    *Defendants*.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CITY OF HIALEAH'S MOTION FOR SANCTIONS

**COMES NOW,** the Plaintiff, by and through her undersigned counsel and pursuant to rule 7.1 of the Local Rules of the Southern District of Florida, and hereby moves the court for a short extension of the deadline for filing her Response to the City of Hialeah's Motion for Sanctions [DE 213], and states:

1. Perez's Response to the City's Motion for Sanctions [DE 213] is due on November 2, 2021.

2. Perez's counsel has been preparing a Response; however unexpected illness continues to affect the offices of the undersigned.

3. Perez seeks a brief, 2-day extension, until November 4, 2021, to complete and file her Response. This extension is not sought for any dilatory or other improper purpose.

4. Perez's counsel has contacted counsel for the City of Hialeah, who advised that the relief herein sought is not opposed.

**WHEREFORE**, in light of the foregoing, the Plaintiff respectfully requests that this Honorable Court enter an order extending by 2 days the deadline for the Plaintiff to file her Response to the City of Hialeah's Motion for Sanctions, along with all other relief the Court deems proper and just.

|  |  |
|---|---|
| Dated November 2, 2021. | Respectfully submitted,<br><br>/s/ Domingo C. Rodriguez<br>Domingo C. Rodriguez, Esq. (FBN 394645)<br>domingo@rlomiami.com<br>**RODRIGUEZ LAW OFFICE, LLC**<br>95 Merrick Way, Suite 720<br>Coral Gables, Florida 33134<br>Tel: (305)774-1477 ~ Fax: (305)774-1705<br><br>Roberto E. Pertierra, Esq. (FBN 616370)<br>robertopertierra@gmail.com<br>**ROBERTO E. PERTIERRA, P.A.**<br>2655 LeJeune Road, Suite 1105<br>Coral Gables, Florida 33134<br><br>Richard J. Diaz, Esq. (FBN 767697)<br>rick@rjdpa.com<br>**RICHARD J. DIAZ, P.A.**<br>3127 Ponce de Leon Blvd.<br>Coral Gables, Florida 33134<br>*Counsel for Plaintiff* |